**PECKAR & ABRAMSON, P.C.**
Kevin J. O'Connor, Esq. (018451995)
70 Grand Avenue
River Edge, New Jersey 07661
Telephone: (201) 343-3434
Facsimile: (201) 343-6306
Email(s): KOConnor@pecklaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHROCK MINERALS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSEPH COHEN and SNOW JOE LLC,<br><br>*Defendants*. | Case No.: 2:24-cv-01207<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL <u>PROCEDURE RULE 7.1</u>** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Joseph Cohen and Snow Joe LLC states as follows:

1. Defendant Snow Joe LLC is a New York Limited Liability Company. No publicly held corporation owns 10% or more of its stock. Defendant Joseph Cohen is the sole member of Snow Joe LLC.

2. Upon information and belief, Plaintiff Northrock Minerals LLC is a citizen of the State of Florida.

3. Defendant Joseph Cohen is a citizen of the State of New York.

4. Defendant Snow Joe LLC is a citizen of the State of New York.

Dated: River Edge, New Jersey
      March 11, 2024

                        Respectfully submitted,

                        **PECKAR & ABRAMSON, P.C.**
                        *Attorneys for Defendants*

                        By:   /s/ Kevin J. O'Connor
                              KEVIN J. O'CONNOR

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I served this Rule 7.1 Disclosure Statement on the attorney identified below and filed it by ECF with the Clerk of the Court:

> MANDELBAUM BARRETT, P.C.
> Joshua S. Bauchner
> 3 Becker Farm Road, Suite 105
> Roseland, New Jersey 07068
> Attorneys for Plaintiff

/s/ *Kevin J. O'Connor*
KEVIN J. O'CONNOR

1