# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| NORTHROCK MINERALS LLC, <br> *Plaintiff* <br> v. <br> JOSEPH COHEN and SNOW JOE LLC, <br> *Defendant* | ) <br> ) <br> ) Case No. 24-cv-3155 (JSR) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Joseph Cohen and Snow Joe LLC

Date: 05/30/2024

*Attorney's signature*

Peter B. Schalk (PS8257)
*Printed name and bar number*

Judd Burstein, P.C.
110 East 59th Street, 22nd Floor
New York, New York 10022

*Address*

pschalk@burlaw.com
*E-mail address*

(212) 974-2400
*Telephone number*

(212) 974-2944
*FAX number*