```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NORTHROCK MINERALS LLC,                  :
                                         :
        Plaintiff,                       :
                                         :     24-cv-3155 (JSR)
        -v-                              :
                                         :     ORDER
                                         :
COHEN et al.                             :
                                         :
        Defendants.                      :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

This order will serve to confirm rulings made in a joint teleconference of the parties and the Court held on August 15, 2024.

(1) The plaintiff's request to amend the complaint to add a claim for account stated is granted. Defendants can file an amended answer addressing that addition but no further action on their part is necessary to preserve their defenses.

(2) Pursuant to the parties' joint request, the Court amends the case management plan as follows. Expert disclosures for every party-proponent of an expert contention are due September 6, 2024; party-opponent expert disclosures to any such contention are due September 16, 2024. All depositions are to be completed by September 30, 2024, and all discovery must be completed by September 30, 2024 as well. Moving papers on any post-discovery motion for summary judgment are due October 14, 2024, answering

1

papers are due November 1, 2024, and reply papers are due November 13, 2024. A final pretrial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held on November 21, 2024, at 4:00pm. The Court will grant no further applications to amend the case management plan.

    SO ORDERED.

Dated: New York, NY

       August 15, 2024

                                        JED S. RAKOFF, U.S.D.J.