```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
NORTHROCK MANAGEMENT LLC,              :
            Plaintiff,                 :
                                       :    24-cv-03155 (JSR)
            -v-                        :
                                       :
JOSEPH COHEN AND SNOW JOE LLC,         :    ORDER
            Defendants.                :
--------------------------------------- :
                                       x
```

JED S. RAKOFF, U.S.D.J.

At the Court's direction, each party has submitted a letter brief and a response letter brief (all of which will be docketed) regarding discovery issues and Plaintiffs/Third-Party Defendants' related request for leave to file a Rule 11 motion for sanctions. The discovery disputes are hereby resolved as follows:

Dispute No. 1: Documents and Communications with Barry Wachsler regarding ice melt. Defendants/Third-Party Plaintiffs' request for production of documents is granted.

Dispute No. 2: Documents and Communications concerning (a) the *Emerald Interest* Litigation, (b) the transfer of assets of Dart or Barry Wachsler to Northrock, and (c) how Northrock obtained (i) the intellectual property it sold to Snow Joe, and (ii) the rights to transfer the Home Depot purchase orders. Defendants/Third-Party Plaintiffs' request for production of documents is denied.

Dispute No. 3: Documents and Communications concerning financing that the Wechsler Parties provided to Barry Wachsler or entities in which he has an interest. Defendants/Third-Party Plaintiffs' request for production of documents is denied.

Dispute No. 4: Documents and Communications concerning payments to or for the benefit of Barry Wachsler. Defendants/Third-Party Plaintiffs' request for production of documents is granted.

Dispute No. 5: Documents and Communications concerning Barry Wachsler's employment as Northrock's Chief Sales Director. Defendants/Third-Party Plaintiffs' request for production of documents is denied.

Dispute No. 6: Documents and Communications concerning payments from Home Depot for ice melt and the sale of ice melt to Home Depot and other Northrock customers. Defendants/Third-Party Plaintiffs' request for production of documents is granted.

Dispute No. 7: Documents and Communications concerning the disposition of money paid by Snow Joe. Defendants/Third-Party Plaintiffs' request for production of documents is denied.

The Court also denies Plaintiffs/Third-Party Defendants' application for leave to file a Rule 11 motion for sanctions.

SO ORDERED.

Dated:   New York, NY

         September 5, 2024

_____
JED S. RAKOFF, U.S.D.J.