# EXHIBIT 8

Document Produced in Native Format

CONFIDENTIAL	COHEN_SJ004995

| Voucher Number | Vendor ID | Document Type | Document Date | Document Number | Document Amount | Voided |
|---|---|---|---|---|---:|---|
| 00059342 | NORTHROCK001 | Payment | 9/1/2022 | 2245 | 16,875.00000 | No |
| 00059900 | NORTHROCK001 | Payment | 10/7/2022 | 2280 | 16,875.00000 | No |
| 00060180 | NORTHROCK001 | Payment | 11/2/2022 | 2304 | 16,875.00000 | No |
| 00060220 | NORTHROCK001 | Payment | 11/4/2022 | 2307 | 100,000.00000 | No |
| 00060310 | NORTHROCK001 | Payment | 11/14/2022 | RG221114226933 | 500,000.00000 | No |
| 00060427 | NORTHROCK001 | Payment | 11/22/2022 | RG221122174431 | 49,755.86000 | No |
| 00060491 | NORTHROCK001 | Payment | 11/28/2022 | 2354 | 49,756.00000 | No |
| 00060580 | NORTHROCK001 | Payment | 12/2/2022 | 2370 | 250,000.00000 | No |
| 00060603 | NORTHROCK001 | Payment | 12/6/2022 | 2375 | 49,756.00000 | No |
| 00060678 | NORTHROCK001 | Payment | 12/8/2022 | 2385 | 250,000.00000 | No |
| 00060738 | NORTHROCK001 | Payment | 12/12/2022 | 2399 | 49,756.00000 | No |
| 00060758 | NORTHROCK001 | Payment | 12/14/2022 | 2403 | 150,000.00000 | No |
| 00060808 | NORTHROCK001 | Payment | 12/16/2022 | 2410 | 16,875.00000 | No |
| 00060849 | NORTHROCK001 | Payment | 12/20/2022 | 2420 | 49,756.00000 | No |
| 00060959 | NORTHROCK001 | Payment | 12/27/2022 | 2439 | 49,755.86000 | No |
| 00061078 | NORTHROCK001 | Payment | 1/3/2023 | 2457 | 49,755.86000 | No |
| 00061108 | NORTHROCK001 | Payment | 1/5/2023 | 2466 | 25,000.00000 | No |
| 00061135 | NORTHROCK001 | Payment | 1/6/2023 | 2474 | 16,875.00000 | No |
| 00061152 | NORTHROCK001 | Payment | 1/9/2023 | 2482 | 49,755.86000 | No |
| 00061305 | NORTHROCK001 | Payment | 1/20/2023 | 2509 | 49,755.86000 | No |
| 00061322 | NORTHROCK001 | Payment | 1/27/2023 | 2512 | 49,755.86000 | No |
| 00061895 | NORTHROCK001 | Payment | 3/8/2023 | 2540 | 16,875.00000 | No |
| 00062388 | NORTHROCK001 | Payment | 4/4/2023 | 2613 | 16,875.00000 | No |
| 00062784 | NORTHROCK001 | Payment | 5/2/2023 | 2717 | 16,875.00000 | No |
| 00063317 | NORTHROCK001 | Payment | 6/2/2023 | 2817 | 16,875.00000 | No |
| 00064152 | NORTHROCK001 | Payment | 8/8/2023 | 2937 | 33,750.00000 | No |
| 00064760 | NORTHROCK001 | Payment | 9/28/2023 | 3027 | 9,434.92000 | No |
| 00064971 | NORTHROCK001 | Payment | 10/13/2023 | 3073 | 45,424.72000 | No |
| 00065066 | NORTHROCK001 | Payment | 10/23/2023 | 3097 | 7,098.74000 | No |
| 00065162 | NORTHROCK001 | Payment | 10/30/2023 | 3114 | 6,286.94000 | No |
| 00065660 | NORTHROCK001 | Payment | 12/7/2023 | 120723-NORTHROCK | 10,000.00000 | No |
| 00065690 | NORTHROCK001 | Payment | 12/8/2023 | 120823-NORTHROCK | 10,000.00000 | No |
| 00065802 | NORTHROCK001 | Payment | 12/15/2023 | 121523 | 20,000.00000 | No |
| 00066060 | NORTHROCK001 | Payment | 1/11/2024 | 011124-NORTHROCK | 20,000.00000 | No |