# EXHIBIT 13

Page 1

1

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4      Case No. 24-cv-3155 (JSR)

5      -----------------------------------x

6      NORTHROCK MANAGEMENT LLC,
       f/k/a NORTHROCK MINERALS, INC.

7                               Plaintiff/Counterclaim
                                Defendant.,

8

                    -against-

9

       JOSEPH COHEN and SNOW JOE LLC,

10                              Defendant/Counterclaim
                                Plaintiffs.

11     -----------------------------------x

       SNOW JOE LLC,

12                              Third-Party Plaintiff,

13                  -against-

14     MOSHE WECHSLER,

                                Third-Party Defendant.

15     -----------------------------------x

                                November 10, 2024

16                              10:04 a.m.

17

18

19

20

21         Remote Zoom Virtual Deposition of JOSEPH

22     COHEN, taken by Plaintiff, pursuant to Notice,
       with the Witness located in Jersey City, New

23     Jersey, before William Visconti, a Shorthand
       Reporter and Notary Public within and for the

24     State of New York.

25

Joseph Cohen                                                    October 10, 2024

                                                           Page 2

 1
 2      A P P E A R A N C E S:
             BERMAN BOYLE & ENGEL
 3           Attorneys for Plaintiff and Third-Party
             Defendant
 4                   4401 East West Highway, Suite 208
                     Bethesda, Maryland 20814
 5
             BY:    BRIAN M. BOYLE, ESQ.
 6                  bmb@bbelaw.com
                    KRISTI GENNETTE, ESQ.
 7                  kn@bbelaw.com
 8
 9           JUDD BURSTEIN, PC
             Attorneys for Defendant and Third-Party
10           Plaintiff
                     110 E 59th Street
11                   New York, NY 10022
12           BY:    JUDD BURSTEIN, ESQ.
                    jburstein@burlaw.com
13
14
15
        ALSO PRESENT:
16
             PETER SCHALK
17           MOSCHE WECHSLER
18
19
20
21
22
23
24
25

Joseph Cohen                                                    October 10, 2024

Page 3

```
 1

 2              IT IS HEREBY STIPULATED AND AGREED

 3         by and between the attorneys for the

 4         respective parties herein that filing and

 5         sealing be and the same are hereby waived.

 6              IT IS FURTHER STIPULATED AND AGREED

 7         that all objections, except as to the form

 8         of the question, shall be reserved to the

 9         time of the trial.

10              IT IS FURTHER STIPULATED AND AGREED

11         that the within deposition may be signed

12         and sworn to before any officer authorized

13         to administer an oath with the same force and

14         effect as if signed and sworn to before the

15         Court.

16

17

18

19

20

21

22

23

24

25
```

Joseph Cohen                                           October 10, 2024

Page 4

1

2                    J O S E P H    C O H E N,

3            having been first duly sworn by the Notary Public,

4            was examined and testified as follows:

5                    MR. BOYLE:   We are ordering a copy

6            of the transcript.

7                    MR. BURSTEIN:   We are ordering a

8            copy of the transcript.

9        EXAMINATION CONDUCTED BY MR. BOYLE:

10           Q.    Good morning.  Mr. Cohen.

11           A.    Good morning.

12           Q.    As I stated a few minutes and ago

13       off record my name is Brian Boyle and with me

14       today is Kristri Gennette who is my colleague

15       we represent Mr. Northrock and Mr. Moshe

16       Wechsler.

17                    Have you ever been deposed before?

18           A.    I have.

19           Q.    You have how many times?

20           A.    Three.

21           Q.    What type of cases?

22           A.    One was landlord/tenant court.

23           Q.    The others?

24           A.    EPLI case.  Employee practice

25       liability.

Joseph Cohen                                          October 10, 2024

Page 5

1                      JOSEPH COHEN

2            Q.      So what was the third testimony

3       that you gave?

4            A.      It was an injury, a consumer

5       bought a product that had gotten injured.

6            Q.      Did you end up testifying in court

7       as well or just deposition?

8            A.      Which one?

9            Q.      Any of them?

10           A.      Landlord/tenant one, yes, in

11      court.

12           Q.      And that was a landlord/tenant

13      collection case?

14           A.      It was.

15           Q.      Were you a Plaintiff or Defendant?

16           A.      We were the Plaintiff.

17           Q.      Since you have done this three

18      time before I'm not going to waste too much

19      time with specifics.  One important instruction

20      that you keep in mind for both of us, we do

21      have a court reporter here and he has an extra

22      challenge of being on zoom so we need to be

23      care to try not to talk over each other.  It's

24      going to be hard.  I'm going to cut off, you're

25      going to cut me off, but we will do our best.

```
1                    JOSEPH COHEN

2              I will try to let you finish your

3     answer before I ask the next question and I ask

4     that you let me finish my question before you

5     start your answer.

6              A.    Okay.

7              Q.    The next important thing, you have

8     to answer yes, no, the court reporter does not

9     pick up shakes of the head or nods of the head.

10    Understood?

11             A.    Okay.

12             Q.    You are represented by counsel so

13    I'm going to presume that you know the ground

14    rules, counsel will object a couple times

15    today, but unless he instructs you not to

16    answer you can answer the question even if he

17    objects.

18             If you do not understand a

19    question, please tell me you do not understand.

20    If you answer the question it will be presumed

21    that you understood the question and given a

22    truthful response.  Fair?

23             A.    Okay.

24             Q.    Do you have any questions for me

25    before we get started?
```

Joseph Cohen                                    October 10, 2024

Page 7

1                    JOSEPH COHEN

2          A.     I do not.

3          Q.     Any questions for your lawyer

4     before we get started?

5          A.     No, I do not.

6          Q.     When did you meet Moshe Wechsler?

7          A.     Summer of 2022, late spring/summer

8     of 2022.

9          Q.     What context did you meet?

10         A.     I was introduced to him from a

11    friend of a friend.

12         Q.     What did you guys discuss when you

13    met?  What was the purpose of the meeting?

14         A.     A friend of mine had introduced me

15    to an importer of salt and suggested that I

16    meet with Moshe and Barry about buying their

17    business, Dart Northrock.

18         Q.     Were you in the salt business at

19    that time?

20         A.     I was.

21         Q.     When I say you, I mean for that

22    question I meant you personally but was Snow

23    Joe was already in the salt melt business?

24         A.     Snow Joe was in the business.

25         Q.     Snow Joe was familiar with the

Page 8

1                    JOSEPH COHEN

2        various product lines that Northrock sold?

3                    MR. BURSTEIN:   I'm going to object

4             to the form of the question.  When I say,

5             Joe, that doesn't mean you shouldn't

6             answer.  It means that I'm preserving

7             something on the record.  You must answer

8             every question unless I direct you not to

9             answer.

10            A.    Somewhat familiar.  Our different

11       customer base I would say that Snow Joe was

12       supplying.

13            Q.    Let's go back for a second.  What

14       is Snow Joe's business?  Before you acquired

15       Northrock's assets what was Snow Joe business?

16            A.    Snow Joe is a manufacture,

17       distributor of garden equipment, snow throwers,

18       lawn mothers, power washers, snow shovels,

19       watering equipment under different Joe brands.

20       Show Joe is winter.  Sun Joe is the spring and

21       summer division.  Aqua Joe, etc.  We have a

22       theme.  We like Joe in it.  Snow Brian didn't

23       have the same ring.

24            Q.    Got you.  Thank you.  At some

25       point you signed an agreement to purchase the

Joseph Cohen                                    October 10, 2024

Page 9

1                    JOSEPH COHEN

2      assets, right?

3              A.    We did, yes.

4              Q.    There is no dispute that on or

5      about August 24th, 2022 you signed the asset

6      purchase agreement and promissory note and

7      guarantee, right?  There is no dispute in this

8      case about that?

9              A.    I thought I signed it earlier in

10     August if I'm not mistaken.

11             Q.    We could look at the document but

12     in August of 2022 you can agree with me Snow

13     Joe and you, Mr. Cohen, signed agreements with

14     Northrock, right?

15             A.    Yes.

16             Q.    I'm trying to limit the dispute so

17     hopefully we are not here too long.

18                    November of 2022 there is no

19     dispute that Northrock and Snow Joe and you

20     executed a payment agreement; is that right?

21             A.    We did.

22             Q.    In February of 2023 you received a

23     notice of default; is that right?

24             A.    Do you have a document?

25             Q.    We will get to documents later.  I

Joseph Cohen                                    October 10, 2024

Page 10

```
 1                    JOSEPH COHEN
 2    want to know what you remember now.  We will
 3    get to the documents to refresh your memory
 4    later.
 5              Let me ask you this.  Why don't
 6    you think you owe Northrock the money that they
 7    sued you for?
 8              MR. BURSTEIN:   You can answer that.
 9         A.    Sure.  So I mean I've been party
10    to many asset agreements on both the sides,
11    buyer and seller.  And generally everyone has
12    good intentions when they commence a
13    transaction.  I was introduced through a friend
14    of mine who introduced me to Moshe and Barry
15    ultimately to buy and expand our business into
16    the Home Depot.  We paid if I'm not mistake,
17    don't hold me to the exact, although I'm pretty
18    certain I have it right, I think it was a
19    million dollars on the signing of this asset
20    agreement and $3.4 million on the closing.  And
21    I think we paid several million dollars after.
22              The intent of this deal was to
23    expand our reach, Snow Joe's reach into the
24    Home Depot and to build into other customers
25    like CVS among other and to build our business
```

Joseph Cohen                                          October 10, 2024

Page 11

```
 1                  JOSEPH COHEN

 2     out.

 3                     We were told that we would --

 4     these guys are not in the business.  These guys

 5     meaning Moshe and Barry.  And this was an

 6     investment, he is in the real estate business

 7     and this was a good opportunity for us to

 8     expand into physical retail and to build out.

 9     We paid the money, shook hands, we did what

10     we were supposed to do from the beginning.

11                     Part of this structure was our

12     expansion into the Home Depot, this was a

13     material part of this deal.  Home Depot happens

14     to be an important customer to Snow Joe selling

15     them shovels and other material, pressure

16     washers among other things and this was a great

17     way to get into a very important category.

18                     Part of the business is that you

19     have the materials to service both the consumer

20     and the Prosumer at Home Depot.  And the way

21     that the business works, if you think about it,

22     Pro, a landscaper for example is a Pro, buys

23     product early and holds it and when he needs to

24     go out there and shovel a sidewalk or put down

25     ice melt for a project, he has the materials he
```

Joseph Cohen                                    October 10, 2024

Page 12

1                        JOSEPH COHEN

2        needs.  He not buying it like consumers do.

3        You see them on the news sometimes panicking

4        when they want to buy ice melt because it's

5        late.  They buy it early.

6                        So we entered into this deal to

7        expand our reach into Home Depot and we started

8        of with every bit of good intention to do it.

9        We were told that product would arrive on time,

10       it would be in salable condition and that at

11       the end of day we would be able to capture the

12       Home Depot business.  That is what we bought

13       into and that is what I signed off on and we

14       went with it.

15                        We knew Moshe through a friend, we

16       had no reason to doubt or trust their integrity.  Him or

17       Barry.  And we went off.

18                        The biggest problem starts from

19       the beginning which is, there is different

20       times of product that go into this load-in of

21       Home Depot.  I believe it is in the asset

22       agreement.  I don't recall the exact page.  But

23       in the agreement it stipulates very clearly

24       that this Home Depot business is part of the

25       deal.  Part of the deal also is that we get the

Joseph Cohen                                          October 10, 2024

Page 13

1                    JOSEPH COHEN

2       Dart intellectual property and the Northrock

3       intellectual property, websites, e-mails, phone

4       numbers, among everything.

5                    So we close on this transaction

6       I believe it was late August and right from the

7       beginning we start to see challenges with this

8       deal.  And, again, some of them manageable,

9       some of them more severe.  The biggest severe

10      issue was that the key component of this deal

11      was calcium pellets that come from a supplier

12      in Egypt.  We were told it would come in

13      quickly and not to worry.  I have been told

14      times from Barry, the product arrives when it

15      comes in it goes straight to Home Depot, you

16      won't have to worry about it.

17                    The problem is not that the

18      product arrived a week or two late.  The

19      product didn't arrive until the end of October.

20      I believe it was the 29th or the 28th of

21      October.  We closed this transaction in August.

22                    We looked like such fools to the

23      Home Depot because we now blew their ability

24      and our ability to capture what they called the

25      load-in business.  What's worse is, the load-in

Joseph Cohen                                    October 10, 2024

Page 14

1                    JOSEPH COHEN

2       business requires that we, as a vendor to the

3       Home Depot, have to ship in what they call the

4       set.  A set is each of the products have to go

5       in and stock the shelves.  Kind of makes sense,

6       right, you go into a retail store and you see

7       one flavor and another flavor of the ice melt

8       and other flavors.

9                    The challenge here is when you're

10      missing the biggest component of the set, well

11      what do you do with the other products to ship

12      in.  Now because we are a prepaid vender, Home

13      Depot's position is, well, you need to ship

14      complete and if I don't ship complete then it

15      is your responsibility to go freight the goods

16      multiple times.

17                   So we closed this transaction in

18      August.  We paid a million dollars at signing

19      of the contract, $3.4 million.  Another part of

20      the deal was that the calcium arriving from the

21      suppliers in Egypt was to arrive, go to our

22      facility in Delaware, we would have open terms

23      against that, I believe it was net 30.  So we

24      would be able to bring it in, combine it all

25      with the other products to go out to Home Depot

Joseph Cohen                                              October 10, 2024

Page 15

                              JOSEPH COHEN

1

2       and off we go.  We had every intention of

3       living to this side of the agreement.  Because

4       that is what we wanted to do and wanted to

5       proceed.  I never expected the product to come

6       in at the end of October.

7                       What makes matters worse now

8       because we blew the load-in, Home Depot's

9       position was very simple, you, they didn't care

10      about the transaction prior to us, they care

11      about us being now in the hot seat as the

12      vender, you now screwed us.  Pardon my

13      language.  You as in Snow Joe because you now

14      ruined the Pro business and the load-in

15      business.  And we are now going to take a very

16      significant position because you gave us, Snow

17      Joe, no opportunity to find another option,

18      another supplier.  The challenge with this --

19              Q.    When was this, I'm sorry to

20      interrupt, when was this?  The date of the

21      contract?

22              A.    This was end of October, beginning

23      of November.  Once we knew the extent of the

24      delay, we had in choice but to tell Home Depot

25      that this is going to be late.  And their position was

Joseph Cohen                                      October 10, 2024

Page 16

1                 JOSEPH COHEN

2      you need to ship on your dime the other

3      products of the set early.  When the calcium

4      arrived we were told by Barry that don't worry

5      it will come in and it will go right out.  That

6      was completely a fallacy, that is not how Home

7      Depot works.

8                 They wanted it in, they wanted it

9      what we call routed properly.  You have to

10     request a permission to deliver to a store.

11     You can't just take it in and take it out.  We

12     got off to such a bad start because this

13     product arrived late.  Set us up effectively to

14     fail.

15

16          Q.    Do you know the cause why it

17     arrived late?

18          A.    No, I don't know why it arrived

19     late.

20          Q.    Do you know if it was Northrock's

21     fault that it arrived late?

22          A.    I don't know.  We were told -- let

23     me finish.  We were told when we did the deal

24     that it's forthcoming not to worry.  We were

25     also told similarly that jugs and other

Joseph Cohen                                    October 10, 2024

Page 17

1               JOSEPH COHEN

2      material needed for packaging would be arriving

3      in short order.  I think it was after we closed

4      about a week or so after we closed one of my

5      team members asked, what's status on the jugs.

6      We found out they weren't even in production

7      and they were going to be months late and that

8      jug was necessary for CVS which we blew and

9      lost.

10              That was a major component to a

11     part of the answer to your question on getting

12     off the wrong foot.

13        Q.    Just a follow up on that point.

14     Isn't another cause of the delay?

15              MR. BURSTEIN:  Wait wait wait.  You

16          asked him the reasons why --

17              MR. BOYLE:  Okay I'll let him talk.

18          Go ahead.

19        A.    Thank you, Brian.  And continuing

20     now for a moment.  There is simple things on an

21     asset agreement that we had expected.  We

22     expect things like transferring over a website.

23     Getting an e-mail address changed.  Getting one

24     particular e-mail and address change was

25     important, phone numbers change because on the

Page 18

1                    JOSEPH COHEN

2      bags that came with this agreement were phone

3      numbers and e-mail addresses.  And they weren't

4      given to us timely.  We asked about them.

5                    Another big component of this is

6      that we needed to switch over with the Home

7      Depot the vendor numbers so that they could

8      transact and trade us the orders.

9                    Another challenge, post the close

10     here, was that we weren't able to get these

11     vendor numbers delivered to us timely.  We had

12     to ask multiple and multiple times of Moshe and

13     Barry and frankly got the run around as to why.

14                    Now it wasn't until later,

15     hindsight is what it is, why did this all

16     occur, we could chat about that I guess a

17     little bit later, because it became very

18     apparent to us subsequent to this what the goal

19     was, from our viewpoint.  But this was set up

20     to put us in a very, very bad spot from the

21     beginning.  We entered into this with very good

22     intentions, we paid a lot of money a million,

23     3.4 million and then millions thereafter and

24     this was set up to cause severe harm for us.

25                    Q.    Okay.  Do you have any factual

Joseph Cohen                                          October 10, 2024

                                                     Page 19

 1                    JOSEPH COHEN

 2      support for Snow Joe's contention that

 3      Mr. Wechsler or Northrock was competing with

 4      Snow Joe?

 5                    MR. BURSTEIN:   Objection to the

 6            form of the question.   You can answer.

 7            A.    Well, we start off on our back

 8      foot with the transaction.   Paid all of this

 9      money shipping late, look like fools to the

10      Home Depot.   We bought these names that were

11      very iconic that Moshe and Barry built up, Blue

12      Heat, it's a brand of product, Pellets of Fire

13      another famous product.   I knew this product as

14      a kid even growing up.   We used to have

15      hardware stores and I saw this product being

16      sold.   This is very very iconic.

17                    Later about a year or so after, on

18      the trip to the Home Depot to start seeing in

19      the store instead of Blue Heat that we bought,

20      Blue Fire was a brand that we saw.   Then we saw

21      instead of Pellets of Fire which is what we

22      bought, Flakes of Fire, just changing one name

23      on it.   And the address when you look it up

24      goes to the same address of Moshe's office on

25      his letterhead.   I thinks 777 Chestnut,

Joseph Cohen                                    October 10, 2024

Page 20

1                      JOSEPH COHEN

2       something like that.

3                      I said to my team, it couldn't be.

4       We just got hosed.  We paid all of this money

5       and then these guys got together went beyond

6       just going to the Home Depot again, breaking

7       this agreement and our trust, but the slap in

8       the face was the same names.  I mean in fact I

9       think I saw recently the U.S. Patent and

10      Trademark Office put out a denial letter saying

11      that these marks an eerily similar to the marks

12      that we bought in the asset agreement.  It

13      wasn't until later that we realized this.

14               Q.    When?

15               A.    It was later.  I believe I saw the

16      first inclination of a name Blue Mineral came

17      out on a Home Depot report.

18               Q.    When was that?

19               A.    I have to check.  If you have any --

20      I have to check on that.

21               Q.    Do you remember the year?

22               A.    It was in '23.

23               Q.    2023?

24               A.    Yes.

25               Q.    So I asked you -- I'm going to

Joseph Cohen                                                    October 10, 2024

                                                              Page 21

1                           JOSEPH COHEN

2       split it up now.  Specifically with respect to

3       Mr. Wechsler.  Moshe Wechsler.  What facts do

4       you have to support Snow Joe's contention that

5       Mr. Wechsler was competing with Snow Joe?

6                           MR. BURSTEIN:   Wait, two things.

7                   I'm going to object to the form and the

8                   second thing I'm going to say is you can

9                   answer that question as long as it does not

10                  include information that was provided to

11                  you by counsel.  If you have facts that

12                  were provided to you by counsel you cannot

13                  provide them.  Anything else that you have

14                  on your own, you absolutely can and should.

15                          MR. BOYLE:   Hold on a second, Judd.

16                  It is privileged if it is communication for

17                  purpose of taking legal advice.  If it is

18                  facts that you're going to rely on in the

19                  case you can't claim privilege.

20                          MR. BURSTEIN:   I disagree for a

21                  number of reasons.  One, to the extent that

22                  I have provided information to Mr. Cohen

23                  that I developed, it's work product which

24                  he is entitled to have as -- which I'm

25                  entitled to protect.

Joseph Cohen                                                    October 10, 2024

                                                              Page 22

1                        JOSEPH COHEN

2                    Information that I have conveyed and

3            the context of the information and the

4            inference that can be drawn from the facts

5            are intertwined.  So if you want to --

6            you're asking now for an explanation, part

7            of that explanation if that comes from my

8            communications and discussions with him

9            based upon documents that I have obtained

10           in discovery, that to me he does not have

11           to answer.

12                    He can answer what he knows

13           certainly separate and apart from the

14           discovery you provided, that would be the

15           basis.

16                    MR. BOYLE:   Let me ask a different

17           question, but we are wasting time.

18           Q.    What evidence is Snow Joe in

19       possess of that Mr. Wechsler competed in any

20       way with Snow Joe?

21                    MR. BURSTEIN:  Yes, well let me,

22           again, are you including in that the

23           discovery that was provided by your side.

24           Q.    What facts in evidence does Snow

25       Joe plan to put on in evidence in this case

1                    JOSEPH COHEN

2        that shows in any way that Mr. Wechsler

3        competed with Snow Joe?

4                    MR. BURSTEIN:   That is an entirely

5              improper question.  It is the equivalent of

6              a contention interrogatory.  You can't do

7              it that way.  There is lots of ways that

8              you can do this.

9                    MR. BOYLE:   Let's stop, because

10             you're truing to obstruct.

11             Q.    Mr. Cohen, you personally, forget

12       Snow Joe.  Mr. Cohen, as we sit here today do

13       you have any personal knowledge that

14       Mr. Wechsler competed with Snow Joe?

15             A.    From my vantage point --

16                   MR. BURSTEIN:   Wait, objection to

17             the form you can answer.

18             A.    From my vantage point once we

19       uncovered that Blue Minerals address on our end

20       before we retained counsel, external counsel,

21       we did civil searches, they pointed to Moshe

22       Moshe's address.

23                   We then find out later through

24       searches and we were told at the beginning that

25       this warehouse in Spotswood, New Jersey was

Joseph Cohen                                        October 10, 2024

Page 24

1                    JOSEPH COHEN

2       never owned by either of them.  There was a

3       landlord.  We find out that to be false by

4       doing a search.

5                    I'm not an attorney, but we

6       started seeing now, connect the dots of this

7       name, Blue Minerals come up and the name stuck

8       with me because in one of the IP transfers on

9       the asset agreement there was a Blue Minerals

10      transfer of IP to Snow Joe.  I do recall that.

11                   Now we see Blue Minerals on the

12      Home Depot report.  Now we see an address that

13      goes exactly to his office address.  This is

14      starting to smell very terrible for us.  And

15      our fear sort of why the delay in the beginning

16      of getting the information -- why the challenge, why

17      the issues and then to start to see product, in

18      fact I had an a conversation with Moshe about

19      something is not adding up.  We're seeing -- we

20      are supposed to sell a certain amount of

21      product, we're not selling it.

22                   I even got a phone call from a

23      clerk at a Home Depot saying, hey, I want to

24      buy your Blue Minerals product.  They thought

25      we were Northrock.  This is the type of stuff

Joseph Cohen                                          October 10, 2024

Page 25

                          JOSEPH COHEN

1

2       that we were getting.  I didn't have it all

3       figured out until I brought in external

4       counsel.  But we were severely shocked at what

5       was uncovered.

6                        At that point we wanted to get it

7       all -- we wanted to say if this was the case,

8       we wanted to get our information right and once

9       we ultimately did, at that point we took action

10      as we should and we spent a treasurer on having

11      the peace of having this business protected,

12      almost 6 million, 6 1/2 or so million dollars

13      were exchanged between us and them to have

14      peace in going to sell the business.  I was

15      told they were not interested in being in the

16      business, not being part of it and we just find

17      these lies along the way.

18                        And hindsight is what it is, it

19      made total sense and as we sit today we lost

20      the business to Blue Minerals, to them.  And we

21      are out all of this money and our reputation

22      severely harmed at the Home Depot.  And I was

23      very, very, very trusting from the beginning.

24          Q.      To use your metaphor, you said it

25      started to smell bad, right?

Joseph Cohen                                    October 10, 2024

Page 26

```
 1                    JOSEPH COHEN

 2          A.    I didn't hear what you said.

 3          Q.    You said it started to smell bad

 4    because you saw Blue Minerals and other red

 5    flags, right?

 6          A.    Well --

 7          Q.    Is that the term that you used?

 8          A.    Yes.

 9          Q.    Did you ever find the source of

10    the smell?

11                MR. BURSTEIN:   Objection to the

12          form.

13          Q.    Do you have any evidence -- I'm

14    going to ask it again.  You answered it but not

15    really.

16                Do you have any evidence, facts,

17    not speculation, not conjecture, that

18    Mr. Wechsler has competed with Snow Joe?

19                MR. BURSTEIN:   Objection to the

20          form of the question.

21          Q.    Please answer.

22          A.    As I said earlier, once we started

23    to see Blue Minerals name, we took a search and

24    started identifying Moshe's address.  We then

25    do a business search and see Moshe's name, we
```

Joseph Cohen                                          October 10, 2024

Page 27

1                       JOSEPH COHEN

2        see a name on the property and see a name in

3        the search of the real estate with the name.

4        We were told it wasn't theirs.  Everything

5        started building.

6                       It is one thing to take one thing

7        in a vacuum and say it must be an error or

8        mistake.  But when we took into totality from

9        the beginning, the conversations that we had,

10       I'm not in the business, don't worry about it,

11       the product is going to come in from Egypt on

12       time, I mean even the most agnostic point you

13       think about we asked for a supplier who makes

14       the Egypt product, I asked for an introduction,

15       to this day I don't have the introduction to

16       the supplier who makes the product.  And to

17       what end, you would ask along the way, but we

18       figured it out later.

19            Q.    As we sit here now, are you

20       prepared under oath to testify that it's a fact

21       that Mr. Wechsler or Northrock competed with

22       Snow Joe?

23                  MR. BURSTEIN:   Objection to the

24            form of the question.  You can answer.

25            A.    Yes.

Page 28

1                    JOSEPH COHEN

2          Q.    Yes, and what is that fact based

3     on, other than what you have already told us,

4     if anything?

5          A.    As I said --

6               MR. BURSTEIN:   Well, wait.

7          Q.    If you're going to say the same

8     thing you don't have to answer it again.

9               MR. BURSTEIN:   The whole line of

10              questioning is based upon your personal

11              knowledge, but go ahead.

12         A.    To my personal knowledge --

13         Q.    Your personal knowledge,

14    Mr. Cohen.  So we're done with Mr. Cohen.  So

15    now please put your Snow Joe hat on, you're

16    here as the corporate representative as Snow

17    Joe.

18              Is there any additional evidence

19    that Snow Joe has that Moshe Wechsler made one

20    penny from the ice melt business after he sold

21    to Snow Joe?

22         A.    When we identified and got a

23    report from the Home Depot we, Snow Joe, first

24    thing that I did was sent it to our general

25    counsel at the time to look into this.  --

```
 1                    JOSEPH COHEN

 2              MR. BURSTEIN:  Wait, wait, to be

 3         clear.  You should not discuss what you and

 4         your counsel discussed.  That I'm telling

 5         you you can't discuss.  You cannot discuss.

 6         A.    Let's move on from the questions.

 7    The rest was a conversation with me and him.

 8         Q.    Do you think Mr. Wechsler is a

 9    liar?

10         A.    I do.

11         Q.    Do you think he would falsely

12    testify under oath?

13              MR. BURSTEIN:  You can answer that.

14         A.    I do.

15         Q.    You do.  So you believe there is

16    sufficient evidence to show that Mr. Wechsler

17    has competed with you and Snow Joe?

18              MR. BURSTEIN:  Objection to the

19         form of the question.

20         Q.    Yes?

21         A.    Yes.

22         Q.    Would you still stand by the

23    statement that you discovered that its

24    principal, who is Mr. Wechsler, had immediately

25    begun to secretly compete with Snow Joe in
```

Joseph Cohen                                    October 10, 2024

Page 30

```
 1                   JOSEPH COHEN

 2     violation of its clear rights?  Tell me what

 3     you discovered immediately after the sale.

 4     Tell me what you discovered, please, if

 5     anything.

 6                   MR. BURSTEIN:   Asked and answered.

 7          You can answer the question.

 8          A.     Well, immediately after the sale

 9     you talk about a person's character we talk

10     about building blocks.   We were told --

11          Q.     I'm talking about secretly

12     completing.

13          A.     Let me answer the question.

14          Q.     Please.

15          A.     We are talking about building

16     blocks of someone's character.   On signing the

17     contract we sent a million dollars, we did

18     that, we check the box.   On closing we sent

19     $3.4 million, we check the box.   We asked for

20     simple things.   We needed to know and have

21     transferred to us the Home Depot vendor number.

22     Why on earth would that take as long as it did

23     and not get to us.   We asked for the website to

24     get transferred over.   We were told stories.

25     The person is Israel not available.   The woman
```

1                    JOSEPH COHEN

2      that does it is out on maternity.  We just  the

3      run around.  But we still persevered.  We still

4      pushed forward.  We were told that we would ge

5      the calcium in it came in beyond late.

6                      All of these little things built,

7      but we kept with it.  We already made a

8      substantial financial commitment and investment

9      and we made, more importantly, we put our

10     reputation on the line with the Home Depot that

11     we were going to you execute and deliver.

12     That's what we did.

13                     So along the way these things are

14     building and we chalk it up to maybe there is a

15     reason, we never thought, to your question,

16     immediately after there is a challenge here,

17     but we built, we were building these as any

18     human would do, experiences.

19                     One of those facets were, Barry's

20     not getting back to the business.  He told me

21     that himself.  Moshe mentioned to me he was in

22     the real estate business, this is a side hustle

23     and not a main business.  We spent a lot of

24     money for this to go.

25                     So we were set up from the

Joseph Cohen                                October 10, 2024

Page 32

1                      JOSEPH COHEN

2        beginning where we didn't understand yet why

3        all the delays.  Why tell us that the jugs are

4        going to come in on time and they don't.  Why

5        put us up to a point where we go to the Home

6        Depot and not the get the vendor number and

7        look like fools to the Home Depot which damaged

8        our reputation severely after accomplishing

9        this asset agreement.  Severely hurt our

10       reputation with the Home Depot.

11                      To this day some of the people in

12       the field will not take my phone calls because

13       of what we did and how we let them down by not

14       having the product in on time.

15                      As we started progressing down the

16       season to then ultimately find that product

17       starts arriving into the stores under the Blue

18       Minerals, Blue Heat, Blue Flakes of Fire, same

19       address, everything built to it, we were

20       deflated.  We were trying our best, we were

21       already off to a rocky start because the goods

22       arrived late.  We made no -- we didn't hide the

23       fact that we were having a challenge to Moshe

24       about this and at the end of it it was a slap

25       in the face to see the product on the shelves

Joseph Cohen                                          October 10, 2024

Page 33

1                        JOSEPH COHEN

2          with the same name and damage was done already.

3                        We lost the stores to the Home

4          Depot, our reputation was destroyed, we were

5          out 6 1/2, $7 million of money that was

6          exchanged and sent to Moshe and Barry.  And

7          unfortunately we are here wasting everybody's

8          time.

9                Q.    Wasn't a piece of the purchase

10         price financed by the seller?

11               A.    Yes.

12               Q.    You took back a promissory note,

13         right?

14               A.    There was a note component to the

15         deal, yes.

16               Q.    So why would, since you say the

17         theory sounds like is Northrock was going to

18         sell you their assets and then compete with

19         you, is that what you're saying happened?

20               A.    Hindsight is a wonderful thing,

21         Brian, because we paid in cash $4 million, a

22         million at signing and 3.4 million at the close

23         and then effectively more cash along the way in

24         a short period of time that we thought we had

25         this piece.  What would did in turn, what we

Joseph Cohen                                              October 10, 2024

Page 34

1                          JOSEPH COHEN

2         realized is what we got was and what we did

3         effectively was bailout Barry and Moshe from

4         whether it was a hard ice melt season, didn't

5         snow in previous years, we gave them a treasure

6         of money which they got, there's no dispute of

7         that.  We hoped that we getting piece of the

8         stores.  What was instead got was delay and at

9         the end of it the materials that we got which

10        maybe shame on us for not inspecting every unit

11        in Spotswood before it came in.  Bags, how this

12        business works you fill bags, most of it comes

13        in unfilled.  Bags that were caked with dirt,

14        unfillable, ripped, intellectual property that

15        didn't belong to Barry and Moshe, other

16        people's brands that were sent to us.  We

17        effectively were a garbage dump of materials

18        that we got from them.

19                     Now not all the materials, some

20        materials were acceptable.  But some of it was

21        clean it out and the conversations along the

22        way were, we need to be out of this building by

23        the end of October, whatever it was, in terms

24        of timeline which we worked to accomplish.  It

25        is not our building, it is not our property.

Joseph Cohen                                    October 10, 2024

Page 35

1                    JOSEPH COHEN

2    Talk about character how it builds very, very

3    disappointing.

4                    So we have to this day we have all

5    of this junk sitting that is unsellable and

6    unusable.

7                    So we started with good

8    intentions, you asked a loaded question but we

9    paid a lot of money.  I think they accomplished

10   what they want to accomplish frankly.

11        Q.    Let me ask you this.  The question

12   is why would or what is your understanding as

13   to why Northrock would compete and sabotage to

14   use Plaintiffs' words somebody who owes them

15   millions of dollars?  Can you explain that?

16                    MR. BURSTEIN:   Objection to the

17            form of the question.

18        A.    I don't know about you, but

19   $6 million is lot of money, it's a lot of cash

20   that we sent over.  A lot of money.

21        Q.    You sent you $6 million in cash?

22        A.    A million at the close, $3.4

23   million -- excuse me, a million on signing, 3.4

24   million at the close and about 2 and change, 2

25   million and change subsequent to the

Joseph Cohen                                    October 10, 2024

Page 36

1                    JOSEPH COHEN

2       transaction.

3             Q.    And you owe more right, under the

4       documents you owe more than that, right?

5                   MR. BURSTEIN:    Objection to the

6             form.

7             A.    I don't agree we do, clearly that

8       is why we are here.

9             Q.    In the document you agreed that a

10      portion of the purchase price would be financed

11      by Northrock, right?

12            A.    Yes.

13            Q.    So essentially Northrock became

14      Snow Joe's creditor, right?

15            A.    Yes.

16            Q.    So your theory of the case is that

17      the creditor competed with the debtor to

18      sabotage their business, that is your theory of

19      the case?

20            A.    Brian, you're implying that they

21      got no cash component.

22            Q.    I'm not implying anything.  Is

23      that your theory of the case?

24            A.    As I stated earlier, they

25      received, Moshe and Barry, $6 million.  A lot

Joseph Cohen                                              October 10, 2024

 1                     JOSEPH COHEN

 2     of money from what ultimately we ended up

 3     getting.  6 million was sent out.  When we were

 4     negotiating this they were pushing for more in

 5     cash component.  More.  Fortunately we pumped

 6     the brakes on that.

 7              Q.    Pumped the breaks on what?

 8              A.    On going higher than a million at

 9     signing, 3.4 million at the close and the cash

10     component.

11              Q.    You mean on continuing to make

12     payments per the documents?

13              A.     No, I did not say that.  Moshe was

14     negotiating hard for more upfront cash than

15     seller financing.  He wanted more upfront.

16              Q.    You said you had -- how many deals

17     have you done with seller financing?

18              A.    I have done several.

19              Q.    Have you been the financier?

20              A.    I have.

21              Q.    And at that time wouldn't you have

22     preferred to have as much up front cash as

23     possible in seller financing?

24              A.    I would.

25              Q.    So again, I'm struggling to

Joseph Cohen                                      October 10, 2024

1                       JOSEPH COHEN

2       understand why the seller who stands to make

3       millions of dollars if Snow Joe was successful

4       in Snow Joe's words sabotage Snow Joe.  I want

5       to understand why that would be.

6                       MR. BURSTEIN:   Objection to the

7               form of the question.

8           Q.     What is your understanding?

9                       MR. BURSTEIN:   Now that you --

10              since we got to the end of question, I

11              thought it was over before, I object to the

12              form.

13          Q.     Do you have an answer.

14          A.     Sorry, I wasn't aware it was my

15      turn to speak.  Are you guys done?

16          Q.     Yes.

17                      MR. BURSTEIN:   Yes.

18          A.     As I stated before, from our

19      perspective they took the best deal they were

20      going to get to get them out of the bind they

21      were in.  They got our cash.  The intent

22      clearly now in hindsight was, let's not lose

23      our evergreen business, we could be shipping

24      product for the next ten years.  Take Joe's

25      money, take the Snow Joe's money, get out of

Joseph Cohen                                                October 10, 2024

Page 39

```
 1                    JOSEPH COHEN

 2     our jam, got out of our problem and move on.

 3          Q.     What documents do you have that

 4     shows that Mr. Wechsler or Northrock competed

 5     with Snow Joe?

 6                    MR. BURSTEIN:   Objection to the

 7               form of the question.  And to the extent

 8               that you're saying you have documents in

 9               your possession other than those provided

10               by the other side, by Northrock in

11               discovery.  You can answer the question.

12          A.     I'm going to refrain from the

13     answer of the documents as most of that would

14     be privileged with our counsel.

15                    MR. BOYLE:  I never heard such a

16               thing, so I will have to make a statement

17               on record.  Judd, your contention is that

18               if you give a document to a witness that

19               was produced in discover he can't testify

20               about the document?

21                    MR. BURSTEIN:  My position is the

22               way that you asked the question, which is

23               you asked the question in terms of what

24               evidence you have, evidence is a -- is not

25               just a fact question.
```

Joseph Cohen                                           October 10, 2024

                                                            Page 40

1                         JOSEPH COHEN

2               MR. BOYLE:   Okay, we will change

3           evidence to facts.

4               Q.    What facts or documents that you

5       have that shows Mr. Wechsler or Northrock

6       actually competed with Snow Joe?

7               MR. BURSTEIN:   Objection to the

8           form of the question, but you can answer

9           it.

10              MR. BOYLE:   What's the basis of the

11          objection.

12              MR. BURSTEIN:   You keep using these

13          loaded terms.   What shows something.

14              MR. BOYLE:  We're in trial

15              MR. BURSTEIN:   You're not at

16          trial.  You wouldn't be able to ask that

17          question at a trial.  I'm objecting to

18          form.  More to the point, Brian, it is not

19          my job to tell you how to ask the question

20          correctly.

21              MR. BOYLE:   Well, that we agree.

22              MR. BURSTEIN:   I'm objecting to the

23          form of the question.  I haven't said he

24          can't answer it.  Let him try to answer it.

25          I'm not telling him not to answer.  I'm

Joseph Cohen                                    October 10, 2024

1                          JOSEPH COHEN

2              telling him --

3                     MR. BOYLE:   You're wasting time.

4                     MR. BURSTEIN:   I'm not wasting

5              time.  I have a right to object to the form

6              of the question.  I object to the form of

7              the question.  I said go ahead and answer.

8              A.     As I stated earlier, we ran

9       searches against the Blue Minerals name, we

10      started uncovering online and through state

11      database records all of these different

12      entities associated with Moshe.  For the life

13      of my I don't understand why a business would

14      have as many entities as it did for a business

15      which, quote/unquote, he is not part of.

16              Q.     Do you know when these businesses --

17              A.     Entity 1, entity 2, entity 3,

18      entity 4 for a small in their mind this a side

19      hustle, not my main business.  There were a lot

20      of entities that were there.

21                     And further digging through more

22      state searches finding every address pointing

23      to Moshe's address and office address was

24      shocking and alarming to us.  On top of that,

25      we talk about building blocks and identifying a

Joseph Cohen                                    October 10, 2024

Page 42

1                         JOSEPH COHEN

2          pattern here and we brought in experts and our

3          counsel after the fact.  But before then seeing

4          all of these different entities with the

5          Mineral name in it was another clue for our

6          point.

7                         I don't know what Moshe's fixation

8          is with diamonds and gem stones but it seems as

9          if every entity that's registered with his

10         address in the state search or database search

11         has some sort of mineral or gem, maybe he's got

12         a fixation with geology, minerals, diamonds,

13         emeralds, all of these entities comings to the

14         same address.

15                         When we start to pull together and

16         start to see the same address, the same location, so,

17         for example, you asked a appointed question of

18         fact, if you look at the -- a safety data sheet

19         that is published on the Home Depot of this

20         competing ice melt, has the same address on it.

21                         Brian, we were hosed and at the

22         end of it -- I'm going to pause there before I

23         get more heated on it.  $6 million and our

24         reputation tarnished by what we -- in all of my

25         career -- you asked if I have been part of

Joseph Cohen                                    October 10, 2024

Page 43

JOSEPH COHEN

1

2        asset agreements on both sides, I have been.  I

3        do everything in my power to ensure a buyer is

4        set up for success.  Whether it was financed

5        sellerwise, cash component or not, reputation

6        matters.  This was not the case and we frankly

7        should have stopped this process a lot sooner,

8        we didn't, we trusted and we are here today.

9                Q.    You kept making payments, right,

10       for a period of time.

11               A.     You might have missed what I said

12       before, we didn't uncover the extent of the

13       link to Blue Minerals until later.  So payments

14       were made.  We were trying to make it work.  We

15       paid a million at signing, we paid 3.4 at the

16       close, we were making payments even though the

17       benefit of bargain didn't come to us.

18                       We were supposed to get the

19       calcium immediately.  We were supposed to ship

20       the product out to the Home Depot.  We were

21       told it come in on the port Joe, don't worry,

22       it'll go right out.  It comes in in November.

23                       You're a northeast guy, Brian.

24               Q.     What is that?

25               A.     Are you a northeast guy?

Joseph Cohen                                    October 10, 2024

Page 44

```
 1                   JOSEPH COHEN

 2        Q.     Yes, DC.

 3        A.     Virginia is sort of backyard

 4    territory for us.  Although there is a limited

 5    window when it gets really cold and snowy and

 6    then it just turns to spring and all of us

 7    Yankees want to see us go into spring weather.

 8    You have a very narrow window to make your

 9    sales in this business.

10                   Why not tell us from the

11    beginning, this is going to arrive late.  Why

12    not tell us that this ice melt jugs aren't

13    going to could in CVS.  Why not give us the

14    website.

15        Q.     What evidence do you have that

16    they knew it wasn't coming in, that it was

17    going to be late?

18                   MR. BURSTEIN:   Objection to the

19         form of the question.

20        A.     As I told you before, I had

21    conversations with Moshe and Barry leading up

22    to the closing of the transaction.  We were

23    assured that everything is in order in the

24    asset agreement speaks to in black and white

25    the load-ins for Home Depot required in
```

Joseph Cohen                                    October 10, 2024

Page 45

```
1              JOSEPH COHEN
2    September of that year.  We were excited.  We
3    wanted to see this transaction be successful.
4    I was referred into Moshe and Barry from a
5    friend of a friend.
6              That's the problem is that I
7    didn't have my antennas up from the beginning.
8    I trusted the relationship and connection going
9    into it.  I would never do this on the reverse
10   side and here we are a year or so later, more
11   than a year later, Blue Minerals is in the
12   position and not us.  This is just beyond
13   appalling.
14        Q.    Are you aware that Barry Wachsler
15   has a separate Blue Minerals company that has
16   nothing to do with Moshe Wechsler?
17              MR. BURSTEIN:   Objection to the
18         form.
19        Q.    Are you aware of that?
20        A.    I'm not.
21        Q.    So as we sit here today, you still
22   think Mr. Wechsler has benefitted by competing
23   against Snow Joe?
24        A.    Yes.
25        Q.    You've told me all the facts that
```

Joseph Cohen                                          October 10, 2024

                                                    Page 46

1                        JOSEPH COHEN

2        you have to back that up?

3                    MR. BURSTEIN:   Objection to the

4             form of the question.

5             A.    I've told you what I could that is

6        not privileged.

7             Q.    And you told me what you're going

8        to testify to, if this goes to trial, right?

9                    MR. BURSTEIN:   Objection to the

10            form of the question.

11            A.    I told you what I told you that is

12       not privileged.

13                   MR. BOYLE:   That's a new one for

14            me.  Let's take a quick break.

15                   (Recess Taken.)

16       BY MR. BOYLE:

17            Q.    Let's talk about the inventory

18       which you previously had said under oath, "The

19       product that Northrock did provide to Snow Joe

20       failed even to approach the agreed upon quality

21       standard."

22                   MR. BURSTEIN:   Can you just tell us

23            what you're quoting from?

24                   MR. BOYLE:   No.

25                   MR. BURSTEIN:   You said it under

1                  JOSEPH COHEN

2           oath.  If you don't want to tell him --

3                  MR. BOYLE:   Could the court

4           reporter read back what I said.

5           Q.    Let me ask you this question.

6    We'll make it easy, Judd.  Is the following

7    statement true.  The product that Northrock did

8    provide to Snow Joe failed to even approach the

9    agreed upon quality standards?  Is that true?

10                 MR. BURSTEIN:   That's a fair

11          question.  Go ahead.

12          A.    Yes.

13          Q.    Please explain why the product did

14   not approach the agreed upon quality standards?

15          A.    If we break out product for a

16   moment.  There were different products that

17   were purchased in this asset agreement.  Some

18   of it was fine, some of it --

19          Q.    What part was fine?

20          A.    There was -- the bulk Chilean salt

21   was fine.

22          Q.    What else?

23          A.    There was some prebagged product

24   under the Blue Heat brand was fine.  The issues

25   came from several facets of the inventory,

Joseph Cohen                                        October 10, 2024

1                    JOSEPH COHEN

2       primarily the calcium.  There was some calcium,

3       what they call super sacks, these are large

4       sacks of product, carry about 2000 pounds in a

5       vat.  That was hardened material.

6                    Calcium is a very moisture

7       grabbing element.  It is one of the reasons why

8       it is effective with melting ice, but if you

9       have calcium that has moisture content it

10      becomes hard, it becomes a rock.

11           Q.    When did you discover that, that

12      there was rock, calcium rock?

13           A.    The challenge of how this was

14      structured in terms of moving out after the

15      purchase.  Inventory was in several different

16      locations.  There was inventory in Spotswood,

17      New Jersey.  There was inventory in Bayonne and

18      there was inventory to arrive.

19           Q.    Let me stop you there for a second

20      just so we could put a bow on that.

21                    Isn't it true that at least two

22      people from Snow Joe visited both of those

23      facilities that you mentioned, Bayonne and the

24      other one, before the transaction to inspect

25      the inventory?

Joseph Cohen                                    October 10, 2024

1                       JOSEPH COHEN

2          A.     As I was saying before and

3     answering part of your question, Snow Joe did

4     send out someone to look at the goods that were

5     in these locations.  The way the goods were

6     stacked it was impossible to move all the

7     product to get to the bottom layer.  So we

8     looked, for example, at the top layer, you

9     can't move 2000 pounds of material easily.  Not

10    easy to do without equipment or machinery.  We

11    did the best that we could at the time.  We

12    were not able to get all of the material

13    reviewed that were on the bottom layers in

14    Spotswood of the pallets.  These are the empty

15    bags, quote/unquote, that I know became very

16    problematic which we did not uncover until

17    later.

18                    And of course the material that

19    was arriving from Egypt, we had no opportunity

20    to review until the goods would have arrived.

21         Q.     Were there alleged defects in the

22    goods from Egypt?

23         A.     Yes.

24         Q.     What was wrong with those?

25         A.     Hardened.

Joseph Cohen                                          October 10, 2024

Page 50

1                       JOSEPH COHEN

2          Q.      When did you discover they were

3     hardened?

4          A.      As we mentioned earlier, the goods

5     came in exceptionally late, the end of October.

6     They shipped whatever we could start shipping

7     that we missed the load-in started going out to

8     the floor of Home Depot in early November at

9     that point.

10                 It wasn't until several months

11    later that we started getting calls from the

12    field at Home Depot saying we have a problem

13    with the ice melt.  There is some material that

14    is hard and they became very blockish and what

15    is Snow Joe going to do about it.  Then we

16    started digging in deeper.

17         Q.      Do you have an expert or anybody

18    else that can determine that that product was

19    hardened as a result of something Northrock did

20    or didn't do?

21         A.      It was irrelevant as far as I'm

22    concern who did it.  I needed sellable product.

23         Q.      How long did you have the product

24    before you shipped it to Home Depot?

25         A.      Well, when it arrived in late

Joseph Cohen                                    October 10, 2024

Page 51

1                    JOSEPH COHEN

2      October, as I mentioned before, several weeks

3      thereafter we were starting to finally send out

4      that product to the stores.

5              Q.    When it arrived who was in charge

6      of receiving the shipment?

7              A.    Well, that's a problem.  Because

8      the way this was structured in the asset

9      agreement was that we were supposed to take

10     quick possession of the calcium and pay on open

11     terms.  Snow Joe has a facility that is in New

12     Castle, Delaware, not far from the port.  When

13     the goods came in October, Moshe wanted to get

14     paid for the goods upfront, that wasn't what we

15     agreed to in the deal.

16                  We had no choice at this point to

17     live with this new pay as you go structure on

18     the calcium because we were in such a bind

19     being late with the Home Depot.  I could not

20     get another supplier.  We could not get an

21     alternative producer of bags.  The material in

22     Spotswood while there was some raw material

23     there of calcium, it was not bagged.

24                  The challenge of calcium not to

25     bore everybody with the chemistry is that you

Page 52

1                    JOSEPH COHEN

2      need a certain temperature to bag product with

3      certain equipment.  Some equipment you can bag

4      it in higher temperatures, other equipment you

5      can't bag it.  When the temperature is too warm

6      there is too much moisture in the air, you

7      can't bag it.  So we had no choice but to live

8      with that changed structure pay as you go.

9                    In October when the goods finally

10     did make it, Moshe wanted to get paid on a COD

11     pay as you go basis for the calcium.  So as we

12     would take product we would pay for product.

13     But this is his product that was sitting --

14     part of our asset agreement but under his

15     control at the port.  We weren't able to get

16     releases from the port unless we had his

17     permission.

18              Q.    At some point did a creditor take

19     action to try to get that product that was in

20     Delaware at the port?

21              A.    Can you define creditor?

22              Q.    Someone who is owed money.  Let me

23     cut to the chase.  Was there a point where Snow

24     Joe paid $700,000 to access that inventory?

25              A.    It absolutely did.

Joseph Cohen                                          October 10, 2024

Page 53

```
 1                    JOSEPH COHEN

 2          Q.      So you paid $700,000 to receive

 3      the release of the defective product; is that

 4      right?

 5                    MR. BURSTEIN:   Objection to the

 6              form of the question.

 7          A.      Thanks Brian, let me answer.

 8                    Snow Joe did pay 700,000

 9      Intercontinental, the port operator.  The port

10      had in its yard both the calcium and bulk salt

11      that had nothing to do with the transaction

12      with Dart and Northrock.  There was bulk salt

13      there.  The operator at the port couldn't care

14      less, it was all commingled together and

15      basically sent out a notice if you don't take

16      the product from the port, if you don't pick up

17      the product we are going to auction off the

18      product.  All of it.  And this had severe

19      consequences for us for a variety of reasons.

20                    One, the brand name that we bought

21      and paid for is sitting on the bags of these

22      products, on the calcium product, and we were

23      very concerned given the status and state of

24      the quality of the product that some opportunistic

25      buyer would pay pennies on the dollar for the
```

Joseph Cohen                                          October 10, 2024

Page 54

1                    JOSEPH COHEN

2       calcium bags and flip them to retailers.  And

3       at end of the day the buck will stop with us as

4       the owner of the brand and we were concerned

5       with that.  We take pride in the workmanship of

6       what we put out to the market.  We do not put

7       out defective product.  But not bifurcating

8       that for a moment, we also had to deal with

9       actual salt, sodium chloride which we needed

10      for our other products to fill.

11                    So we had no choice.  We told

12      Moshe about the challenge at the port, that the

13      guy was going to not work with us and wanted to

14      auction off the product.  We had no choice but

15      to pay him, we paid him $700,000, we did.  We

16      told Moshe what we were doing, we parked the

17      product, as I mentioned earlier, we have a

18      facility not from the port, we moved all of our

19      sodium chloride to our site and also moved the

20      calcium parked at our warehouse.  And we told

21      Moshe, in fact until this day it is still

22      there, to go take it.  Make sure you take off

23      the brand name, remove it, dispose of it as you

24      wish, sell it to whom.  He mention that he had

25      some customers interested in buying it.  Talk

Joseph Cohen                                    October 10, 2024

                          JOSEPH COHEN

1

2       to our team about it.  We thought we did the

3       right thing by protecting the integrity of the

4       brand and moving it so it wouldn't be auctioned

5       off.  And that's what we did.

6                      And we're paying to this point

7       space and rent for this calcium that is sitting

8       there.  We don't want it here.

9            Q.    When did you first receive a

10      complaint about hardening of the product?

11           A.    It wasn't until later.

12           Q.    Later when?

13           A.    I would say late December.  Again,

14      you will get a complaint or two, but when I

15      start getting a bunch of complaints, that

16      didn't start happening until later.  My guess

17      it wasn't until they started selling the

18      product that they actually had the consumers

19      walk back in, I bought a bag for 25 or 30

20      dollars and it is harden.  Give me my money

21      back.

22                      Home Depot is a very vocal

23      operator they will call you on the cell phone

24      and say you need to fix it.  Fixing it means

25      ship it back at our expense and ship us

Joseph Cohen                                          October 10, 2024

1                      JOSEPH COHEN

2      something that is a salable, workable.

3            Q.     Was it hardened when you shipped

4      it?

5            A.     Well, we off-loaded from the port

6      when the product came right in at that point

7      what we did get in October that started going

8      out, we were in such a rush given the delay to

9      not thoroughly look through every bag.  We sent

10     what we could.

11           Q.     Did you inspect the sampling to

12     see if it was hardened?

13           A.     I don't recall.

14           Q.     Do you recall if anybody found any

15     hardened bags before they left and went to Home

16     Depot?

17           A.     I don't recall.

18           Q.     What facts do you have that the

19     product was hardened at the time it was

20     delivered to Snow Joe?

21                  MR. BURSTEIN:   Objection to the

22           form.  You can answer.

23           A.     We sell a lot of ice melt and we

24     rarely see issues like this.  And when we

25     actually got the product back we thought

Joseph Cohen                                                    October 10, 2024

1                      JOSEPH COHEN

2      initially maybe it was the top layer.  If you

3      think about it, bags of calcium they are

4      stacked on a pallet, we thought maybe the top

5      got water damage, but we actually looked

6      through it, it was hardened toward the bottom

7      of it.

8              Q.    Again, what if any facts do you

9      have to suggest that it was caused by

10     Northrock?

11             A.    I never suggested that they caused

12     it directly.

13             Q.    Are you saying -- Northrock -- of

14     course you're not alleging that Northrock knew

15     that the product was hardened, are you?

16                   MR. BURSTEIN:   Objection to the

17             form of the question.

18             A.    I would hope not.

19             Q.    You don't have any reason to

20     believe they knew?

21                   MR. BURSTEIN:   Objection to the

22             form of the question.

23             A.    Specifically I want to be clear,

24     we are talking about the calcium from Egypt.

25             Q.    Yes.

1                     JOSEPH COHEN

2          A.     That was supposed to come in

3     quickly and arrived later.

4                 I can't imagine that purposely

5     they knew the product was hardened and sent it

6     to us.  I don't think so.

7          Q.     Isn't it fair to say that Snow Joe

8     assumed the risk of a problem with the product?

9                 MR. BURSTEIN:   Objection to the

10              form of the question.

11         A.     No.

12         Q.     Well you bought the product from

13    Northrock, right?

14         A.     Brian, we buy product from a lot

15    of vendors.  The obligation and it's the same

16    with us when we sell to customers.  It is our

17    responsibility when we sell product to a

18    customer to stand behind the quality of the

19    product.

20                 We make pressure washers, for

21    example, Snow Joe does, we don't actually

22    produce them, we source them.  It is our name

23    on the box and goes out the door and if it's

24    poor workmanship at the factory level, it's

25    irrelevant that the factory produced it, it

Joseph Cohen                                                    October 10, 2024

Page 59

```
1                    JOSEPH COHEN
2        wasn't Snow Joe.  We have to take
3        responsibility for it.
4                    Brian, our transaction with
5        Northrock and Dart was to buy salable product,
6        period.  It didn't matter where it was coming
7        from.  How it was coming in.  We were told that
8        we were going to get calcium promptly so we
9        could sell it.  It is not a complicated business.
10       Make a profit on the sale and move on.
11                   Instead, it came in egregiously
12       late.  We sent it to the Home Depot and started
13       coming back.  That's a problem.  It happens,
14       but it is a problem.
15            Q.    Go ahead, finish.
16            A.    I'm done at this point.
17            Q.    I may have asked this before and I
18       apologize if it is repetitive.  Do you recall
19       that Snow Joe requested to reroute the shipment
20       to Delaware; is that correct?
21            A.    I do.
22            Q.    Do you know whether that
23       contributed to the delay?
24            A.    Absolutely not.
25            Q.    Absolutely not you don't know or
```

Joseph Cohen                                          October 10, 2024

Page 60

```
 1                    JOSEPH COHEN

 2        absolutely not it do not contribute to the

 3        delay?

 4               A.      Thanks for clarifying.  The

 5        latter, it did not contribute to the delay.

 6               Q.      How do you know that?

 7               A.      We made it clear at the beginning

 8        of the asset discussion, the purchase

 9        agreement, that our warehouse and distribution

10        center was in New Castle, Delaware and that

11        product needed to arrive in New Castle.  And

12        Delaware from New Jersey, which I believe is

13        where they normally would off-load product,

14        nautical milewise it is not a far distance.  In

15        fact it would be a shorter distance to deliver

16        to Delaware than it would be to bring it into

17        New Jersey.

18               Q.      What is the dollar value of the

19        inventory that Snow Joe claims is substandard?

20               A.      I don't recall the exact amount.

21               Q.      Did you ever know the exact

22        amount?

23               A.      Ballpark, but not the exact

24        amount.

25               Q.      Can you, with any reasonable
```

Page 61

1                   JOSEPH COHEN

2          degree of certainty, say what percentage of the

3          inventory was bad and what percentage was good?

4                        MR. BURSTEIN:    Objection to the

5                   form of the question.

6                   A.    Now I mean certainly we know what

7          was bad and what was good.

8                   Q.    How much was bad and how much was

9          good?

10                  A.    As you said before, I don't recall

11         the exact amount.

12                  Q.    Ballpark?

13                  A.    The value of the calcium that

14         wasn't salable plus the ripped bags as I

15         mentioned, the decrepit bags, the soot filled

16         bags, branded product that wasn't ours.

17                  Q.    Have you calculated those numbers?

18         Has Snow Joe calculate those numbers in this

19         case?

20                  A.    I defer to counsel, I believe we

21         do.

22                  Q.    They don't have to answer

23         questions today, but we will talk to them.

24                        You do agree that for a period of

25         time you were paying COD, cash on delivery, for

Joseph Cohen                                    October 10, 2024

Page 62

```
 1                    JOSEPH COHEN

 2      the product; correct?

 3            A.     Can you clarify product?

 4            Q.     Well, I can ask, was there a

 5      particular product that you were paying for in

 6      advance?

 7            A.     That was as I mentioned earlier,

 8      Brian, the calcium.

 9            Q.     Yes, that is where I'm going.  I'm

10      not trying to trick you.  I'm just trying to

11      find out what happened.

12            A.     Apologies if I take a specific

13      tone on it, but you started off after the break

14      referring to a quote that I did not give.

15            Q.     Okay, well.

16            A.     I'm a simple guy, Brian, at the

17      end of the day.

18            Q.     I'm simple too.

19                   MR. BURSTEIN:   I just remind the

20            witness to answer the question that was

21            asked.

22                   MR. BOYLE:   Thank you, Judd.  I'm

23            going to try to share my screen, but I'm

24            not the best at it.  Bear with me.

25            Q.     Can you see this document?
```

Joseph Cohen                                    October 10, 2024

Page 63

1              JOSEPH COHEN

2              MR. BURSTEIN:  I don't think I can.

3         I could be wrong.  I can see it.  I can see

4         it.  Can you see it Joe?

5              THE WITNESS:  Yes, I see it.  I only

6         see the top half of it.

7         Q.    That is your signature, right,

8    Docusign?

9         A.    Bear with me Brian.  Are you

10   zooming or am I.

11        Q.    If you need me to zoom in I can?

12        A.    Can you zoom out.  Okay, good.

13   Sorry one more out.  There you go.  Okay.  Can

14   I read it?

15        Q.    I don't want to misquote you so I

16   direct your attention to paragraph 5.

17        A.    Can I read it?

18        Q.    Please.  Read the whole thing.

19              (Witness reviewing document.)

20        A.    Okay, I read it.

21        Q.    Does that refresh your

22   recollection that you did say what I said after

23   the break?

24        A.    Brian, that is not what you asked.

25   You said I said it today.  You are referring to

Joseph Cohen                                    October 10, 2024

1                    JOSEPH COHEN

2      a document that I submitted before.

3            Q.    Okay.  I didn't say you said it

4      today.  I said you said it previously under

5      oath, which is accurate.

6                  Look at paragraph 5, does that

7      remain accurate today?

8            A.    It does.

9            Q.    Other than the hardening of the

10     calcium, what else about the product is bad, if

11     anything?

12           A.    As I told you before, we had bags

13     that were received that were unsellable,

14     unfillable, useless.

15           Q.    How many?

16           A.    I can't quantify the amount today.

17           Q.    Can you quantify the amount before

18     we go to trial?

19                 MR. BURSTEIN:  Can you repeat the

20            question?

21                 MR. BOYLE:  I will start again.  My

22            bad.  A matter time before I get cute, my

23            apologies.

24           Q.    So the bulk calcium chloride

25     pellets, what percentage of those, if you know,

Joseph Cohen                                    October 10, 2024

Page 65

1                    JOSEPH COHEN

2       was salable?

3            A.     You mean these are the calcium

4       pellets in the big bags, the super sacks?

5            Q.     Yes.

6            A.     Very view were salable at value.

7            Q.     Did Snow Joe keep a record of

8       defective products?

9            A.     We did.

10           Q.     Did you e-mail Northrock and say,

11      hey guys, the product is defective?

12                  MR. BURSTEIN:   Objection to the

13               form of the question.

14           A.     There were discussions with

15      Northrock about -- and Barry at Dart about the

16      challenged material.  And the material that

17      you're referring to now I believe it's in

18      Bayonne, New Jersey which we are not near that

19      facility was left there.  We were hoping to

20      find someone that could take it in an as is

21      condition or in the condition that it was there

22      given that it was in such bad shape for us to

23      be able to utilize it.

24                  When we did the deal, we expected

25      that that material would be able to be bagged

Joseph Cohen                                October 10, 2024

Page 66

1            JOSEPH COHEN

2      and sold as calcium pellets in a bag which is

3      our intent.

4            Q.      Where was that material at the

5      time of the sale?

6            A.      The bulk material, the bulk and

7      sacks was in Bayonne.

8            Q.      Isn't it true that Snow Joe

9      represented that they had inspected that

10     material and agreed to the quality before the

11     sale?

12           A.      As I said earlier, we were able to

13     look at what with could.  They are 2000 pound

14     sacks, we could not physically move every one

15     of them.  We relied on what we were told, it is

16     good product.  There might be some hardening,

17     but acceptable product to be bagged.  Not the

18     case when we finally moved some product to

19     Delaware to be bagged which is where our plant

20     is, our operator at the plant said this is not

21     acceptable, it can't be bagged, it would ruin

22     the machine and would not be fillable.

23           Q.      Is there documentation of that?

24           A.      I don't recall.

25           Q.      Is there anybody else at Snow Joe

Page 67

```
 1                    JOSEPH COHEN

 2      that would know whether there is documentation

 3      of that?

 4            A.    I don't recall.

 5            Q.    Has Snow Joe searched for and

 6      made a good faith effort to find any and all

 7      documents regarding alleged defective products?

 8            A.    Yes.

 9            Q.    As we sit here today you're

10      unaware of any communication in writing from

11      Snow Joe to Northrock or Mr. Wechsler regarding

12      defective product?

13                    MR. BURSTEIN:   Objection to the

14             form of the question.  Again, you can

15             answer.

16            A.    I know there were many

17      conversations about defective product with

18      Moshe directly.  As I said earlier, there might

19      be documents about defective, I don't recall

20      them at the moment.

21            Q.    Snow Joe looked for said

22      documents.  An effort was made to find those

23      documents in connection with this case?

24            A.    We take this case and matter very

25      seriously.  And everything was taken seriously
```

Joseph Cohen                                      October 10, 2024

                                                    Page 68

1                    JOSEPH COHEN

2        at the point for uncovering and putting our

3        documents in order.

4               Q.    Understood.  So you would agree if

5        there was communications from -- written

6        communications from Snow Joe to Northrock

7        regarding these allegations about the quality

8        of the product, you would want to find them,

9        right?

10                    MR. BURSTEIN:  Was it just -- I

11              want to make sure, you wanted to find them,

12              was that the question?

13                    MR. BOYLE:  You would want to find

14              them.

15                    MR. BURSTEIN:  That's fine.

16                    MR. BOYLE:  No problem.

17              A.    We, of course, would want to find

18        all relevant documents pertaining to this

19        matter.  In addition we have had many

20        telephonic conversations with Moshe about all

21        facets of this deal from inception to post on

22        the telephone.

23              Q.    So the contention is that a rather

24        large percentage of the inventory that was

25        provided was substandard, fair?  That's your

Joseph Cohen                                    October 10, 2024

```
 1                   JOSEPH COHEN

 2      contention, right?

 3                   MR. BURSTEIN:   Objection to form of

 4             the question, you can answer.

 5             A.    As I said earlier, there was a

 6      large amount of product that was unsalable.

 7             Q.    That did not even approach the

 8      agreed upon quality standards, right?

 9             A.    Yes.

10             Q.    Given that, you believe it's

11      reasonable that Snow Joe does not have one

12      writing to Northrock complaining about these

13      products?

14                   MR. BURSTEIN:   Objection to the

15             form of the question.

16             A.    I didn't say that, Brian.  I said

17      I don't recall an exact letter if in writing

18      was sent about it.  I know there was numerous

19      conversations, I was party to many of those

20      conversations.

21             Q.    So there was never a formal notice

22      of default sent to Northrock, is that fair?

23             A.    I don't recall.

24             Q.    As far as you know as a

25      representative of Snow Joe, Snow Joe never sent
```

Joseph Cohen                                    October 10, 2024

Page 70

1                     JOSEPH COHEN

2     a notice of breach or otherwise notified in

3     writing that these alleged breaches occurred?

4                     MR. BURSTEIN:   Objection to the

5              form asked and answered.

6          A.     I know with certainty I did send

7     e-mails to Moshe post our closing listing in

8     detail all the different things that needed to

9     be addressed.  We didn't get the website.  We

10    still to this day don't have the website.

11         Q.     Which website, so I know?  Which

12    website are you referring to?

13         A.     DartSP.com.

14                    MR. BOYLE:   I'm going to share my

15             screen.  I'm going to mark the first

16             exhibit as Exhibit 1, the declaration.

17                    (Exhibit 1 for identification,

18             Declaration.)

19                    MR. BURSTEIN:   Can you say which

20             exhibit you're referring to?  Is it the

21             affidavit.

22                    MR. BOYLE:   Yes, it's the

23             declaration.  We will get you copies of

24             exhibits.

25                    MR. BURSTEIN:   I want to make sure

Joseph Cohen                                          October 10, 2024

Page 71

1              JOSEPH COHEN

2         that I know what we are talking about.

3              MR. BOYLE:   Now, the next one that

4         I'm going to mark as number 2 is going to

5         blow everybody's mind because it says

6         Exhibit 1 on the first page, but it is the

7         asset purchase agreement.

8              (Exhibit 2 for identification, Asset

9         purchase agreement.)

10        Q.    Can you see that document?

11        A.    I do see the document.  I see the

12   first page.

13        Q.    The first page, yes?

14        A.    Yes.

15        Q.    Give me one second.  I'll show you

16   Exhibit F, list of inventory, do you see that?

17   Obviously you can't read it but do you see it?

18        A.    Is there a question.

19        Q.    Can you see this document?

20        A.    Very hard to see, but I see, yes,

21   this is Excel file.

22        Q.    This is Exhibit F to the asset

23   purchase agreement that we were just looking at

24   which is a list of inventory.  Do you see that?

25        A.    I see it says list of inventory.

Joseph Cohen                                    October 10, 2024

Page 72

1                    JOSEPH COHEN

2           Q.    And it lists some inventory and I

3     want to go through this and tell me which of

4     these were defective and which were sold.

5                 Snow Joe sold product that it

6     bought from Northrock, right?

7           A.    Yes.

8           Q.    All of it wasn't bad, right?

9           A.    Yes.

10          Q.    So looking at this Exhibit F, can

11    you read it or is it still too small?

12          A.    I can see it now.

13          Q.    The first thing is calcium super

14    sacks, is that what we were talking about

15    before?

16                MR. BURSTEIN:   Objection to the

17          form.

18          Q.    What are calcium super sacks?

19          A.    These are the large 2000 pound

20    bulk calcium pellets.

21          Q.    And those are the ones that we

22    were talking about before that you said were

23    not usable?

24          A.    Yes.

25          Q.    All of them or just a portion?

Page 73

```
 1                     JOSEPH COHEN

 2           A.      The majority.

 3           Q.      Where are those now?

 4           A.      I don't recall where they are

 5      today.

 6           Q.      Did you take photographs of the

 7      defective materials?

 8           A.      I did not.

 9           Q.      Did Snow Joe take any pictures of

10      the defective materials?

11           A.      They might have.

12           Q.      Who at Snow Joe would know that?

13           A.      I don't recall.

14           Q.      Did you instruct anybody to make

15      sure that you document the defective product?

16                   MR. BURSTEIN:   Objection to the

17              form of the question.

18           A.      I might have.

19           Q.      Who would you have directed to do

20      so?

21           A.      It might have been somebody at a

22      warehouse level.  I don't recall offhand.

23           Q.      You're saying the inventory was

24      damaged as a result of moisture and hardening;

25      is that right or is that different for the 2000
```

Joseph Cohen                                    October 10, 2024

Page 74

1               JOSEPH COHEN

2    pound bags?

3         A.    I can't speak to why the inventory

4    at Bayonne was hardened.  I can't speak to that

5    other than it was.

6         Q.    Do you know when it became

7    hardened?

8         A.    No.

9         Q.    Do you know if it was before or

10   after Snow Joe inspected it?

11        A.    As I said earlier, we inspected

12   what we could.  We were told some of it was

13   hardened potentially at the top.  Someone is

14   moving the page.

15        Q.    That's me.  Too many screens here.

16   Sorry about that.

17        A.    It wasn't until we started moving

18   the sacks from Bayonne to Delaware where our

19   plant is, our ice melt plant is, that we

20   started realizing that the material in the

21   sacks was unfillable for the bags.  To be

22   bagged, to clarify.  Unfillable to be bagged.

23   It became like rocks.

24        Q.    When did you discover that?

25        A.    I don't recall the exact date.

Joseph Cohen                                October 10, 2024

Page 75

```
 1                     JOSEPH COHEN

 2          Q.      Before October?

 3          A.      No, it would have been after that.

 4          Q.      Now, for a moment we will go back

 5     on this page.  I'm showing you Section 2.7.

 6     Are you with me?

 7          A.      I'm with you.

 8          Q.      Can you read the last sentence for

 9     me please?

10          A.      "Purchaser represents and warrants

11     to seller that prior to closing purchaser has

12     had the opportunity to inspect and is satisfied

13     with the condition of all inventory."

14          Q.      You signed this document, right?

15          A.      I did.

16          Q.      Who from Snow Joe inspected the

17     inventory?

18          A.      One of our warehouse managers.

19          Q.      Do you remember if it was a

20     gentleman named Brett Bernstein?  Does that

21     sound right?

22          A.      Brett did work for us at the time,

23     it might have been him.

24          Q.      What about Paul Riley, did he

25     visit it?
```

Joseph Cohen                                    October 10, 2024

1                     JOSEPH COHEN

2          A.    I don't recall if he visited.

3          Q.    Who is Paul Riley?

4          A.    Paul was Snow Joe's chief

5    operating officer.

6          Q.    Is he still with Snow Joe?

7          A.    He is not.

8          Q.    Why did you leave?

9                MR. BURSTEIN:   Objection to the

10               form of the question.  You can answer.

11         A.    He is employed with another

12   company at this time.

13         Q.    Is that other company owned by

14   you?

15         A.    It is.

16         Q.    What is that other company?

17         A.    All Season Power.

18         Q.    Does Snow Joe still operate under

19   the name Snow Joe?

20         A.    I don't follow the question.

21         Q.    The asset purchaser was Snow

22   Joe LLC and Joseph Cohen was the manager and

23   CEO.  Does that entity still exist?

24         A.    It does.

25         Q.    Is that entity still in operation?

Joseph Cohen                                    October 10, 2024

                                            Page 77

```
 1                    JOSEPH COHEN
 2          A.      It is not.
 3          Q.      What happened to its assets?
 4          A.      Its assets were wold.
 5          Q.      To whom?
 6          A.      Wells Fargo.
 7          Q.      When?
 8          A.      February of this year, February of
 9      2024.
10          Q.      What was the price?
11          A.      I don't have the exact number.
12          Q.      Was there a foreclosure sale?
13          A.      It was.
14          Q.      Is it final, is the foreclosure
15      sale final and closed?
16          A.      Yes.
17          Q.      Do you know who currently owns the
18      assets that Wells Fargo purchased?
19          A.      I do.
20          Q.      Who?
21          A.      Another entity called Weather
22      Brands.
23          Q.      Do you own that entity too?
24          A.      I do not.
25          Q.      Who owns that one?
```

Joseph Cohen                                    October 10, 2024

                                                        Page 78

 1                     JOSEPH COHEN

 2            A.      Investors.

 3            Q.      Investors that you found?

 4            A.      Some yes, some no.

 5            Q.      Are you being compensated in any

 6       way for the operations of this new business

 7       using Snow Joe's assets?

 8                     MR. BURSTEIN:   Objection to the

 9               form of the question.

10            A.      I said earlier, Brian, I operate

11       the company call All Season Power.  That is our

12       operating business.  And today we are a

13       licensee of the Snow Joe brands.

14            Q.      Licensee from who?  Who is the

15       licensor?

16            A.      Weather Brands.

17            Q.      So Weather Brands is under your

18       Joe umbrella, so to speak, that you were

19       describing earlier?

20                     MR. BURSTEIN:   Objection to the

21               form of the question.

22            A.      No.

23            Q.      What if any benefit do you,

24       Mr. Cohen, receive from Weather Brands and use

25       of the assets of Snow Joe?

```
1                   JOSEPH COHEN

2              MR. BURSTEIN:    Objection to form.

3         Q.    What do you get out of it?

4              MR. BURSTEIN:    Wait, wait.   I

5         thought question was over and you added

6         something to it.

7              Can we just go back and so the

8         record is clear or I'm happy to object to

9         the form -- I will just object to the form

10        of the entire question as opposed to where

11        I interjected my objection to form.

12             MR. BOYLE:    Let me see if I could

13        get at this a different way.   I'm trying to

14        get to the point.

15        Q.    Snow Joe sold all of its assets as

16   a foreclosure sale, right?

17        A.    Yes.   I want to be specific with

18   you in a response because it is more technical.

19   Actually you might want to go back up to that

20   asset agreement because it did refresh my

21   recollection.   We could go back to that in a

22   minute.

23             Snow Joe had an obligation to its

24   lender and its lender foreclosed on its assets

25   because of its outstanding obligation.
```

Joseph Cohen                                          October 10, 2024

Page 80

1                          JOSEPH COHEN

2              Q.     And then another third-party

3       purchased those assets, right?

4              A.     That's right.

5              Q.     Did you derive any financial

6       benefit from that third-party's use of those

7       assets?

8              A.     No.

9              Q.     No.  Do the former investors in

10      Snow Joe LLC have any interest in this new

11      entity, Weather Brands?

12             A.     No.

13             Q.     You mentioned earlier about a

14      website that was not transmitted.  I think it

15      was Dart SP; is that right?  Is that what you

16      said?

17             A.     Yes.

18             Q.     I'm showing you Schedule A to the

19      asset purchase agreement.  Are you with me?

20             A.     I am.

21             Q.     Does this list the domain names

22      that you're purchasing, right?

23             A.     It lists some of them.  If you

24      scroll back up to the top of the agreement --

25      I'm glad you brought it up.  There is a very

Joseph Cohen                                                October 10, 2024

Page 81

                              JOSEPH COHEN

1

2        specific section that we put into this

3        agreement that spoke to Dart and Dart Seasonal.

4        Somewhere towards the beginning, a whereas

5        clause the beginning of this agreement.  I

6        think it is the first one.  The brand Dart Ice

7        Melt and there is another section that I

8        believe that speaks to Dart.

9              Q.    So Domain Name Assignment

10       Agreement.  It lists domain names.  Do you see

11       that?  It references schedule A.  Do you know

12       anywhere else in this document where it refers

13       to the DartSP.com domain name?

14             A.    As I said, up at the top of the

15       agreement in the actual asset agreement we made

16       a general reference to all Dart Seasonal

17       products.

18             Q.    But doesn't this domain name

19       assignment agreement expressly apply to domain

20       names --

21                   MR. BURSTEIN:  Don't answer the

22             question until I had an opportunity to

23             object.  Objection to form, now you can

24             answer.

25             A.    We asked for a list of the domain

Joseph Cohen                                    October 10, 2024

Page 82

```
1                    JOSEPH COHEN

2      names pertaining to Dart and Northrock.  We

3      were provided a list of what they are and took

4      it at face value.  We made certain to put it

5      into the agreement that all references to Dart

6      be conveyed to us.  When we received the bag

7      inventory, the Dart SP name was printed on all

8      of the bags.

9           Q.    How long was the delay in getting

10     the domain name, do you recall?

11               MR. BURSTEIN:  Objection to the

12          form of the question.  Please, Mr. Cohen,

13          take a -- skip a beat so I can interpose an

14          objection if it is appropriate.

15          A.    After I answer if it is all right

16     with everybody if we could take a bathroom

17     break?

18          Q.    Sure.

19          A.    I'm rushing for the sake of

20     getting to the restroom.

21               What was the question again,

22     Brian?

23               MR. BOYLE:  Can you read it back?

24          I don't remember what it was

25               MR. BURSTEIN:  If there is a
```

```
 1                      JOSEPH COHEN

 2           question pending then Mr. Cohen has an

 3           obligation to answer it before the break.

 4           If you want to read back the question from

 5           the record he has an obligation to answer

 6           it.  If it is being rephrased I want to

 7           take the break before another question is

 8           asked.  I'm happy to have him answer it if

 9           you want to have the question read back by

10           the court reporter.

11                   (Requested portion of record read.)

12           A.    We -- to this day we still do not

13      have the domain name.

14                   MR. BOYLE:  Okay, let's take a

15           break.  We're probably going to take a

16           lunch, I don't know if you want to do it

17           now or later.

18                   MR. BURSTEIN:  Your choice.

19                   MR. BOYLE:  Break now until one

20           o'clock.

21                   (Lunch recess taken at 12:08 p.m.)

22

23

24

25
```

Joseph Cohen                                                    October 10, 2024

                                                            Page 84

 1                     JOSEPH COHEN

 2             A F T E R N O O N   S E S S I O N

 3                         1:11 p.m.

 4             J O S E P H    C O H E N,

 5          resumed, having been previously duly sworn,

 6          was examined and testified further as

 7          follows:

 8     BY MR. BOYLE:

 9          Q.    Mr. Cohen, we are back on the

10     record.  You're still under oath?

11          A.    Yes.

12          Q.    I want to talk about Home Depot

13     for a moment.  You had said earlier that there

14     were problems and Home Depot was upset and they

15     stopped using Snow Joe; is that right?

16          A.    Not exactly.

17          Q.    Tell me what happened with Home

18     Depot?

19          A.    As I mentioned -- I'm assuming

20     pertaining to this transaction?

21          Q.    Yes.

22          A.    We entered into this deal and

23     communicated to the Home Depot that we are now

24     going to be supplying them ice melt in this

25     very important market.  The way Home Depot

Joseph Cohen                                    October 10, 2024

Page 85

1                     JOSEPH COHEN

2        divides the geography is by market region and

3        store number.  Store numbers, they have a lot

4        of stores in the country so everyone gets a

5        portion and you're assigned your location or

6        allocation of the stores which you fulfill.

7                     So we had started out letting them

8        know, hey, we are acquiring Dart and Northrock

9        and we are going to be selling Blue Heat and

10       Pellets of Fire and other Frosty's, these are

11       didn't brands names of product in Market 15 in,

12       amongst other markets.  These are north New

13       Jersey right near New York City.  These are

14       very highly trafficked stores, a lot of

15       activity and a lot of volume.  This was early

16       on, they were happy for us.  We communicated to

17       them about this transaction.  And off we went.

18                     As I mentioned when we did this

19       agreement with Northrock, Moshe, Barry, in the

20       beginning of August when we signed it, we were

21       talking about it beforehand.  I believe we

22       closed on it the end of August, August 23rd or

23       24th.  The expectation was that we would meet

24       in the asset agreement the September load-in,

25       which is, I don't recall the exact page in the

Page 86

```
1                    JOSEPH COHEN

2        asset agreement, but there is a section which

3        talks about the award.

4                    So Home Depot gives vendors

5        awards based on each upcoming season and they

6        say here are your stores, here is the information,

7        so on and so forth.

8                    We are excited about the deal,

9        paid a million dollars for the deposit, 3.4

10       million thereafter.  We are expected to meet

11       our obligation of the deal and supply Home

12       Depot with this program or the load-in and we

13       were unable because a key element of this was

14       getting the material there promptly.

15                   Home Depot, as I mentioned earlier

16       today, has a Pro business and a consumer

17       business.  The Pro business is very important

18       to them.  As you could imagine these are

19       customers that buy in bulk, they buy early,

20       they are not dependent necessarily on the

21       weather because commercial landscapers buy --

22       they have an obligation to salt the sidewalks,

23       for example, of an a grocery chain or parking

24       lot or sports stadium.  So they go to Home

25       Depot, their trusted source to buy product and
```

Joseph Cohen                                    October 10, 2024

Page 87

```
 1                    JOSEPH COHEN
 2     that is the early season, it's usually the Pro
 3     season.
 4                    So closed on this transaction in
 5     August, calcium doesn't arrive until the end of
 6     October, the last day of October beginning of
 7     November, we are exceptionally late and Home
 8     Depot was very angry with us.  Conversations on
 9     Teams meetings with them about how serious they
10     take this business and how late we were.  And
11     we were already trying to do damage control
12     considering the lateness, but we had lost so
13     much.  It is one thing to a week, two, three
14     weeks late, to be 60 days is a very short
15     selling season late is very challenging.
16                    We had a lot of aggravation and
17     challenge with them in the early part of
18     November and mid part of November as stuff
19     started to come in.
20                    Build on top of that there were
21     further issues and one is the calcium, but as I
22     mentioned earlier today, too, they couldn't --
23     they, Home Depot, couldn't transmit orders to
24     us because we had asked Moshe and Barry for the
25     vendor numbers for Home Depot so we could get
```

Joseph Cohen                                          October 10, 2024

                                    JOSEPH COHEN

1

2      the purchase orders immediately.  We needed it

3      urgently.  This deal was already happening late

4      because the load-ins were September and

5      everyone understood and was in the agreement

6      that the load-ins were September.  There is

7      e-mails from Home Depot about the load-ins

8      being September.  We were aware of it.  We

9      needed to get the connectivity.

10                    And Home Depot does something

11     called EDI, Electronic Data Interchange, to

12     bring us the orders.  We needed the vender

13     number and we asked to get that vendor number

14     after we -- I want to say weeks for us to get

15     the number.  It wasn't until I believe maybe

16     the second week of September we got the vendor

17     number.  Which was ridiculous that it took as

18     long as it did.  We finally got it.  So we were

19     late to get the order from Home Depot.  That

20     was one misgiving.

21                    Then we come back and they tell

22     us, yeah, not going to get the calcium bagged

23     product until much later.  It made us look so

24     inept in our ability to do it.  They were

25     really upset with us and rightfully so.  We

Joseph Cohen                                    October 10, 2024

Page 89

1                    JOSEPH COHEN

2       weren't able to execute and deliver on time.

3           Q.    As a result of that Snow Joe

4       alleges that they lost the relationship with

5       Home Depot?

6           A.    Well, it didn't happen overnight.

7       We were late to ship.  Now we finally do ship

8       the calcium, field stores start calling and

9       complain, some of the product is hardened and

10      they need returns and send it back.  This

11      started, you know, moving forward.  This was

12      season -- we closed on this deal with Northrock

13      and Barry and Moshe in August of '22.  So this

14      would be the winter of '22/'23.  That is how

15      they look at a season, sort of two years in the

16      calendar years, but it is really the '22/'23

17      season.

18                    It wasn't until the '23/'24 season

19      subsequently that we realized that Home Depot

20      pulled the key market, 15, away from us.  We

21      did have some business in '23/'24 still

22      remaining with Home Depot, we weren't totally

23      gone from the Home Depot.  But then we find out

24      later in the '23'/24 season that we lost Market

25      15

Page 90

1            JOSEPH COHEN

2     which is the biggest market among others to

3     Blue Minerals.

4                 Home Depot sends out this

5     electronic report that shows all the different

6     vendors of who they're buying from.  What

7     stores and we lost that key market.  I mean

8     this is really the heart and sole of the

9     business was Market 15.  That is the most

10    aggressive market and if I recall a number in

11    the sales analysis that Home Depot gives some

12    150,000 bags or so were sold in Market 15 to

13    Blue Minerals that I recall of of orders that

14    we were expecting.  Again we paid a lot of

15    money for this brand and as I mentioned earlier

16    then actually go to a store, I remember this

17    vividly and seeing -- it is one thing that you

18    lose it to a competitor because whatever.

19                 We didn't offer Home Depot a

20    higher the subsequent year, we gave Home Depot

21    the same price.  They bought it from us

22    currently.  They are aware of us and they

23    awarded the Market 15 to Blue Minerals.  And

24    then, of course, as you start to go into the

25    store and you see Blue Fire, same looking bag.

Joseph Cohen                                          October 10, 2024

Page 91

1                        JOSEPH COHEN

2       Flakes of Fire in our space that we bought.  We --

3       I look like a buffoon in our business for

4       agreeing to this deal because I trusted or and

5       this never happened before.

6            Q.    So it is your recollection that

7       Snow Joe had fewer Home Depot stores in the

8       2023/2024 season versus the prior season,

9       2022/2023?

10           A.    In the 2023/'24 season we lost

11      Market 15 to Blue Minerals, subsequently found

12      that out because they supplied us with that

13      record.  Now we did pick up additional

14      noncritical stores in that season, but that's -- again,

15      as I mentioned, Market 15 is the Holy Grail of

16      ice melt.  This is Union, New Jersey,

17      Teterboro, Secaucus, these are key highly dense

18      populated, all the way up to Route 9 you go

19      into north New Jersey and into New York City.

20      This is a dense area.

21                 Getting some store awards where

22      you live in Washington, D.C., forgive me if I

23      don't recall, I think you said you lived in

24      Virginia, right?

25           Q.    Maryland.

Joseph Cohen                                    October 10, 2024

```
 1                      JOSEPH COHEN
 2          A.      Not much snow down in Maryland and
 3     it is not as robust a market as Market 15.  So
 4     we lost the key market not to anybody else,
 5     some random competitor.  There are plenty of
 6     competitors in the space, we lost this to Blue
 7     Minerals.  That's the pain point.
 8          Q.      Would you agree with me that Snow
 9     Joe had more Home Depot stores in the 2023
10     season versus the 2022 season?
11          A.      It doesn't matter.  It depends on
12     the store.  You could have a store --
13          Q.      I'm not asking you the
14     significance of it.  Would you agree that Snow
15     Joe had more stores?
16          A.      I'd have to double-check the store
17     count.  I do recall that we had more store
18     numbers, but lost the high volume stores.  The
19     mega stores which were Market 15.
20          Q.      How many did Snow Joe have for
21     this season, '24/'25?
22          A.      Excuse me, this -- 2024/2025?
23          Q.      The current season.
24          A.      Now we have zero.
25          Q.      Now you have no Home Depot stores?
```

Joseph Cohen                                      October 10, 2024

Page 93

1                    JOSEPH COHEN

2              A.      Correct.

3              Q.      And you think that is Northrock's

4       fault?

5              A.      I do, yes.

6              Q.      Why?

7              A.      We had lost all credibility with

8       the Home Depot.  We got off to a horrible start

9       in '22/'23 with the Home Depot.  They were

10      beyond upset with our lateness and delivery.

11      They were upset with the quality of the

12      product.  Then we find out and uncover that

13      Blue Minerals goes into Market 15 and is in

14      that market.  We represented to them that we

15      are the owner of this market and we own it and

16      we are going to be partners in this as we grow

17      into it and to be underpinned by Moshe and

18      Barry in the space was a big credibility hit to

19      us.

20                    It was unrecoverable from the Home

21      Depot's perspective what we did to them in the

22      previous season.

23              Q.      Just to summarize and make sure

24      that I understand.  Between the 2022 season and

25      the 2023 season, Home Depot increased the

Joseph Cohen                                      October 10, 2024

Page 94

1              JOSEPH COHEN

2       number of stores but took away the high volume

3       stores; is that right?

4              A.     I don't recall the exact --

5              MR. BURSTEIN:    Objection to the

6         form of the question.

7              A.     I don't recall the exact number of

8       stores, but what I do recall accurately is

9       Market 15 was -- by the way, Barry, Moshe, very

10      clear to me in the beginning these are the mega

11      stores and they worked hard to win them and

12      this is where the volume is and don't worry

13      about the lower markets and other areas that

14      have less impactful snow.  These are the high

15      volume stores that get a lot of attention at

16      Home Depot to Market 15.

17                   That was the ones -- when you take

18      a store, a Market 15 store can move 20, 30,000

19      bags of product versus a non-volume high volume

20      store could only move maybe a few hundred to

21      maximum a thousand bags for a season.  So very

22      very big mathematical magnitude differential

23      delta between the key driving locations versus

24      the non.

25                   So when we did the deal we had all

1                   JOSEPH COHEN

2       of those locations as part of our purchase

3       agreement.  Enter the subsequent season we lost

4       the heavy stores, the big stores and that was a

5       real disappointing blow to us.  Later to find

6       that it was Blue Minerals was even worse.

7               Q.    Did you try to get stores in

8       2024/2025?

9               A.    We did.

10              Q.    And you got awarded none?

11              A.    They went with another -- they

12      don't share who they go with during their line

13      review process.  You meet them earlier in the

14      year.  You offer up your pricing and any

15      changes to the business in terms of location or

16      geography or where you're shipping from.  We

17      offered a no price increase, we offered to keep

18      the price the same and they responded with we

19      are still going to work with you on shovels and

20      other areas, but we have gone with a different

21      provider for the season.

22                      In two short years from when we

23      sent in in August a million dollar deposit,

24      $3.4 million on the close and $2 million and

25      how to pay a port for a problem that shouldn't

Joseph Cohen                                    October 10, 2024

Page 96

1                    JOSEPH COHEN

2     have been a problem because we should have

3     gotten the calcium delivered straightaway and

4     paid on net terms, which we didn't.  In two

5     short years we went from having the best

6     stores, a brand that thought we had, Blue Heat

7     and Pellets of Fire to losing the business out

8     to the guys that sold us the product is

9     unrecoverable.

10                    Frankly I don't know if Home Depot

11    trusts us at this point if we come to them with

12    a new product.  In the back of their mind, they

13    say, well, maybe not, maybe we could get a

14    better price.  I don't know what Blue Minerals

15    is charging Home Depot for product and they are

16    cheaper than us.  Home Depot won't share that

17    with us.  All I know is we don't have the

18    business.

19         Q.    So as part of the contract

20    essentially you were purchasing the Home Depot

21    relationship, is that fair?

22         A.    The award, we were purchasing

23    the -- the business that was awarded to them

24    and just to finish.  And it was proffered that

25    this was a legacy business that Dart and

Joseph Cohen                                          October 10, 2024

Page 97

```
 1                   JOSEPH COHEN

 2      Northrock were running for many, many years.

 3      They had this market, Market 15.  This was

 4      their backyard and these were highly travelled

 5      stores.  That is how I got this deal brought to

 6      me was through a friend of a friend who said

 7      speak to these guys, make a deal and expand

 8      your business into North Jersey. That was the

 9      whole premise of us investing a lot of capital

10      into this transaction.

11           Q.    Isn't it true that before you

12      signed the asset purchase agreement you were

13      aware and knew that Barry Wachsler was the main

14      point of contact with Home Depot for Northrock?

15           A.    No.

16           Q.    When did you learn that or do you

17      know?

18           A.    Well, what I do know is that in

19      the negotiations Moshe took the lead, made it

20      very clear that he is in charge, he runs the

21      show, discussed pricing with him, discussed a

22      deal with him.  Barry is a sales guy, he is not

23      important, focus with him.

24                 All the communications about

25      price, about how much we are going to pay
```

Joseph Cohen                                          October 10, 2024

Page 98

```
 1                      JOSEPH COHEN

 2     upfront, getting -- trying to get the supplier

 3     information which we still never got an

 4     introduction on that, all of that was led

 5     through Moshe.

 6                      Conversations with Barry were

 7     surrounding, he is a salesman.  He is all over

 8     the place, but he is a sales guy who is not the

 9     main decisionmaker.

10          Q.    Right, but wasn't Barry the sales

11     guy, the point of contact with Home Depot?

12     Didn't you know that before you signed up?

13          A.    It is not atypical that a salesman --

14                 MR. BURSTEIN:   He can answer.

15          But I remind the witness going forward with

16          your answer and remind the witness that he

17          should listen to the question, whether it's

18          a yes or no question.  But you started the

19          question and you should continue to answer

20          it.

21          A.    I lost my train of thought of the

22     question anyways.

23          Q.    I forgot the question too.

24                 MR. BOYLE:  Can you read it back?

25                 (Requested portion of record read.)
```

Joseph Cohen                                    October 10, 2024

Page 99

1                    JOSEPH COHEN

2              A.    No.

3              Q.    No, you did not know that before

4        you signed up?

5              A.    Correct, no.

6              Q.    Did Moshe encourage you to hire

7        Barry?

8              A.    Yes.

9              Q.    Why didn't you hire Barry?

10             A.    Barry made it clear he was not

11       interested in being in the ice melt business.

12       He presented himself as a very strange

13       individual, made some pretty disparaging

14       remarks that made my staff uncomfortable about

15       ethnicity and religion in our office.  About

16       whether we are or not observant from a Judaic

17       perspective, among a few other things.

18                    We have our own salespeople for

19       the Home Depot.  There was no need for us to

20       engage in another salesperson.  And we left it

21       at that and we moved on with our lives.

22             Q.    But you did offer Barry a

23       position, didn't you?

24             A.    At one point before we met him, I

25       believe we met him on several occasions in

Joseph Cohen                                    October 10, 2024

```
 1                    JOSEPH COHEN

 2      person.  We said something to the effect of,

 3      come and be a sales -- contracted sales guy,

 4      help us grow the market and he turned it down

 5      and he said he has no interest.  I'm going to

 6      go find myself.  See what I want to do.  I'm

 7      not interested.  I have been in the snow

 8      business for a long time, I have no interest in

 9      going back.  Things along those lines which

10      made us and frankly didn't put too much stock

11      into him and moved on.

12           Q.    Do you recall how much you offered

13      to pay him?

14           A.    I don't.

15           Q.    What about the other operational

16      employees at Northrock, did you hire any of

17      them?

18           A.    I believe there was one individual --

19           Q.    Is Ilana the name?  Is that the

20      person?

21           A.    Yes, I believe so.

22           Q.    How long did she say with Snow

23      Joe?

24           A.    I don't recall the exact time, not

25      long.
```

Joseph Cohen                                          October 10, 2024

1                    JOSEPH COHEN

2          Q.     Within months, right?

3          A.     I would say months.

4          Q.     After the acquisition of

5     Northrock's assets, Snow Joe did not keep on

6     any of the employees who had a relationship

7     with Home Depot, right?

8          A.     Correct.

9          Q.     And you have no contract with

10    Mr. Wechsler, right?

11         A.     Sorry, we have the asset purchase

12    agreement with Moshe.

13         Q.     Mr. Barry Wachsler, do you have

14    any contractual relationship with him?

15         A.     I do not.

16         Q.     He was not a party to any of the

17    agreements including the noncompete, right?

18         A.     I don't recall.

19         Q.     You do not recall whether you have

20    any contractual relationship with Mr. Barry

21    Wachsler?

22         A.     Yes.

23         Q.     Other than what we talked about

24    before, do you have any knowledge, personal

25    knowledge that Moshe Wechsler benefitted in any

Joseph Cohen                                          October 10, 2024

Page 102

```
 1                      JOSEPH COHEN

 2      way from the competition which you described

 3      today?

 4            A.    As I said before, having a running

 5      business in perpetuity is worth something.  And

 6      us uncovering that he is the same individual

 7      and the address and the pointing to his

 8      location among everything else is beyond --

 9      frankly, just beyond disgusting of what we had

10      to get to and find out.

11                  And from our vantage point we

12      paid $6 million plus or minus, a little more

13      than that, and we have at the end of the day

14      lost the business to the guy that we bought --

15      to the guy that we paid the money to.  That's a

16      first for me.

17            Q.    As we sit here today, you still

18      believe that Mr. Wechsler profited off of Blue

19      Minerals competition?  You still believe that?

20            A.    Yes.

21            Q.    Can you point me to one piece of

22      paper that backs that up?  One.  Anything,

23      anywhere?

24                  MR. BURSTEIN:   Objection to the

25            form of the question.
```

Joseph Cohen                                        October 10, 2024

Page 103

1                    JOSEPH COHEN

2          Q.      You can answer.

3                  MR. BURSTEIN:   I didn't say he

4          couldn't.

5          A.      The Home Depot report that came

6    out which shows the sales addressed to Blue

7    Minerals, the address in which Blue Minerals is

8    registered to.  The safety data sheet on Home

9    Depot's website with the Blue Fire and Flakes

10   of Fire pointing to his address.  He is the

11   registered person.  He is the registered person

12   on the business.

13         Q.      Which Blue Minerals, which one

14   are you talking about?  There is a corporation

15   and there is a New York corporation and there

16   is a New Jersey?

17         A.      There was a Blue Minerals --

18                 MR. BURSTEIN:   Wait wait wait.

19         Objection to the form of the question.

20         A.      There was a Blue Minerals, as I

21   mentioned earlier, during the transfer of the

22   assets assigned to us, intellectual property.

23   When you look up on the Home Depot, the safety

24   data sheet, that same Blue Minerals goes to the

25   same address, same address that belongs to

```
 1                     JOSEPH COHEN

 2     Moshe and his other entities.

 3            Q.     Do you have any facts to support

 4     that, to support that Moshe benefitted other

 5     than the address?

 6                     MR. BURSTEIN:   Objection to the

 7             form of the question.

 8            A.     I believe I have answered that

 9     multiple times already, Brian.

10            Q.     How much money do you think

11     Mr. Moshe has made by competing with Snow Joe?

12            A.     You have to ask him.

13            Q.     Do you think it is more than what

14     you owe him under the promissory note and the

15     documents?

16            A.     You'd have to ask him.

17            Q.     I'm asking you.  Why would

18     somebody who is owed millions of dollars

19     sabotage the very company that owes them

20     millions of dollars, please explain?

21                     MR. BURSTEIN:   Objection to the

22             form of the question.

23            A.     As I said earlier, we paid a

24     substantial amount of money, Snow Joe paid a

25     substantial amount of money to Moshe and Barry
```

Joseph Cohen                                    October 10, 2024

Page 105

```
 1                    JOSEPH COHEN

 2      in August of '22.  A substantial amount of

 3      money.  What they did with the money, what the

 4      prerogative was, to get them out of a bad

 5      season and respawn and regenerate to give them

 6      life to build a new business, I don't want to

 7      hypothesize what the motive was, but the

 8      intentions, as I mentioned earlier, are

 9      character blocks of building.  Why not give us

10      the website.

11                    Today if you call a phone number

12      it goes to a number that belongs -- this whole

13      saga you talk about welcome to the show.  Very

14      disappointing.

15           Q.    Throughout this period of time

16      where you're saying that Northrock is perpetually

17      in breach for selling poor product, you're

18      paying them under the contract, right, you're

19      making payments in 2022 and 2023?

20                    MR. BURSTEIN:  Objection to the

21           form of the question.

22           Q.    You continued to make payments

23      pursuant to the contract, correct?

24                    MR. BURSTEIN:  Wait wait, did you

25           withdraw the prior question?
```

Joseph Cohen                                    October 10, 2024

                                                 Page 106

1                       JOSEPH COHEN

2                   MR. BOYLE:   Yes.

3                   MR. BURSTEIN:   What.

4                   MR. BOYLE:   I withdrew the question

5           that you objected to.

6                   MR. BURSTEIN:   So what is the new

7           question?  Could we have it read back.

8                   (Requested portion of record read.)

9                   MR. BURSTEIN:   Objection to the

10          form of the question.  Go ahead.

11          A.    We made payments, Snow Joe made

12     payments as I stated earlier, a million on the

13     contract sign, 3.4 million at the close of the

14     transaction, we were supposed to get the

15     calcium delivered promptly, didn't come in.  We

16     were supposed to have net 30 terms, didn't

17     happen.

18                  Throughout the balance of '22

19     going to '23 we were making payments along the

20     way.  We had no idea until later that what the

21     strategy was on their part, what the ruse was.

22          Q.    When later, when did you discover

23     that?

24          A.    As I mentioned earlier, when we

25     found that Blue Minerals was the recipient of

Joseph Cohen                                    October 10, 2024

Page 107

1                       JOSEPH COHEN

2        Market 15, market 15's business, that's when we

3        started our searches online and started putting

4        all the pieces together.  We never got the

5        website, they dragged us along, they set us up

6        to fail so they could come back in here and

7        recover the business.

8                Q.    Do you remember if you discovered

9        it before or after January, 2024?

10               A.    I'd have to go back exactly and

11       pinpoint when we got that first e-mail from

12       Home Depot that shows the awards.  I don't have

13       the exact date in my mind when it came out.

14       But it came out and listed the stores that we

15       were expecting to get and where it said vendor

16       name, we were expecting it to say Snow Joe LLC

17       and it said -- I believe it was in October of '23

18       if I'm not mistaken.

19               Q.    So if it was in October of '23 you

20       would agree with me that after that point Snow

21       Joe continued to make payments to Northrock,

22       right?

23               A.    There were several payments made

24       after.  We were not certain in October that it

25       was Moshe.  It took us a minute to figure it

```
1              JOSEPH COHEN

2      out and do our homework and investigation.  And

3      I've had conversation with Moshe directly

4      around that time, something's not adding up for

5      us.  What's going on?  He dismissed it.  I

6      don't know what you're talking about.  Things

7      like that.  That it wasn't adding up.

8              Q.      When was that?

9              A.      Around October/November, 2023.

10     And ultimately I want to say by the end of the

11     year of '23 beginning '24 when we saw the state

12     search of the addresses all belonging and

13     remember that conversation with my team where

14     it was all pointing to the same address.  We

15     pulled the brakes and we set out to engage

16     counsel because we knew we were part of a fraud

17     that was perpetrated on us.

18             Q.      Let me unpack that a little bit.

19     I understand what you're saying.  You received

20     information about these other entities which

21     caused you to suspect that Mr. Wechsler was

22     competing with you; is that a fair statement?

23             A.      Yes.

24             Q.      What new facts did you learn to

25     confirm that suspicion, if any?
```

Joseph Cohen                                          October 10, 2024

Page 109

1                        JOSEPH COHEN

2              A.      Well, once we got back the

3      searches, the address searches and started

4      seeing all of these entities all pointing to

5      the same address, then going on Home Depot's

6      website and seeing the address belonging to

7      Moshe, then uncovering that the address which

8      he told us he never owned in New Jersey

9      belonging to him.  All of that made our heart

10     drop and confirmed -- and we thought along the

11     way something wasn't right, we knew something

12     wasn't adding up, but then to find it and

13     actually pinpoint it, that was the end of any

14     engagement with Dart and Northrock.

15             Q.      And that was in 2023?

16             A.      No, that was the end of -- like I

17     said, the end of '23 beginning of '24.  I think

18     the last payment that we made was in January of

19     '24.

20             Q.      What was that payment for?  It was

21     $20,000, what was that payment for?

22             A.      I don't recall.

23             Q.      You talked earlier about the

24     inventory in Bayonne.  Was there allegedly

25     defective or substandard product in Spotswood?

Joseph Cohen                              October 10, 2024

Page 110

1                      JOSEPH COHEN

2            A.      Yes.

3            Q.      Tell me about that, please?

4            A.      In Spotswood was -- a lot of

5       product there was raw material, if you would,

6       bags, jugs, caps, things like that.  And we

7       were told these are fillable bags and easy to

8       use bags that go on to a machine that a bagger

9       would use.

10                      The bags, I'm not sure if we still

11      have them today, we might, they were caked in

12      soot, unfillable.  As of stuff was 10, 15 years

13      dated, old dated product that was sitting

14      there.  There was some good material in there

15      that was there.  Primarily the bags, the jugs,

16      all unusable for us.

17           Q.      You're saying they could have been

18      sitting in Spotswood for too long?

19           A.      I don't know the exact cause that

20      cause them to be decrepit.  I don't know if it

21      was age, fatigue, sunlight or care.  We don't

22      know what caused it, but it was unusable

23      product.

24           Q.      Did Snow Joe have any internal

25      discussions before they closed after they

Joseph Cohen                                                    October 10, 2024

1                    JOSEPH COHEN

2          inspected the product about these issues?

3                    MR. BURSTEIN:   Objection to the

4               form of the question.

5               A.    As I mentioned earlier, some of

6          this product was buried behind rows of product

7          or at the very bottom of the pallets.  As I said,

8          there was some good inventory we got out of

9          Spotswood, bulk sodium chloride, some already

10         filled product that was usable.  There was a

11         lot of product at the end that was a disaster.

12         That was unusable, unfillable.

13              Q.    So for the moisture I understand,

14         you're saying there is bags at the bottom of

15         the pallet or middle of the pallet that you

16         can't get to, that I understand.

17                   I have a question about the soot

18         or the stuff on top, why would your guys not

19         have seen that?  Why shouldn't they have seen

20         that?

21                    MR. BURSTEIN:   Objection to the

22              form of the question.

23              A.    So if you're familiar with how a

24         fill process would work.  Bags come on roles

25         and you can easily put thousands of bags on a

Joseph Cohen                                                October 10, 2024

Page 112

1                        JOSEPH COHEN

2       roll and sitting in a drum, something like

3       that, they are nested on the pallet and go into

4       different layers.

5                        For the first part number one, a

6       lot of these were at the lower level of pallets

7       or at the very back of the warehouse that

8       wasn't looked at and wasn't able to be

9       identified because there was other heavy

10      merchandise on top of it.  We didn't uncover

11      the extent of the damage, the soot on the bags

12      until the goods arrived from Spotswood to New

13      Castle, Delaware.  At that point when we opened

14      it up and now we have our team there to look at

15      it, what are we going to do with this, this is

16      unusable.  That was problem number one.

17                       Number 2, there was another issue

18      which was some of these bags don't belong to

19      the asset purchase agreement.  These are brands

20      that we were not familiar with that had nothing

21      to do with what we thought we were buying from

22      Moshe and Barry.  These were different brands,

23      different brand names.  And we were told, we

24      don't own them.  You have to work a deal with

25      this individual, you pay him directly and he

Joseph Cohen                                    October 10, 2024

Page 113

```
 1                    JOSEPH COHEN

 2       gets a piece of it.  This is all knew to us

 3       that came in after the transaction.

 4            Q.    Is that documented in e-mails or

 5       letters?

 6            A.    It might be.

 7            Q.    Are you aware of whether there is

 8       photographs or videos of your guys inspecting

 9       this substandard materials?

10            A.    There might be.

11            Q.    Do you have any reports as a

12       result of someone inspecting and concluding

13       that something is wrong with these products?

14                    MR. BURSTEIN:   Objection to the

15            form of the question.

16            A.    I'm not certain.

17            Q.    Have you looked?

18            A.    I don't recall.

19            Q.    So you don't recall any

20       communications other than the verbal

21       communications expressly relating to unusable

22       product?

23            A.    From myself, I recall having the

24       conversations with Moshe directly on the phone

25       multiple times.  And the conversations went
```

Joseph Cohen                                    October 10, 2024

1                    JOSEPH COHEN

2      along with the facet of we will figure it out.

3      We'll work together.  I'm a commercial guy.

4      We'll come up with a solution.  Things of that

5      nature.

6              Q.    The question was written other

7      than verbal.  I think the answer is you have

8      none, correct?  It is only verbal?

9              A.    I'm not sure.

10             Q.    So you personally, Mr. Cohen,

11     are unaware of any written communication to

12     Northrock or Mr. Wechsler regarding this

13     unsalable unusable product?

14             A.    There might be.

15             Q.    Who would know, who would know

16     where to look?

17             A.    I'd have to think on it and come

18     back.

19             Q.    Okay.

20                   MR. BOYLE:   I'm going to share my

21             exhibit for Exhibit 3.

22                   (Exhibit 3 for identification,

23             Notice of Rule 30(b)(6) Deposition.)

24             Q.    Can you see this?  The first page

25     of the Notice of Rule 30(B)(6) Deposition.  You

Joseph Cohen                                    October 10, 2024

 1                     JOSEPH COHEN

 2        need to answer affirmatively that you see it.

 3              A.     I can see it.

 4              Q.     Have you seen this document

 5        before?

 6              A.     I have.

 7              Q.     If we go down to the fourth page

 8        you will see a list of topics.  Have you

 9        reviewed those topics?

10              A.     You're going too fast.

11              Q.     I'm just asking the questions.  If

12        you haven't seen it we will go through it?

13              A.     Give me a minute to read it so I

14        can refamiliarize myself with what you're

15        asking.

16                     (Witness reviewing document.)

17              A.     Yes, I see it.

18              Q.     Are you the person designated by

19        Snow Joe to address each of these topics or is

20        there somebody else?

21              A.     Scroll to the bottom please?

22                     (Witness reviewing document.)

23              A.     Go up to the top of the document,

24        please.

25                     (Witness reviewing document.)

Joseph Cohen                                          October 10, 2024

1                    JOSEPH COHEN

2         A.     What is your question?

3         Q.     Are you the person designated by

4    Snow Joe to answer the questions regarding each

5    of those topics?

6         A.     Yes.

7         Q.     What did you do to prepare for

8    today's deposition other than speak with your

9    lawyer?  And this is in your capacity as a

10   representative of Snow Joe.

11        A.     So upon receipt of this

12   litigation, we put a litigation hold on all

13   documents and e-mails pertaining to Dart,

14   Northrock, Moshe and Snow Joe.  And we made

15   sure these documents made it over to our

16   counsel.

17        Q.     In realtime you said you did a

18   litigation hold and saved all the possible

19   written communications or other documents that

20   you could, right?

21             MR. BURSTEIN:   Objection to the

22        form of the question.

23        A.     Yes.

24        Q.     You turned those over to your

25   counsel to review and produce to us, right?

Joseph Cohen                                    October 10, 2024

Page 117

1                   JOSEPH COHEN

2          A.     Yes.

3          Q.     So there is no documents that

4     you're withholding that you're aware of that

5     you're not giving us that would relate to

6     competition or defective product?

7                   MR. BURSTEIN:   Objection to the

8             form of the question.   You can answer.

9          A.     Not that I'm aware of.

10         Q.     Is there any dispute that Paul

11    Riley during his time at Snow Joe as an officer

12    was an authorized agent of Snow Joe?

13                  MR. BURSTEIN:   I'm going to object

14            to the form of that question.

15         A.     My recollection, Paul is not a --

16    Paul was a chief operating officer in title,

17    but not -- excuse me, but not a member of the

18    LLC itself.

19         Q.     But he was in charge of finances,

20    was he not, or no?

21                  MR. BURSTEIN:   Objection to form.

22         Q.     Was he in charge of finances?

23                  MR. BOYLE:   Good objection, Judd.

24         A.     No.

25         Q.     Who was?

Joseph Cohen                                October 10, 2024

Page 118

1              JOSEPH COHEN

2         A.    During that period I don't recall

3    who the financial head was.

4         Q.    So far as we have talked about the

5    alleged competition and the alleged defective,

6    for lack of a better term, inventory.  Are

7    there any other breaches or excuses that Snow

8    Joe is contending excuses them from paying

9    Northrock?

10              MR. BURSTEIN:  Objection to the

11         form of the question.

12         A.    I don't follow the question.  Do

13    you want to repeat it.

14         Q.    Sure.  So in this case Northrock

15    is contending, pursuant to documents signed by

16    you, Snow Joe owes a certain amount of money

17    and you guaranteed said money.  Do you agree

18    that that is our allegation, Northrock's

19    allegation?

20              MR. BURSTEIN:  Objection to the

21         form of the question.

22         A.    I believe some of that is, yes.

23         Q.    Some of that is, what does that

24    mean?

25         A.    I'm not sure how you phrased it.

Joseph Cohen                                    October 10, 2024

Page 119

1                  JOSEPH COHEN

2      I don't really follow your question.

3           Q.    I'm just trying to understand.

4      You have an affirmative defense to my client's

5      claim that they competed.  Northrock competed

6      and therefore you shouldn't have to pay under

7      the contract.  You also state Snow Joe states

8      that because the product was not up to snuff we

9      are excused from paying under the contract.

10                 Is there anything else that would

11     be a breach that would excuse performance under

12     the contract?

13                 MR. BURSTEIN:   Objection to the

14           form of the question.

15          A.    Well, I'm not an attorney, but

16     there are many different things that we

17     discussed earlier today that go contrary to

18     what we expected from the consummation of this

19     deal.

20          Q.    Okay.

21          A.    We asked for the vendor numbers.

22     We asked for website.  We asked for product to

23     be delivered on time.  Along the way we asked

24     for the jugs, come in late.  Along the way

25     things have changed from what we agreed to

Joseph Cohen                                    October 10, 2024

Page 120

1                    JOSEPH COHEN

2        expect from the beginning that undermined our

3        ability to perform and to be successful.

4                        We generally wanted to be

5        successful with this transaction.  We put up a

6        lot of money for this transaction to be

7        successful.  I mentioned it multiple times.  A

8        lot of treasure went to buying these brands,

9        buying this Home Depot business, having peace

10       in the market to go out and sell it.  That is

11       not what we got.  What we got was the delay,

12       excuses, some good product, a lot of bad

13       product, a lot of headaches and the cherry on

14       top of everything, a competitor, not a friendly

15       competitor across the road, the guys that we

16       gave $6 million to.

17                        So I'm not an attorney, but we

18       had a lot of different building blocks that got

19       to this point.

20            Q.    When you say the guys that you

21       paid $6 million, who did you pay $6 million to?

22            A.    I'd to check exactly who the check

23       went out to.

24            Q.    You didn't pay Barry Wachsler

25       $6 million, did you?  You didn't pay Barry

Joseph Cohen                                                    October 10, 2024

```
 1                    JOSEPH COHEN

 2      Wachsler a dime, did you?

 3           A.    We didn't pay -- we paid an entity

 4      on the asset agreement, the money.  It was an

 5      entity.

 6           Q.    Do you have any facts showing that

 7      Northrock, the entity, ever competed with Snow

 8      Joe other than the addresses are the same on

 9      the filing, whatever that means?

10           A.    I don't mean to gloss over that,

11      but that's pretty substantive.

12           Q.    Are you aware of any of these

13      entities listed did any business whatsoever

14      following the close of this sale?  Do you know --

15                 MR. BURSTEIN:  Objection to the

16            form of the question.

17           A.    Yes.

18           Q.    What did they do, what business

19      did they do?

20           A.    Selling ice melt to the Home

21      Depot.

22           Q.    How do you know that?

23                 MR. BURSTEIN:  Objection to the

24            form of the question, asked and answered

25            about five times.
```

Joseph Cohen                                        October 10, 2024

                                            Page 122

1                     JOSEPH COHEN

2                     MR. BOYLE:   It's a question, how

3          does he know.  How do you know it is

4          objectionable?  Okay, go ahead.

5          Q.     You can answer the question.

6                     MR. BURSTEIN:   You can answer

7          again, if you want.

8          A.     As I stated before, once we

9     realized the Blue Minerals name was on the Home

10    Depot report and went online and started doing

11    searches, we started to uncover a commonality.

12    There were a lot of registered companies

13    pointing to this address, 777 Chestnut in New

14    York.  Lots of them.  It made no sense for a

15    small time operator to have all of these

16    different entities going to one address.

17         Q.     Did you look and notice when those

18    entities were formed?

19         A.     Brian, would you like me to finish

20    the prior question or are we done with that

21    question?

22         Q.     I thought you were finished.

23    You're pausing.  You can talk as long as you

24    want.

25                    A.     We then went on Home Depot's site,

Joseph Cohen                                        October 10, 2024

Page 123

1                    JOSEPH COHEN

2       saw the product and saw the same address with

3       the same name, the company, the name and we

4       started connecting dots that were there.

5              Q.    What is the address that was the

6       same address, if you know.

7              A.    I don't know the exact one today.

8       But it was 777 something.  Chestnut something

9       or another.

10             Q.    I think I'm on Exhibit 4.  I'm

11      showing you Exhibit 4.

12                   (Exhibit 4 for identification,

13             Certificate of Incorporation Blue Minerals

14             Corporation.)

15             Q.    Can you see what I'm sharing?  Can

16      you see what I'm sharing?

17             A.    Yes.

18             Q.    Have you seen this before?

19             A.    I don't recall.

20             Q.    Do you know who Grace Roth is?

21             A.    No.

22             Q.    Are you familiar with the address

23      4 American Way, Spotswood, New Jersey?

24             A.    Yes.

25             Q.    What is that address?

Joseph Cohen                                          October 10, 2024

Page 124

```
 1                   JOSEPH COHEN

 2          A.    That is the address that we picked

 3     up all the product from, the asset purchase

 4     agreement other than the stuff coming in from

 5     the boat.

 6          Q.    Do you know who Bess Licth is?

 7          A.    No.

 8          Q.    Do you have any evidence -- sorry

 9     he doesn't like that.  Do you have any facts to

10     support the contention that Mr. Wechsler has

11     any interest whatsoever in Blue Minerals Corporation?

12                   MR. BURSTEIN:   Objection to the

13              form of the question.

14          A.     I'm nearly certain that Northrock

15     Minerals, when we did our initial search for

16     that transaction, has Moshe Wechsler as the

17     registered agent at that address that you just

18     showed me on that your screen at Spotswood, New

19     Jersey.  I'm not an attorney, but that address

20     of Northrock Minerals LLC has Moshe Wechsler as

21     a registered agent for 4 American Way in

22     Spotswood.  You just show me.

23                   Maybe you want bring it up on the

24     screen so I can see it one more time.  I want

25     to make sure that I have it correct.  Yes,
```

Joseph Cohen                                    October 10, 2024

Page 125

1                       JOSEPH COHEN

2        08884.  That is the address.

3              Q.    Just so I understand and we could

4        move on, your position is that if the resident

5        agent has the same address of another person,

6        that person becomes an owner of the company?

7                    MR. BURSTEIN:   Objection to the

8              form of the question.

9              Q.    Can you answer the question?

10             A.    Yes, that person is -- sure, as I

11       said earlier, part of our diligence on the

12       deal, there are a couple of key addresses, key

13       stakeholders.  We relied on the information

14       being told to us by principals.  We relied on

15       what we saw and uncovered.  Moshe Wechsler was

16       a registered agent of Spotswood, New Jersey.

17       There is more than one record that points to

18       that.  That was the same address the Dart

19       Northrock business was being run out of.

20             Q.    Again that is a suggestion that

21       there might be something there.  What did you

22       find?  What did you find?  What did you find

23       linking Mr. Wechsler?

24                   MR. BURSTEIN:   Wait, you want to

25             ask it five times before I have a chance to

Joseph Cohen                                          October 10, 2024

                                                    Page 126

1                        JOSEPH COHEN

2            object?

3                    MR. BOYLE:   Let's take a break, I'm

4            getting tired.  Come back at 2:30 actually.

5                    (Recess Taken.)

6       BY MR. BOYLE:

7            Q.    We talked a little bit earlier

8       about the transferring of a website.  Do you

9       remember that?

10           A.    Yes.

11           Q.    Are you able to quantity what, if

12      any, damage that delay caused?

13                   MR. BURSTEIN:   Objection to the

14           form of the question.

15           A.    Yes.

16           Q.    Okay, what are the damages?

17           A.    Hard to give an exact number

18      because many customers reached out with

19      inquiries to purchase product, especially

20      wholesale customers.  But knowing that this

21      website was printed on a substantial amount of

22      the bags, myself I got phone calls from people

23      that mentioned they tried to place orders and

24      couldn't place orders.  They had to do digging

25      on their own to try to find out how to reach

Joseph Cohen                                    October 10, 2024

Page 127

1              JOSEPH COHEN

2        us.

3              Q.    Do you have any e-mails to that

4        effect, text messages, anything in writing?

5              A.    We might.

6              Q.    Have you looked?

7              MR. BURSTEIN:   Brian, he has

8              already testified that he gave everything

9              over to us.  We will represent that if

10             anything -- if you don't have it, it

11             doesn't exist.  You can still ask the

12             question.  I'm seeing if we could cut

13             through it.

14             MR. BOYLE:   Fair enough, thank you.

15             Q.    What about the Home Depot vendor

16        number.  Can you put -- can you quantify the

17        damages caused by delay that you allege

18        happened with the Home Depot vendor number?

19             A.    Ultimately it cost us all of our

20        business with Home Depot if we go back to the

21        beginning.  Because every one of these delays

22        put Snow Joe in harm with the Home Depot.

23        Starting from the frustration of them being

24        able to transmit orders, followed by getting

25        them the product late.  This was just one after

Joseph Cohen                                           October 10, 2024

Page 128

```
 1                  JOSEPH COHEN

 2      the next followed by poor product.  This is an

 3      element of causing harm.  It was unnecessary.

 4              Q.     How long do you contend that the

 5      delay was before the Home Depot vendor number

 6      was transferred?

 7              A.     We signed the asset agreement I

 8      think August 3rd and I believe we didn't get

 9      the number until the second week of September.

10      And we were talking about this transaction with

11      Moshe and Barry for weeks before, if not months

12      before.  So this was the crown jewel of getting

13      the Home Depot as part of the asset agreement.

14      I still don't know why it wasn't handed over

15      immediately.  Now, I do.  At the time I didn't.

16              Q.     What do you know now?  Why wasn't

17      it handed over immediately?

18              A.     That is why we are all here,

19      right.

20              Q.     No, why?  I don't know what you

21      mean.  What does that answer mean?

22                  MR. BURSTEIN:   Objection to the

23              form of the question.

24              Q.     What did you mean by that

25      statement?
```

Joseph Cohen                                          October 10, 2024

Page 129

1                    JOSEPH COHEN

2           A.      From our vantage point every one

3    of these elements was a tactic to cause harm

4    and to delay and push, starting from the

5    beginning, I'm happy to go through it again.

6           Q.      Let's take a look at Exhibit 5.

7                   (Exhibit 5 for identification,

8           E-mail dated September 8th, 2022.)

9           Q.      This is an e-mail September 8th,

10   2022.  Are you with me?  Can you see it?

11          A.      Yes, I can see it.

12          Q.      If I scroll down you can see there

13   is an e-mail that says, we have Thursday

14   September 8th, 2022 Matthew Evans at Snow Joe

15   says, "Hi Moshe, please see the attached letter

16   to consolidate the Home Depot accounts for Snow

17   Joe Northrock.  Would you please be able to

18   sign the letter so the Home Depot can complete

19   the merger on their side."  Do you see that?

20          A.      Yes.

21          Q.      It is 2:19 and Thursday the 8th,

22   right.  If we look up ten minutes later

23   "Matthew see attached."  Right?

24          A.      Yes.

25          Q.      So where are the e-mails where

Page 130

```
 1                    JOSEPH COHEN

 2      Northrock is intentionally delaying this Home

 3      Depot transfer?  Are you aware where those are?

 4      Can you point me to them?

 5              A.    You showed earlier the asset

 6      purchase agreement date was signed the August

 7      3rd.

 8              Q.    No.

 9              A.    From August 24th was when we

10      closed the transaction.

11              Q.    Right.  That's the date of the

12      asset purchase agreement, no?

13              A.    The very next day we -- this has

14      been -- part of this deal to get to the finish

15      line was Home Depot.  It is in the asset

16      agreement.

17              Q.    All right.

18              A.    Here are the stores, we need the

19      vendor number.  There was phone conversations.

20      I know at one point I had an e-mail out to

21      Moshe about this.  We have asked many materials

22      to get this vendor number.  It wasn't until

23      that e-mail that you showed me on September 8

24      that we finally got it done.

25                        (Exhibit 6 for identification,
```

Joseph Cohen                                    October 10, 2024

1                    JOSEPH COHEN

2            Letter dated February 14th, 2023.)

3            Q.    I show you Exhibit 6, this is a

4      letter dated February 14th, 2023 from my

5      partner, current and former, Elliott Engel to

6      you and legal at Snow Joe and it looks like AP

7      at Snow Joe.  Are you with me?

8            A.    Yes.

9            Q.    Have you seen this before?

10           A.    I have.

11           Q.    Did you disagree with it when you

12     received it?

13           A.    Yes.

14           Q.    Did you write back and say, no,

15     you owe me money?

16           A.    If I remember correctly, we

17     resolved this issue with Moshe.

18           Q.    Which issue?  The demand, it

19     demands the full amount?

20           A.    I have to go back and look at

21     exactly when.  I'm pretty certain that this

22     issue was resolved.

23           Q.    What was the resolution?

24           A.    I don't recall exactly.

25           Q.    Do you recall after February 14th,

Joseph Cohen                                        October 10, 2024

Page 132

1                    JOSEPH COHEN

2       2023 ever disputing this amount in writing

3       saying no, this money is not owed?

4              A.    I don't recall.

5              Q.    Isn't it true, sir, that

6       Mr. Wechsler and others at Northrock throughout

7       this time period were attempting to assist Snow

8       Joe so that Northrock could be paid back?

9       Isn't that true?

10             A.    No.

11             Q.    Isn't it true that you signed an

12      agreement and actually agreed that Northrock

13      could try to sell some of the product to try to

14      help pay down the debt?  That didn't happen?

15                   MR. BURSTEIN:   Objection to the

16             form of the question.

17             Q.    Did that happen?

18             A.    No.

19                   MR. BURSTEIN:   Objection to the

20             form of that question.

21                   (Exhibit 7 for identification,

22             Letter agreement dated March 20th, 2023.)

23             Q.    Take a look at Exhibit 7, please.

24      This is letter agreement dated March 20th,

25      2023.  You're welcome to read the whole thing.

Joseph Cohen                                    October 10, 2024

1                    JOSEPH COHEN

2        My first question is, have you seen this

3        document before?

4                A.      Can you scroll down?

5                Q.      Yep.

6                        (Witness reviewing document.)

7                A.      Yes, I have seen this before.

8                Q.      What is your recollection, what

9        was the purpose of this agreement?

10               A.      This was pertaining to the calcium

11       bagged product at the port.

12                       (Exhibit 8 for identification,

13                       Letter dated March 20th, 2023 Re: Sale of

14                       Ice Melting product.)

15               Q.      So this is going to be Exhibit 8.

16       The same day, March 20th, 2023.

17                       (Witness reviewing document.)

18               A.      Yes, I've seen this letter.

19               Q.      What was your understanding of the

20       purpose of this letter?

21               A.      That Moshe reached out to sell the

22       calcium bagged product that was at the port and

23       we made it clear that we would not disrupt that

24       process so long as he was able to remove the

25       packaging, the name on the packaging.  As I

Joseph Cohen                                October 10, 2024

                        JOSEPH COHEN

1

2      mentioned that was our initial concern that

3      product would end up in a fashion at a retailer

4      and we gave him permission to do so and from my

5      understanding I don't think he ever picked it

6      up.

7           Q.     Was this the product that was

8      defective?

9           A.     This was the calcium from Egypt

10     that we learned had hardened, yes.

11          Q.     When did you learn it was

12     hardened?

13          A.     Later in the year, November/December.

14          Q.     2023?

15          A.     No, that was before that.  No,

16     this was after we shipped to Home Depot.  This

17     was the initial season, late '22 early '23.

18          Q.     You're agreeing here that on your

19     behalf Northrock can sell these products,

20     right?

21          A.     We agreed that he can take the

22     product, sell it so long as he didn't sell it

23     in the bag.  That is what the document speaks

24     for itself.

25          Q.     At the same time Mr. Wechsler was

Joseph Cohen                                          October 10, 2024

Page 135

```
 1                    JOSEPH COHEN

 2      competing with Snow Joe, that's your theory?

 3      Do you think that is consistent with the

 4      theory?

 5                    MR. BURSTEIN:   Objection to the

 6            form of the question.

 7            A.    No.

 8                    MR. BOYLE:   I'm almost ready for my

 9            first final break, I just want to consult

10            with Kristi to see if we could get done.

11                    (Recess Taken.)

12      BY MR. BOYLE:

13            Q.    Do you recall during the

14      transition, so August into September, the

15      Northrock employees assisting Snow Joe?

16                    MR. BURSTEIN:   Objection to the

17            form of the question.

18            A.    I don't recall.

19            Q.    Do you recall reimbursing for any

20      employees of Northrock for their help with the

21      transition?

22            A.    I recall a couple of warehouse

23      workers that were helping load out the

24      Spotswood warehouse and that's what I remember

25      from it.
```

Joseph Cohen                                    October 10, 2024

Page 136

1                        JOSEPH COHEN

2              Q.     Thank you.  How can you be sure

3        that the calcium didn't harden after Snow Joe

4        took possession of it?

5                        MR. BURSTEIN:   Objection to the

6                  form of the question.  I apologize, I

7                  missed the first part.

8              A.     The calcium in Bayonne, the sacks

9        that we are talking about that, we didn't

10       disrupt or do anything with it until we needed

11       to move it into Delaware to start to get it to

12       be bagged.  Whatever was done before or for the

13       years before, who know, I don't know, didn't

14       change post the transaction.  By the time we

15       pulled this into our location and trying to

16       start to bag the inventory and looking through

17       it in more detail did we realize that.

18             Q.     Are you confident that Snow Joe

19       tarped all materials that were required to be tarped?

20             A.     Yes.

21                   (Exhibit 9 for identification,

22             E-mail dated January 27, 2023.)

23             Q.     I'm marking Exhibit 9 and sharing

24       my screen.  You're not on this, but I want you

25       to take a look at this.

```
 1              JOSEPH COHEN

 2              (Witness reviewing document.)

 3       A.    Okay.

 4       Q.    Have you ever seen this e-mail before?

 5       A.    I don't recall.

 6       Q.    Do you recall any discussions with

 7   Mr. Riley in or about January 27, 2023 about

 8   not tarping the calcium?

 9       A.    I don't recall.

10              MR. BOYLE:   Thank you, sir, we have

11         no further questions.

12              MR. BURSTEIN:   Thank you. We will

13         read and sign.

14              (TIME NOTED:  3:07 P.M.)

15

16                       _____

17                       JOSEPH COHEN

18

19       Subscribed and sworn to before me

20       this _____ day of _____, 2024

21

22       _____

23

24

25
```

Joseph Cohen                                          October 10, 2024

                                                              Page 138

```
1                         ERRATA SHEET

                    VERITEXT LEGAL SOLUTIONS

2                      330 OLD COUNTRY ROAD

                    MINEOLA, NEW YORK 11501

3                             516-608-2400

4        NAME OF CASE:

         DATE OF DEPOSITION:

5        NAME OF DEPONENT:

6        PAGE   LINE(S)    CHANGE            REASON

7         ____|_____|_____|_____

8         ____|_____|_____|_____

9         ____|_____|_____|_____

10        ____|_____|_____|_____

11       ____|_____|_____|_____

12       ____|_____|_____|_____

13       ____|_____|_____|_____

14       ____|_____|_____|_____

15       ____|_____|_____|_____

16       ____|_____|_____|_____

17       ____|_____|_____|_____

18       ____|_____|_____|_____

19       ____|_____|_____|_____

20       ____|_____|_____|_____

21       ____|_____|_____|_____

22       ____|_____|_____|_____

23        SUBSCRIBED AND SWORN TO BEFORE ME

          THIS___DAY OF _____, 20__.

24

          _____    _____

25        (NOTARY PUBLIC)            MY COMMISSION EXPIRES:
```

Joseph Cohen                                    October 10, 2024

Page 139

1                    C E R T I F I C A T E

2      STATE OF NEW YORK       )

3                            : ss.

4      COUNTY OF NEW YORK   )

5          I, WILLIAM VISCONTI, a Shorthand Reporter and

6      Notary Public within and for the State of New York,

7      do hereby certify:

8          That prior to being examined, the witness named in

9      the foregoing deposition was duly sworn to testify the truth,

10     the whole truth, and nothing but the truth;

11         That said deposition was taken down by me in

12     shorthand at the time and place therein named and

13     thereafter reduced by me to typewritten form and that the

14     same is a true, correct, and complete transcript of said

15     proceedings.

16         Before completion of the deposition, review of the

17     transcript [ X ] was [   ] was not requested.  If requested,

18     any changes made by the deponent (and provided to the

19     reporter) during the period allowed are appended hereto.

20         I further certify that I am not interested in the

21     outcome of the action.

22         Witness my hand

23

24                                    _____

25                                    WILLIAM VISCONTI

Joseph Cohen                                        October 10, 2024

Page 140

1

2                     E X H I B I T S

3        DESCRIPTION                              PAGE

4         (Exhibit 1 for identification,    70

5          Declaration.)

6         (Exhibit 2 for identification,    71

7          asset purchase agreement.)

8         (Exhibit 3 for identification,    114

9          Notice of Rule 30(b)(6)

10         Deposition.)

11        (Exhibit 4 for identification,    123

12         Certificate of Incorporation

13         Blue Minerals Corporation.

14        (Exhibit 5 for identification,    129

15         e-mail dated September 8th,

16         2022.)

17        (Exhibit 6 for identification,    130

18         letter dated February 14th,

19         2023.)

20        (Exhibit 7 for identification,    132

21         letter agreement dated

22         March 20th, 2023.)

23        (Exhibit 8 for identification,    133

24         Letter dated March 20th, 2023

25         Re: Sale of Ice Melting product.)

Joseph Cohen    October 10, 2024

Page 141

1

2                          E  X  H  I  B  I  T  S

3        DESCRIPTION                              PAGE

4        (Exhibit 9 for identification,    136

5        e-mail dated January 27, 2023.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Joseph Cohen                                                October 10, 2024

Page 142

1    1  Judd Burstein, Esq.

2    2  jburstein@burlaw.com

3    3                    October 22nd, 2024

4    4  RE:    Northrock Management LLC F/K/A Northrock Minerals Inc. v.

Cohen, Joseph Et Al.

5    5      10/10/2024, Joseph Cohen (#6960070)

6    6      The above-referenced transcript is available for

7    7  review.

8    8      Within the applicable timeframe, the witness should

9    9  read the testimony to verify its accuracy. If there are

10   10  any changes, the witness should note those with the

11   11  reason, on the attached Errata Sheet.

12   12      The witness should sign the Acknowledgment of

13   13  Deponent and Errata and return to the deposing attorney.

14   14  Copies should be sent to all counsel, and to Veritext at

15   15  cs-midatlantic@veritext.com.

16   16   Return completed errata within  30 days from

17   17 receipt of testimony.

18   18    If the witness fails to do so within the time

19   19 allotted, the transcript may be used as if signed.

20   20

21   21

22   22                    Yours,

23   23                    Veritext Legal Solutions

24   24

25   25

1    1  Northrock Management LLC F/K/A Northrock Minerals Inc. v. Cohen,

       Joseph Et Al.

2    2  Joseph Cohen (#6960070)

3    3              E R R A T A   S H E E T

4    4  PAGE_____ LINE_____ CHANGE_____

5    5  _____

6    6  REASON_____

7    7  PAGE_____ LINE_____ CHANGE_____

8    8  _____

9    9  REASON_____

10   0  PAGE_____ LINE_____ CHANGE_____

11   1  _____

12   2  REASON_____

13   3  PAGE_____ LINE_____ CHANGE_____

14   4  _____

15   5  REASON_____

16   6  PAGE_____ LINE_____ CHANGE_____

17   7  _____

18   8  REASON_____

19   9  PAGE_____ LINE_____ CHANGE_____

20   0  _____

21   1  REASON_____

22   2

23   3  _____    _____

24   4  Joseph Cohen                               Date

25   5

Joseph Cohen                                      October 10, 2024

Page 144

1    1  Northrock Management LLC F/K/A Northrock Minerals Inc. v. Cohen,

        Joseph Et Al.

2    2  Joseph Cohen (#6960070)

3    3                ACKNOWLEDGEMENT OF DEPONENT

4    4      I, Joseph Cohen, do hereby declare that I

5    5  have read the foregoing transcript, I have made any

6    6  corrections, additions, or changes I deemed necessary as

7    7  noted above to be appended hereto, and that the same is

8    8  a true, correct and complete transcript of the testimony

9    9  given by me.

10   0

11   1  _____    _____

12   2  Joseph Cohen                          Date

13   3  *If notary is required

14   4                SUBSCRIBED AND SWORN TO BEFORE ME THIS

15   5                _____ DAY OF _____, 20___.

16   6

17   7

18   8                _____

19   9                NOTARY PUBLIC

20   0

21   1

22   2

23   3

24   4

25   5

Joseph Cohen                                                    October 10, 2024

[& - 4]                                                              Page 1

| & | | | |
| --- | --- | --- | --- |

**&**

**&**   2:2

**0**

**0**   143:10,20
144:10,20
**08884**   125:2

**1**

**1**   41:17 70:16
70:17 71:6
140:4 142:1
143:1,11,21
144:1,11,21
**1/2**   25:12 33:5
**10**   1:15 110:12
142:10
**10/10/2024**
142:5
**10022**   2:11
**10:04**   1:16
**11**   142:11
**110**   2:10
**114**   140:8
**11501**   138:2
**12**   142:12
**123**   140:11
**129**   140:14
**12:08**   83:21
**13**   142:13
**130**   140:17
**132**   140:20
**133**   140:23
**136**   141:4
**14**   142:14
**14th**   131:2,4,25
140:18

**15**   85:11 89:20
89:25 90:9,12
90:23 91:11,15
92:3,19 93:13
94:9,16,18
97:3 107:2
110:12 142:15
**15's**   107:2
**150,000**   90:12
**16**   142:16
**17**   142:17
**18**   142:18
**19**   142:19
**1:11**   84:3

**2**

**2**   35:24,24
41:17 71:4,8
95:24 112:17
140:6 142:2
143:2,12,22
144:2,12,22
**2.7.**   75:5
**20**   94:18
138:23 142:20
144:15
**20,000**   109:21
**2000**   48:4 49:9
66:13 72:19
73:25
**2022**   7:7,8 9:5
9:12,18 92:10
93:24 105:19
129:8,10,14
140:16
**2022/2023**   91:9
**2023**   9:22
20:23 91:10

92:9 93:25
105:19 108:9
109:15 131:2,4
132:2,22,25
133:13,16
134:14 136:22
137:7 140:19
140:22,24
141:5
**2023/2024**   91:8
**2024**   1:15 77:9
107:9 137:20
139:22 142:3
**2024/2025**
92:22 95:8
**20567**   139:23
**208**   2:4
**20814**   2:4
**20th**   132:22,24
133:13,16
140:22,24
**21**   142:21
**22**   89:13,14,16
93:9 105:2
106:18 134:17
142:22
**22nd**   142:3
**23**   20:22 89:14
89:16,18,21,24
93:9 106:19
107:17,19
108:11 109:17
134:17 142:23
**23rd**   85:22
**24**   1:4 89:18,21
89:24 91:10
92:21 108:11
109:17,19

142:24
**24th**   9:5 85:23
130:9
**25**   55:19 92:21
142:25
**27**   136:22
137:7 141:5
**28th**   13:20
**29th**   13:20
**2:19**   129:21
**2:30**   126:4

**3**

**3**   41:17 114:21
114:22 140:8
142:3 143:3,13
143:23 144:3
144:13,23
**3.4**   10:20 14:19
18:23 30:19
33:22 35:22,23
37:9 43:15
86:9 95:24
106:13
**30**   14:23 55:19
106:16 114:23
114:25 140:9
142:16
**30,000**   94:18
**3155**   1:4
**330**   138:2
**3:07**   137:14
**3rd**   128:8
130:7

**4**

**4**   33:21 41:18
123:10,11,12
123:23 124:21

140:11 142:4
143:4,14,24
144:4,14,24
**4401** 2:4

**5**

**5** 63:16 64:6
129:6,7 140:14
142:5 143:5,15
143:25 144:5
144:15,25
**516-608-2400**
138:3
**59th** 2:10

**6**

**6** 25:12,12 33:5
35:19,21 36:25
37:3 42:23
102:12 114:23
114:25 120:16
120:21,21,25
130:25 131:3
140:9,17 142:6
143:6,16 144:6
144:16
**60** 87:14
**6960070** 142:5
143:2 144:2

**7**

**7** 33:5 132:21
132:23 140:20
142:7 143:7,17
144:7,17
**70** 140:4
**700,000** 52:24
53:2,8 54:15

**71** 140:6
**777** 19:25
122:13 123:8

**8**

**8** 130:23
133:12,15
140:23 142:8
143:8,18 144:8
144:18
**8th** 129:8,9,14
129:21 140:15

**9**

**9** 91:18 136:21
136:23 141:4
142:9 143:9,19
144:9,19

**a**

**a.m.** 1:16
**ability** 13:23
13:24 88:24
120:3
**able** 12:11
14:24 18:10
40:16 49:12
52:15 65:23,25
66:12 89:2
112:8 126:11
127:24 129:17
133:24
**above** 142:6
144:7
**absolutely**
21:14 52:25
59:24,25 60:2
**acceptable**
34:20 66:17,21

**access** 52:24
**accomplish**
34:24 35:10
**accomplished**
35:9
**accomplishing**
32:8
**accounts**
129:16
**accuracy** 142:9
**accurate** 64:5,7
**accurately** 94:8
**acknowledge...**
144:3
**acknowledg...**
142:12
**acquired** 8:14
**acquiring** 85:8
**acquisition**
101:4
**action** 25:9
52:19 139:21
**activity** 85:15
**actual** 54:9
81:15
**actually** 40:6
55:18 56:25
57:5 58:21
79:19 90:16
109:13 126:4
132:12
**added** 79:5
**adding** 24:19
108:4,7 109:12
**addition** 68:19
**additional**
28:18 91:13

**additions** 144:6
**address** 17:23
17:24 19:23,24
23:19,22 24:12
24:13 26:24
32:19 41:22,23
41:23 42:10,14
42:16,20 102:7
103:7,10,25,25
104:5 108:14
109:3,5,6,7
115:19 122:13
122:16 123:2,5
123:6,22,25
124:2,17,19
125:2,5,18
**addressed** 70:9
103:6
**addresses** 18:3
108:12 121:8
125:12
**administer**
3:13
**advance** 62:6
**advice** 21:17
**affidavit** 70:21
**affirmative**
119:4
**affirmatively**
115:2
**age** 110:21
**agent** 117:12
124:17,21
125:5,16
**aggravation**
87:16
**aggressive**
90:10

| | | | |
|---|---|---|---|
| **agnostic** 27:12 | **ahead** 17:18 | 8:7,9 10:8 | **apparent** 18:18 |
| **ago** 4:12 | 28:11 41:7 | 17:11 19:6 | **appended** |
| **agree** 9:12 36:7 | 47:11 59:15 | 21:9 22:11,12 | 139:19 144:7 |
| 40:21 61:24 | 106:10 122:4 | 23:17 26:21 | **applicable** |
| 68:4 92:8,14 | **air** 52:6 | 27:24 28:8 | 142:8 |
| 107:20 118:17 | **al** 142:4 143:1 | 29:13 30:7,13 | **apply** 81:19 |
| **agreed** 3:2,6,10 | 144:1 | 38:13 39:11,13 | **appointed** |
| 36:9 46:20 | **alarming** 41:24 | 40:8,24,24,25 | 42:17 |
| 47:9,14 51:15 | **allegation** | 41:7 53:7 | **approach** |
| 66:10 69:8 | 118:18,19 | 56:22 61:22 | 46:20 47:8,14 |
| 119:25 132:12 | **allegations** | 62:20 67:15 | 69:7 |
| 134:21 | 68:7 | 69:4 76:10 | **appropriate** |
| **agreeing** 91:4 | **allege** 127:17 | 81:21,24 82:15 | 82:14 |
| 134:18 | **alleged** 49:21 | 83:3,5,8 98:14 | **aqua** 8:21 |
| **agreement** 8:25 | 67:7 70:3 | 98:16,19 103:2 | **area** 91:20 |
| 9:6,20 10:20 | 118:5,5 | 114:7 115:2 | **areas** 94:13 |
| 12:22,23 15:3 | **allegedly** | 116:4 117:8 | 95:20 |
| 17:21 18:2 | 109:24 | 122:5,6 125:9 | **arrive** 12:9 |
| 20:7,12 24:9 | **alleges** 89:4 | 128:21 | 13:19 14:21 |
| 32:9 44:24 | **alleging** 57:14 | **answered** | 44:11 48:18 |
| 47:17 51:9 | **allocation** 85:6 | 26:14 30:6 | 60:11 87:5 |
| 52:14 60:9 | **allotted** 142:19 | 70:5 104:8 | **arrived** 13:18 |
| 71:7,9,23 | **allowed** 139:19 | 121:24 | 16:4,13,17,18 |
| 79:20 80:19,24 | **alternative** | **answering** 49:3 | 16:21 32:22 |
| 81:3,5,10,15 | 51:21 | **antennas** 45:7 | 49:20 50:25 |
| 81:15,19 82:5 | **american** | **anybody** 50:17 | 51:5 58:3 |
| 85:19,24 86:2 | 123:23 124:21 | 56:14 66:25 | 112:12 |
| 88:5 95:3 | **amount** 24:20 | 73:14 92:4 | **arrives** 13:14 |
| 97:12 101:12 | 60:20,22,24 | **anyways** 98:22 | **arriving** 14:20 |
| 112:19 121:4 | 61:11 64:16,17 | **ap** 131:6 | 17:2 32:17 |
| 124:4 128:7,13 | 69:6 104:24,25 | **apart** 22:13 | 49:19 |
| 130:6,12,16 | 105:2 118:16 | **apologies** 62:12 | **asked** 17:5,16 |
| 132:12,22,24 | 126:21 131:19 | 64:23 | 18:4 20:25 |
| 133:9 140:7,21 | 132:2 | **apologize** | 27:13,14 30:6 |
| **agreements** | **analysis** 90:11 | 59:18 136:6 | 30:19,23 35:8 |
| 9:13 10:10 | **angry** 87:8 | **appalling** | 39:22,23 42:17 |
| 43:2 101:17 | **answer** 6:3,5,8 | 45:13 | 42:25 59:17 |
| | 6:16,16,20 8:6 | | 62:21 63:24 |

70:5 81:25
83:8 87:24
88:13 119:21
119:22,22,23
121:24 130:21
**asking** 22:6
92:13 104:17
115:11,15
**asset** 9:5 10:10
10:19 12:21
17:21 20:12
24:9 32:9 43:2
44:24 47:17
51:8 52:14
60:8 71:7,8,22
76:21 79:20
80:19 81:15
85:24 86:2
97:12 101:11
112:19 121:4
124:3 128:7,13
130:5,12,15
140:7
**assets** 8:15 9:2
33:18 77:3,4
77:18 78:7,25
79:15,24 80:3
80:7 101:5
103:22
**assigned** 85:5
103:22
**assignment**
81:9,19
**assist** 132:7
**assisting**
135:15
**associated**
41:12

**assumed** 58:8
**assuming**
84:19
**assured** 44:23
**attached**
129:15,23
142:11
**attempting**
132:7
**attention** 63:16
94:15
**attorney** 24:5
119:15 120:17
124:19 142:13
**attorneys** 2:3,9
3:3
**atypical** 98:13
**auction** 53:17
54:14
**auctioned** 55:4
**august** 9:5,10
9:12 13:6,21
14:18 85:20,22
85:22 87:5
89:13 95:23
105:2 128:8
130:6,9 135:14
**authorized**
3:12 117:12
**available** 30:25
142:6
**award** 86:3
96:22
**awarded** 90:23
95:10 96:23
**awards** 86:5
91:21 107:12

**aware** 38:14
45:14,19 88:8
90:22 97:13
113:7 117:4,9
121:12 130:3

**b**

**b** 114:23,25
140:2,9 141:2
**back** 8:13 19:7
31:20 33:12
46:2 47:4
55:19,21,25
56:25 59:13
75:4 79:7,19
79:21 80:24
82:23 83:4,9
84:9 88:21
89:10 96:12
98:24 100:9
106:7 107:6,10
109:2 112:7
114:18 126:4
127:20 131:14
131:20 132:8
**backs** 102:22
**backyard** 44:3
97:4
**bad** 16:12
18:20 25:25
26:3 61:3,7,8
64:10,22 65:22
72:8 105:4
120:12
**bag** 52:2,3,5,7
55:19 56:9
66:2 82:6
90:25 134:23

136:16
**bagged** 51:23
65:25 66:17,19
66:21 74:22,22
88:22 133:11
133:22 136:12
**bagger** 110:8
**bags** 18:2
34:11,12,13
49:15 51:21
53:21 54:2
56:15 57:3
61:14,15,16
64:12 65:4
74:2,21 82:8
90:12 94:19,21
110:6,7,8,10
110:15 111:14
111:24,25
112:11,18
126:22
**bailout** 34:3
**balance** 106:18
**ballpark** 60:23
61:12
**bargain** 43:17
**barry** 7:16
10:14 11:5
12:17 13:14
16:4 18:13
19:11 33:6
34:3,15 36:25
44:21 45:4,14
65:15 85:19
87:24 89:13
93:18 94:9
97:13,22 98:6
98:10 99:7,9

99:10,22
101:13,20
104:25 112:22
120:24,25
128:11
**barry's** 31:19
**base** 8:11
**based** 22:9
28:2,10 86:5
**basically** 53:15
**basis** 22:15
40:10 52:11
**bathroom**
82:16
**bayonne** 48:17
48:23 65:18
66:7 74:4,18
109:24 136:8
**bbelaw.com**
2:6,7
**bear** 62:24
63:9
**beat** 82:13
**beginning**
11:10 12:19
13:7 15:22
18:21 23:24
24:15 25:23
27:9 32:2
44:11 45:7
60:7 81:4,5
85:20 87:6
94:10 108:11
109:17 120:2
127:21 129:5
**begun** 29:25
**behalf** 134:19

**believe** 12:21
13:6,20 14:23
20:15 29:15
57:20 60:12
61:20 65:17
69:10 81:8
85:21 88:15
99:25 100:18
100:21 102:18
102:19 104:8
107:17 118:22
128:8
**belong** 34:15
112:18
**belonging**
108:12 109:6,9
**belongs** 103:25
105:12
**benefit** 43:17
78:23 80:6
**benefitted**
45:22 101:25
104:4
**berman** 2:2
**bernstein**
75:20
**bess** 124:6
**best** 5:25 32:20
38:19 49:11
62:24 96:5
**bethesda** 2:4
**better** 96:14
118:6
**beyond** 20:5
31:5 45:12
93:10 102:8,9
**bifurcating**
54:7

**big** 18:5 65:4
93:18 94:22
95:4
**biggest** 12:18
13:9 14:10
90:2
**bind** 38:20
51:18
**bit** 12:8 18:17
108:18 126:7
**black** 44:24
**blew** 13:23
15:8 17:8
**blockish** 50:14
**blocks** 30:10,16
41:25 105:9
120:18
**blow** 71:5 95:5
**blue** 19:11,19
19:20 20:16
23:19 24:7,9
24:11,24 25:20
26:4,23 32:17
32:18,18 41:9
43:13 45:11,15
47:24 85:9
90:3,13,23,25
91:11 92:6
93:13 95:6
96:6,14 102:18
103:6,7,9,13
103:17,20,24
106:25 122:9
123:13 124:11
140:13
**bmb** 2:6
**boat** 124:5

**bore** 51:25
**bottom** 49:7,13
57:6 111:7,14
115:21
**bought** 5:5
12:12 19:10,19
19:22 20:12
53:20 55:19
58:12 72:6
90:21 91:2
102:14
**bow** 48:20
**box** 30:18,19
58:23
**boyle** 2:2,5 4:5
4:9,13 17:17
21:15 22:16
23:9 39:15
40:2,10,14,21
41:3 46:13,16
46:24 47:3
62:22 64:21
68:13,16 70:14
70:22 71:3
79:12 82:23
83:14,19 84:8
98:24 106:2,4
114:20 117:23
122:2 126:3,6
127:14 135:8
135:12 137:10
**brakes** 37:6
108:15
**brand** 19:12,20
47:24 53:20
54:4,23 55:4
81:6 90:15
96:6 112:23

| | | | |
|---|---|---|---|
| **branded** 61:16 | **buffoon** 91:3 | 64:19 65:12 | 78:12 86:16,17 |
| **brands** 8:19 | **build** 10:24,25 | 67:13 68:10,15 | 86:17 87:10 |
| 34:16 77:22 | 11:8 87:20 | 69:3,14 70:4 | 89:21 90:9 |
| 78:13,16,17,24 | 105:6 | 70:19,25 72:16 | 91:3 95:15 |
| 80:11 85:11 | **building** 27:5 | 73:16 76:9 | 96:7,18,23,25 |
| 112:19,22 | 30:10,15 31:14 | 78:8,20 79:2,4 | 97:8 99:11 |
| 120:8 | 31:17 34:22,25 | 81:21 82:11,25 | 100:8 102:5,14 |
| **breach** 70:2 | 41:25 105:9 | 83:18 94:5 | 103:12 105:6 |
| 105:17 119:11 | 120:18 | 98:14 102:24 | 107:2,7 120:9 |
| **breaches** 70:3 | **builds** 35:2 | 103:3,18 104:6 | 121:13,18 |
| 118:7 | **built** 19:11 | 104:21 105:20 | 125:19 127:20 |
| **break** 46:14 | 31:6,17 32:19 | 105:24 106:3,6 | **businesses** |
| 47:15 62:13 | **bulk** 47:20 | 106:9 111:3,21 | 41:16 |
| 63:23 82:17 | 53:10,12 64:24 | 113:14 116:21 | **buy** 10:15 12:4 |
| 83:3,7,15,19 | 66:6,6 72:20 | 117:7,13,21 | 12:5 24:24 |
| 126:3 135:9 | 86:19 111:9 | 118:10,20 | 58:14 59:5 |
| **breaking** 20:6 | **bunch** 55:15 | 119:13 121:15 | 86:19,19,21,25 |
| **breaks** 37:7 | **buried** 111:6 | 121:23 122:6 | **buyer** 10:11 |
| **brett** 75:20,22 | **burlaw.com** | 124:12 125:7 | 43:3 53:25 |
| **brian** 2:5 4:13 | 2:12 142:2 | 125:24 126:13 | **buying** 7:16 |
| 8:22 17:19 | **burstein** 2:9,12 | 127:7 128:22 | 12:2 54:25 |
| 33:21 36:20 | 4:7 8:3 10:8 | 132:15,19 | 90:6 112:21 |
| 40:18 42:21 | 17:15 19:5 | 135:5,16 136:5 | 120:8,9 |
| 43:23 53:7 | 21:6,20 22:21 | 137:12 142:1 | **buys** 11:22 |
| 58:14 59:4 | 23:4,16 26:11 | **business** 7:17 | |
| 62:8,16 63:9 | 26:19 27:23 | 7:18,23,24 | c |
| 63:24 69:16 | 28:6,9 29:2,13 | 8:14,15 10:15 | **c** 2:2 4:2 84:4 |
| 78:10 82:22 | 29:18 30:6 | 10:25 11:4,6 | 139:1,1 |
| 104:9 122:19 | 35:16 36:5 | 11:18,21 12:12 | **caked** 34:13 |
| 127:7 | 38:6,9,17 39:6 | 12:24 13:25 | 110:11 |
| **bring** 14:24 | 39:21 40:7,12 | 14:2 15:14,15 | **calcium** 13:11 |
| 60:16 88:12 | 40:15,22 41:4 | 25:11,14,16,20 | 14:20 16:3 |
| 124:23 | 44:18 45:17 | 26:25 27:10 | 31:5 43:19 |
| **brought** 25:3 | 46:3,9,22,25 | 28:20 31:20,22 | 48:2,2,6,9,12 |
| 42:2 80:25 | 47:10 53:5 | 31:23 34:12 | 51:10,18,23,24 |
| 97:5 | 56:21 57:16,21 | 36:18 38:23 | 52:11 53:10,22 |
| **buck** 54:3 | 58:9 61:4 | 41:13,14,19 | 54:2,20 55:7 |
| | 62:19 63:2 | 44:9 59:9 78:6 | 57:3,24 59:8 |

61:13 62:8
64:10,24 65:3
66:2 72:13,18
72:20 87:5,21
88:22 89:8
96:3 106:15
133:10,22
134:9 136:3,8
137:8
**calculate** 61:18
**calculated**
61:17
**calendar** 89:16
**call** 14:3 16:9
24:22 48:3
55:23 78:11
105:11
**called** 13:24
77:21 88:11
**calling** 89:8
**calls** 32:12
50:11 126:22
**capacity** 116:9
**capital** 97:9
**caps** 110:6
**capture** 12:11
13:24
**care** 5:23 15:9
15:10 53:13
110:21
**career** 42:25
**carry** 48:4
**case** 1:4 4:24
5:13 9:8 21:19
22:25 25:7
36:16,19,23
43:6 61:19
66:18 67:23,24

118:14 138:4
**cases** 4:21
**cash** 33:21,23
35:19,21 36:21
37:5,9,14,22
38:21 43:5
61:25
**castle** 51:12
60:10,11
112:13
**category** 11:17
**cause** 16:16
17:14 18:24
110:19,20
129:3
**caused** 57:9,11
108:21 110:22
126:12 127:17
**causing** 128:3
**cell** 55:23
**center** 60:10
**ceo** 76:23
**certain** 10:18
24:20 52:2,3
82:4 107:24
113:16 118:16
124:14 131:21
**certainly** 22:13
61:6
**certainty** 61:2
70:6
**certificate**
123:13 140:12
**certify** 139:7
139:20
**chain** 86:23
**chalk** 31:14

**challenge** 5:22
14:9 15:18
18:9 24:16
31:16 32:23
48:13 51:24
54:12 87:17
**challenged**
65:16
**challenges** 13:7
**challenging**
87:15
**chance** 125:25
**change** 17:24
17:25 35:24,25
40:2 136:14
138:6 143:4,7
143:10,13,16
143:19
**changed** 17:23
52:8 119:25
**changes** 95:15
139:18 142:10
144:6
**changing** 19:22
**character** 30:9
30:16 35:2
105:9
**charge** 51:5
97:20 117:19
117:22
**charging** 96:15
**chase** 52:23
**chat** 18:16
**cheaper** 96:16
**check** 20:19,20
30:18,19 92:16
120:22,22

**chemistry**
51:25
**cherry** 120:13
**chestnut** 19:25
122:13 123:8
**chief** 76:4
117:16
**chilean** 47:20
**chloride** 54:9
54:19 64:24
111:9
**choice** 15:24
51:16 52:7
54:11,14 83:18
**city** 1:22 85:13
91:19
**civil** 23:21
**claim** 21:19
119:5
**claims** 60:19
**clarify** 62:3
74:22
**clarifying** 60:4
**clause** 81:5
**clean** 34:21
**clear** 29:3 30:2
57:23 60:7
79:8 94:10
97:20 99:10
133:23
**clearly** 12:23
36:7 38:22
**clerk** 24:23
**client's** 119:4
**close** 13:5 18:9
33:22 35:22,24
37:9 43:16
95:24 106:13

| | | | |
|---|---|---|---|
| 121:14 | 72:1 73:1 74:1 | **come** 13:11,12 | **companies** |
| **closed** 13:21 | 75:1 76:1,22 | 15:5 16:5 24:7 | 122:12 |
| 14:17 17:3,4 | 77:1 78:1,24 | 27:11 32:4 | **company** 45:15 |
| 77:15 85:22 | 79:1 80:1 81:1 | 43:17,21 58:2 | 76:12,13,16 |
| 87:4 89:12 | 82:1,12 83:1,2 | 87:19 88:21 | 78:11 104:19 |
| 110:25 130:10 | 84:1,9 85:1 | 96:11 100:3 | 123:3 125:6 |
| **closing** 10:20 | 86:1 87:1 88:1 | 106:15 107:6 | **compensated** |
| 30:18 44:22 | 89:1 90:1 91:1 | 111:24 114:4 | 78:5 |
| 70:7 75:11 | 92:1 93:1 94:1 | 114:17 119:24 | **compete** 29:25 |
| **clue** 42:5 | 95:1 96:1 97:1 | 126:4 | 33:18 35:13 |
| **cod** 52:10 | 98:1 99:1 | **comes** 13:15 | **competed** |
| 61:25 | 100:1 101:1 | 22:7 34:12 | 22:19 23:3,14 |
| **cohen** 1:9,22 | 102:1 103:1 | 43:22 | 26:18 27:21 |
| 4:10 5:1 6:1 | 104:1 105:1 | **coming** 44:16 | 29:17 36:17 |
| 7:1 8:1 9:1,13 | 106:1 107:1 | 59:6,7,13 | 39:4 40:6 |
| 10:1 11:1 12:1 | 108:1 109:1 | 124:4 | 119:5,5 121:7 |
| 13:1 14:1 15:1 | 110:1 111:1 | **comings** 42:13 | **competing** 19:3 |
| 16:1 17:1 18:1 | 112:1 113:1 | **commence** | 21:5 42:20 |
| 19:1 20:1 21:1 | 114:1,10 115:1 | 10:12 | 45:22 104:11 |
| 21:22 22:1 | 116:1 117:1 | **commercial** | 108:22 135:2 |
| 23:1,11,12 | 118:1 119:1 | 86:21 114:3 | **competition** |
| 24:1 25:1 26:1 | 120:1 121:1 | **commingled** | 102:2,19 117:6 |
| 27:1 28:1,14 | 122:1 123:1 | 53:14 | 118:5 |
| 28:14 29:1 | 124:1 125:1 | **commission** | **competitor** |
| 30:1 31:1 32:1 | 126:1 127:1 | 138:25 | 90:18 92:5 |
| 33:1 34:1 35:1 | 128:1 129:1 | **commitment** | 120:14,15 |
| 36:1 37:1 38:1 | 130:1 131:1 | 31:8 | **competitors** |
| 39:1 40:1 41:1 | 132:1 133:1 | **commonality** | 92:6 |
| 42:1 43:1 44:1 | 134:1 135:1 | 122:11 | **complain** 89:9 |
| 45:1 46:1 47:1 | 136:1 137:1,17 | **communicated** | **complaining** |
| 48:1 49:1 50:1 | 142:4,5 143:1 | 84:23 85:16 | 69:12 |
| 51:1 52:1 53:1 | 143:2,24 144:1 | **communicati...** | **complaint** |
| 54:1 55:1 56:1 | 144:2,4,12 | 21:16 67:10 | 55:10,14 |
| 57:1 58:1 59:1 | **cold** 44:5 | 114:11 | **complaints** |
| 60:1 61:1 62:1 | **colleague** 4:14 | **communicati...** | 55:15 |
| 63:1 64:1 65:1 | **collection** 5:13 | 22:8 68:5,6 | **complete** 14:14 |
| 66:1 67:1 68:1 | **combine** 14:24 | 97:24 113:20 | 14:14 129:18 |
| 69:1 70:1 71:1 | | 113:21 116:19 | 139:14 144:8 |

completed
  142:16
completely
  16:6
completing
  30:12
completion
  139:16
complicated
  59:9
component
  13:10 14:10
  17:10 18:5
  33:14 36:21
  37:5,10 43:5
concern  50:22
  134:2
concerned
  53:23 54:4
concluding
  113:12
condition
  12:10 65:21,21
  75:13
conducted  4:9
confident
  136:18
confirm  108:25
confirmed
  109:10
conjecture
  26:17
connect  24:6
connecting
  123:4
connection
  45:8 67:23

connectivity
  88:9
consequences
  53:19
considering
  87:12
consistent
  135:3
consolidate
  129:16
consult  135:9
consumer  5:4
  11:19 86:16
consumers
  12:2 55:18
consummation
  119:18
contact  97:14
  98:11
contend  128:4
contending
  118:8,15
content  48:9
contention
  19:2 21:4 23:6
  39:17 68:23
  69:2 124:10
context  7:9
  22:3
continue  98:19
continued
  105:22 107:21
continuing
  17:19 37:11
contract  14:19
  15:21 30:17
  96:19 101:9
  105:18,23

106:13 119:7,9
  119:12
contracted
  100:3
contractual
  101:14,20
contrary
  119:17
contribute  60:2
  60:5
contributed
  59:23
control  52:15
  87:11
conversation
  24:18 29:7
  108:3,13
conversations
  27:9 34:21
  44:21 67:17
  68:20 69:19,20
  87:8 98:6
  113:24,25
  130:19
conveyed  22:2
  82:6
copies  70:23
  142:14
copy  4:5,8
corporate
  28:16
corporation
  103:14,15
  123:14 124:11
  140:13
correct  59:20
  62:2 93:2 99:5
  101:8 105:23

114:8 124:25
  139:14 144:8
corrections
  144:6
correctly  40:20
  131:16
cost  127:19
counsel  6:12,14
  21:11,12 23:20
  23:20 25:4
  28:25 29:4
  39:14 42:3
  61:20 108:16
  116:16,25
  142:14
count  92:17
counterclaim
  1:7,10
country  85:4
  138:2
county  139:4
couple  6:14
  125:12 135:22
course  49:18
  57:14 68:17
  90:24
court  1:2 3:15
  4:22 5:6,11,21
  6:8 47:3 83:10
credibility  93:7
  93:18
creditor  36:14
  36:17 52:18,21
crown  128:12
cs  142:15
current  92:23
  131:5

**currently** 77:17 90:22
**customer** 8:11 11:14 58:18
**customers** 10:24 54:25 58:16 86:19 126:18,20
**cut** 5:24,25 52:23 127:12
**cute** 64:22
**cv** 1:4
**cvs** 10:25 17:8 44:13

**d**

**d.c.** 91:22
**damage** 33:2 57:5 87:11 112:11 126:12
**damaged** 32:7 73:24
**damages** 126:16 127:17
**dart** 7:17 13:2 53:12 59:5 65:15 80:15 81:3,3,6,8,16 82:2,5,7 85:8 96:25 109:14 116:13 125:18
**dartsp.com** 81:13
**dartsp.com.** 70:13
**data** 42:18 88:11 103:8,24

**database** 41:11 42:10
**date** 15:20 74:25 107:13 130:6,11 138:4 143:24 144:12
**dated** 110:13 110:13 129:8 131:2,4 132:22 132:24 133:13 136:22 140:15 140:18,21,24 141:5
**day** 12:11 27:15 32:11 35:4 54:3,21 62:17 70:10 83:12 87:6 102:13 130:13 133:16 137:20 138:23 139:22 144:15
**days** 87:14 142:16
**dc** 44:2
**deal** 10:22 11:13 12:6,25 12:25 13:8,10 14:20 16:23 33:15 38:19 51:15 54:8 65:24 68:21 84:22 86:8,11 88:3 89:12 91:4 94:25 97:5,7,22 112:24 119:19 125:12 130:14

**deals** 37:16
**debt** 132:14
**debtor** 36:17
**december** 55:13 134:13
**decisionmaker** 98:9
**declaration** 70:16,18,23 140:5
**declare** 144:4
**decrepit** 61:15 110:20
**deemed** 144:6
**deeper** 50:16
**default** 9:23 69:22
**defective** 53:3 54:7 65:8,11 67:7,12,17,19 72:4 73:7,10 73:15 109:25 117:6 118:5 134:8
**defects** 49:21
**defendant** 1:7 1:10,14 2:3,9 5:15
**defense** 119:4
**defer** 61:20
**define** 52:21
**deflated** 32:20
**degree** 61:2
**delaware** 14:22 51:12 52:20 59:20 60:10,12 60:16 66:19 74:18 112:13

136:11
**delay** 15:24 17:14 24:15 34:8 56:8 59:23 60:3,5 82:9 120:11 126:12 127:17 128:5 129:4
**delaying** 130:2
**delays** 32:3 127:21
**deliver** 16:10 31:11 60:15 89:2
**delivered** 18:11 56:20 96:3 106:15 119:23
**delivery** 61:25 93:10
**delta** 94:23
**demand** 131:18
**demands** 131:19
**denial** 20:10
**dense** 91:17,20
**dependent** 86:20
**depends** 92:11
**deponent** 138:5 139:18 142:13 144:3
**deposed** 4:17
**deposing** 142:13
**deposit** 86:9 95:23
**deposition** 1:21 3:11 5:7

Joseph Cohen                                                    October 10, 2024

114:23,25
116:8 138:4
139:9,11,16
140:10
**depot** 10:16,24
11:12,13,20
12:7,12,21,24
13:15,23 14:3
14:25 15:24
16:7 18:7
19:10,18 20:6
20:17 24:12,23
25:22 28:23
30:21 31:10
32:6,7,10 33:4
42:19 43:20
44:25 50:8,12
50:24 51:19
55:22 56:16
59:12 84:12,14
84:18,23,25
86:4,12,15,25
87:8,23,25
88:7,10,19
89:5,19,22,23
90:4,11,19,20
91:7 92:9,25
93:8,9,25
94:16 96:10,15
96:16,20 97:14
98:11 99:19
101:7 103:5,23
107:12 120:9
121:21 122:10
127:15,18,20
127:22 128:5
128:13 129:16
129:18 130:3

130:15 134:16
**depot's** 14:13
15:8 93:21
103:9 109:5
122:25
**derive** 80:5
**described**
102:2
**describing**
78:19
**description**
140:3 141:3
**designated**
115:18 116:3
**destroyed** 33:4
**detail** 70:8
136:17
**determine**
50:18
**developed**
21:23
**diamonds** 42:8
42:12
**different** 8:10
8:19 12:19
22:16 41:11
42:4 47:16
48:15 70:8
73:25 79:13
90:5 95:20
112:4,22,23
119:16 120:18
122:16
**differential**
94:22
**digging** 41:21
50:16 126:24

**diligence**
125:11
**dime** 16:2
121:2
**direct** 8:8
63:16
**directed** 73:19
**directly** 57:12
67:18 108:3
112:25 113:24
**dirt** 34:13
**disagree** 21:20
131:11
**disappointing**
35:3 95:5
105:14
**disaster** 111:11
**discover** 39:19
48:11 50:2
74:24 106:22
**discovered**
29:23 30:3,4
107:8
**discovery**
22:10,14,23
39:11
**discuss** 7:12
29:3,5,5
**discussed** 29:4
97:21,21
119:17
**discussion** 60:8
**discussions**
22:8 65:14
110:25 137:6
**disgusting**
102:9

**dismissed**
108:5
**disparaging**
99:13
**dispose** 54:23
**dispute** 9:4,7
9:16,19 34:6
117:10
**disputing**
132:2
**disrupt** 133:23
136:10
**distance** 60:14
60:15
**distribution**
60:9
**distributor**
8:17
**district** 1:2,3
**divides** 85:2
**division** 8:21
**document** 9:11
9:24 36:9
39:18,20 62:25
63:19 64:2
71:10,11,19
73:15 75:14
81:12 115:4,16
115:22,23,25
133:3,6,17
134:23 137:2
**documentation**
66:23 67:2
**documented**
113:4
**documents**
9:25 10:3 22:9
36:4 37:12

39:3,8,13 40:4
67:7,19,22,23
68:3,18 104:15
116:13,15,19
117:3 118:15
**docusign** 63:8
**doing** 24:4
54:16 122:10
**dollar** 53:25
60:18 95:23
**dollars** 10:19
10:21 14:18
25:12 30:17
35:15 38:3
55:20 86:9
104:18,20
**domain** 80:21
81:9,10,13,18
81:19,25 82:10
83:13
**door** 58:23
**dots** 24:6 123:4
**double** 92:16
**doubt** 12:16
**dragged** 107:5
**drawn** 22:4
**driving** 94:23
**drop** 109:10
**drum** 112:2
**duly** 4:3 84:5
139:9
**dump** 34:17

**e**

**e** 2:2,2,10 4:2,2
13:3 17:23,24
18:3 65:10
70:7 84:2,2,4,4

88:7 107:11
113:4 116:13
127:3 129:8,9
129:13,25
130:20,23
136:22 137:4
139:1,1 140:2
140:15 141:2,5
143:3,3,3
**earlier** 9:9
26:22 36:24
41:8 50:4
54:17 62:7
66:12 67:18
69:5 74:11
78:10,19 80:13
84:13 86:15
87:22 90:15
95:13 103:21
104:23 105:8
106:12,24
109:23 111:5
119:17 125:11
126:7 130:5
**early** 11:23
12:5 16:3 50:8
85:15 86:19
87:2,17 134:17
**earth** 30:22
**easily** 49:9
111:25
**east** 2:4
**easy** 47:6 49:10
110:7
**edi** 88:11
**eerily** 20:11
**effect** 3:14
100:2 127:4

**effective** 48:8
**effectively**
16:13 33:23
34:3,17
**effort** 67:6,22
**egregiously**
59:11
**egypt** 13:12
14:21 27:11,14
49:19,22 57:24
134:9
**either** 24:2
**electronic**
88:11 90:5
**element** 48:7
86:13 128:3
**elements** 129:3
**elliott** 131:5
**emeralds** 42:13
**employed**
76:11
**employee** 4:24
**employees**
100:16 101:6
135:15,20
**empty** 49:14
**encourage** 99:6
**ended** 37:2
**engage** 99:20
108:15
**engagement**
109:14
**engel** 2:2 131:5
**ensure** 43:3
**enter** 95:3
**entered** 12:6
18:21 84:22

**entire** 79:10
**entirely** 23:4
**entities** 41:12
41:14,20 42:4
42:13 104:2
108:20 109:4
121:13 122:16
122:18
**entitled** 21:24
21:25
**entity** 41:17,17
41:17,18 42:9
76:23,25 77:21
77:23 80:11
121:3,5,7
**epli** 4:24
**equipment**
8:17,19 49:10
52:3,3,4
**equivalent** 23:5
**errata** 138:1
142:11,13,16
**error** 27:7
**especially**
126:19
**esq** 2:5,6,12
142:1
**essentially**
36:13 96:20
**estate** 11:6
27:3 31:22
**et** 142:4 143:1
144:1
**ethnicity** 99:15
**evans** 129:14
**evergreen**
38:23

everybody
  51:25 82:16
everybody's
  33:7 71:5
evidence  22:18
  22:24,25 26:13
  26:16 28:18
  29:16 39:24,24
  40:3 44:15
  124:8
exact  10:17
  12:22 60:20,21
  60:23 61:11
  69:17 74:25
  77:11 85:25
  94:4,7 100:24
  107:13 110:19
  123:7 126:17
exactly  24:13
  84:16 107:10
  120:22 131:21
  131:24
examination
  4:9
examined  4:4
  84:6 139:8
example  11:22
  42:17 49:8
  58:21 86:23
excel  71:21
except  3:7
exceptionally
  50:5 87:7
exchanged
  25:13 33:6
excited  45:2
  86:8

excuse  35:23
  92:22 117:17
  119:11
excused  119:9
excuses  118:7,8
  120:12
execute  31:11
  89:2
executed  9:20
exhibit  70:16
  70:16,17,20
  71:6,8,16,22
  72:10 114:21
  114:21,22
  123:10,11,12
  129:6,7 130:25
  131:3 132:21
  132:23 133:12
  133:15 136:21
  136:23 140:4,6
  140:8,11,14,17
  140:20,23
  141:4
exhibits  70:24
exist  76:23
  127:11
expand  10:15
  10:23 11:8
  12:7 97:7
expansion
  11:12
expect  17:22
  120:2
expectation
  85:23
expected  15:5
  17:21 65:24
  86:10 119:18

expecting
  90:14 107:15
  107:16
expense  55:25
experiences
  31:18
expert  50:17
experts  42:2
expires  138:25
explain  35:15
  47:13 104:20
explanation
  22:6,7
expressly  81:19
  113:21
extent  15:23
  21:21 39:7
  43:12 112:11
external  23:20
  25:3
extra  5:21

## f

f  1:6 71:16,22
  72:10 84:2
  139:1 142:4
  143:1 144:1
face  20:8 32:25
  82:4
facet  114:2
facets  31:19
  47:25 68:21
facilities  48:23
facility  14:22
  51:11 54:18
  65:19
fact  20:8 24:18
  27:20 28:2

32:23 39:25
  42:3,18 54:21
  60:15
factory  58:24
  58:25
facts  21:3,11
  21:18 22:4,24
  26:16 40:3,4
  45:25 56:18
  57:8 104:3
  108:24 121:6
  124:9
factual  18:25
fail  16:14 107:6
failed  46:20
  47:8
fails  142:18
fair  6:22 47:10
  58:7 68:25
  69:22 96:21
  108:22 127:14
faith  67:6
fallacy  16:6
false  24:3
falsely  29:11
familiar  7:25
  8:10 111:23
  112:20 123:22
famous  19:13
far  50:21 51:12
  60:14 69:24
  118:4
fargo  77:6,18
fashion  134:3
fast  115:10
fatigue  110:21
fault  16:21
  93:4

| | | | |
|---|---|---|---|
| **fear** 24:15 | 65:20 67:6,22 | **flavor** 14:7,7 | 61:5 65:13 |
| **february** 9:22 | 68:8,11,13,17 | **flavors** 14:8 | 67:14 69:3,15 |
| 77:8,8 131:2,4 | 89:23 93:12 | **flip** 54:2 | 70:5 72:17 |
| 131:25 140:18 | 95:5 100:6 | **floor** 50:8 | 73:17 76:10 |
| **fewer** 91:7 | 102:10 109:12 | **focus** 97:23 | 78:9,21 79:2,9 |
| **field** 32:12 | 125:22,22,22 | **follow** 17:13 | 79:9,11 81:23 |
| 50:12 89:8 | 126:25 | 76:20 118:12 | 82:12 94:6 |
| **figure** 107:25 | **finding** 41:22 | 119:2 | 102:25 103:19 |
| 114:2 | **fine** 47:18,19 | **followed** | 104:7,22 |
| **figured** 25:3 | 47:21,24 68:15 | 127:24 128:2 | 105:21 106:10 |
| 27:18 | **finish** 6:2,4 | **following** 47:6 | 111:4,22 |
| **file** 71:21 | 16:23 59:15 | 121:14 | 113:15 116:22 |
| **filing** 3:4 121:9 | 96:24 122:19 | **follows** 4:4 | 117:8,14,21 |
| **fill** 34:12 54:10 | 130:14 | 84:7 | 118:11,21 |
| 111:24 | **finished** 122:22 | **fools** 13:22 | 119:14 121:16 |
| **fillable** 66:22 | **fire** 19:12,20 | 19:9 32:7 | 121:24 124:13 |
| 110:7 | 19:21,22 32:18 | **foot** 17:12 19:8 | 125:8 126:14 |
| **filled** 61:15 | 85:10 90:25 | **force** 3:13 | 128:23 132:16 |
| 111:10 | 91:2 96:7 | **foreclosed** | 132:20 135:6 |
| **final** 77:14,15 | 103:9,10 | 79:24 | 135:17 136:6 |
| 135:9 | **first** 4:3 20:16 | **foreclosure** | 139:13 |
| **finally** 51:3 | 28:23 55:9 | 77:12,14 79:16 | **formal** 69:21 |
| 52:9 66:18 | 70:15 71:6,12 | **foregoing** | **formed** 122:18 |
| 88:18 89:7 | 71:13 72:13 | 139:9 144:5 | **former** 80:9 |
| 130:24 | 81:6 102:16 | **forget** 23:11 | 131:5 |
| **financed** 33:10 | 107:11 112:5 | **forgive** 91:22 | **forth** 86:7 |
| 36:10 43:4 | 114:24 133:2 | **forgot** 98:23 | **forthcoming** |
| **finances** | 135:9 136:7 | **form** 3:7 8:4 | 16:24 |
| 117:19,22 | **five** 121:25 | 19:6 21:7 | **fortunately** |
| **financial** 31:8 | 125:25 | 23:17 26:12,20 | 37:5 |
| 80:5 118:3 | **fix** 55:24 | 27:24 29:19 | **forward** 31:4 |
| **financier** 37:19 | **fixation** 42:7 | 35:17 36:6 | 89:11 98:15 |
| **financing** | 42:12 | 38:7,12 39:7 | **found** 17:6 |
| 37:15,17,23 | **fixing** 55:24 | 40:8,18,23 | 56:14 78:3 |
| **find** 15:17 | **flags** 26:5 | 41:5,6 44:19 | 91:11 106:25 |
| 23:23 24:3 | **flakes** 19:22 | 45:18 46:4,10 | **fourth** 115:7 |
| 25:16 26:9 | 32:18 91:2 | 53:6 56:22 | **frankly** 18:13 |
| 32:16 62:11 | 103:9 | 57:17,22 58:10 | 35:10 43:6 |

96:10 100:10
102:9
**fraud** 108:16
**freight** 14:15
**friend** 7:11,11
7:14 10:13
12:15 45:5,5
97:6,6
**friendly** 120:14
**front** 37:22
**frosty's** 85:10
**frustration**
127:23
**fulfill** 85:6
**full** 131:19
**further** 3:6,10
41:21 84:6
87:21 137:11
139:20

**g**

**garbage** 34:17
**garden** 8:17
**ge** 31:4
**gem** 42:8,11
**general** 28:24
81:16
**generally** 10:11
120:4
**gennette** 2:6
4:14
**gentleman**
75:20
**geography**
85:2 95:16
**geology** 42:12
**getting** 17:11
17:23,23 24:16

25:2 31:20
34:7 37:3
50:11 55:15
82:9,20 86:14
91:21 98:2
126:4 127:24
128:12
**give** 39:18
44:13 55:20
62:14 71:15
105:5,9 115:13
126:17
**given** 6:21 18:4
53:23 56:8
65:22 69:10
144:9
**gives** 86:4
90:11
**giving** 117:5
**glad** 80:25
**gloss** 121:10
**go** 8:13 11:24
12:20 14:4,6
14:15,21,25
15:2 16:5
17:18 28:11
31:24 32:5
41:7 43:22
44:7 47:11
51:17 52:8,11
54:22 59:15
63:13 64:18
72:3 75:4 79:7
79:19,21 86:24
90:16,24 91:18
95:12 100:6
106:10 107:10
110:8 112:3

115:7,12,23
119:17 120:10
122:4 127:20
129:5 131:20
**goal** 18:18
**goes** 13:15
19:24 24:13
46:8 58:23
93:13 103:24
105:12
**going** 5:18,24
5:24,25 6:13
8:3 15:15,25
17:7 20:6,25
21:7,8,18
25:14 26:14
27:11 28:7
31:11 32:4
33:17 37:8
38:20 39:12
42:22 44:11,13
44:17 45:8
46:7 50:7,15
53:17 54:13
56:7 59:8 62:9
62:23 70:14,15
71:4,4 83:15
84:24 85:9
88:22 93:16
95:19 97:25
98:15 100:5,9
106:19 108:5
109:5 112:15
114:20 115:10
117:13 122:16
133:15
**good** 4:10,11
10:12 11:7

12:8 18:21
35:7 61:3,7,9
63:12 66:16
67:6 110:14
111:8 117:23
120:12
**goods** 14:15
32:21 49:4,5
49:20,22 50:4
51:13,14 52:9
112:12
**gotten** 5:5 96:3
**grabbing** 48:7
**grace** 123:20
**grail** 91:15
**great** 11:16
**grocery** 86:23
**ground** 6:13
**grow** 93:16
100:4
**growing** 19:14
**guarantee** 9:7
**guaranteed**
118:17
**guess** 18:16
55:16
**guy** 43:23,25
54:13 62:16
97:22 98:8,11
100:3 102:14
102:15 114:3
**guys** 7:12 11:4
11:4 20:5
38:15 65:11
96:8 97:7
111:18 113:8
120:15,20

## h

**h** 4:2,2 84:4,4
    140:2 141:2
    143:3
**half** 63:6
**hand** 139:22
**handed** 128:14
    128:17
**hands** 11:9
**happen** 89:6
    106:17 132:14
    132:17
**happened**
    33:19 62:11
    77:3 84:17
    91:5 127:18
**happening**
    55:16 88:3
**happens** 11:13
    59:13
**happy** 79:8
    83:8 85:16
    129:5
**hard** 5:24 34:4
    37:14 48:10
    50:14 71:20
    94:11 126:17
**harden** 55:20
    136:3
**hardened** 48:5
    49:25 50:3,19
    56:3,12,15,19
    57:6,15 58:5
    74:4,7,13 89:9
    134:10,12
**hardening**
    55:10 64:9

66:16 73:24
**hardware**
    19:15
**harm** 18:24
    127:22 128:3
    129:3
**harmed** 25:22
**hat** 28:15
**head** 6:9,9
    118:3
**headaches**
    120:13
**hear** 26:2
**heard** 39:15
**heart** 90:8
    109:9
**heat** 19:12,19
    32:18 47:24
    85:9 96:6
**heated** 42:23
**heavy** 95:4
    112:9
**help** 100:4
    132:14 135:20
**helping** 135:23
**hereto** 139:19
    144:7
**hey** 24:23
    65:11 85:8
**hi** 129:15
**hide** 32:22
**high** 92:18 94:2
    94:14,19
**higher** 37:8
    52:4 90:20
**highly** 85:14
    91:17 97:4

**highway** 2:4
**hindsight**
    18:15 25:18
    33:20 38:22
**hire** 99:6,9
    100:16
**hit** 93:18
**hold** 10:17
    21:15 116:12
    116:18
**holds** 11:23
**holy** 91:15
**home** 10:16,24
    11:12,13,20
    12:7,12,21,24
    13:15,23 14:3
    14:12,25 15:8
    15:24 16:6
    18:6 19:10,18
    20:6,17 24:12
    24:23 25:22
    28:23 30:21
    31:10 32:5,7
    32:10 33:3
    42:19 43:20
    44:25 50:8,12
    50:24 51:19
    55:22 56:15
    59:12 84:12,14
    84:17,23,25
    86:4,11,15,24
    87:7,23,25
    88:7,10,19
    89:5,19,22,23
    90:4,11,19,20
    91:7 92:9,25
    93:8,9,20,25
    94:16 96:10,15

96:16,20 97:14
    98:11 99:19
    101:7 103:5,8
    103:23 107:12
    109:5 120:9
    121:20 122:9
    122:25 127:15
    127:18,20,22
    128:5,13
    129:16,18
    130:2,15
    134:16
**homework**
    108:2
**hope** 57:18
**hoped** 34:7
**hopefully** 9:17
**hoping** 65:19
**horrible** 93:8
**hosed** 20:4
    42:21
**hot** 15:11
**human** 31:18
**hundred** 94:20
**hurt** 32:9
**hustle** 31:22
    41:19
**hypothesize**
    105:7

## i

**ice** 11:25 12:4
    14:7 28:20
    34:4 42:20
    44:12 48:8
    50:13 56:23
    74:19 81:6
    84:24 91:16

99:11 121:20
133:14 140:25
**iconic** 19:11,16
**idea** 106:20
**identification**
70:17 71:8
114:22 123:12
129:7 130:25
132:21 133:12
136:21 140:4,6
140:8,11,14,17
140:20,23
141:4
**identified**
28:22 112:9
**identifying**
26:24 41:25
**ilana** 100:19
**imagine** 58:4
86:18
**immediately**
29:24 30:3,8
31:16 43:19
88:2 128:15,17
**impactful**
94:14
**implying** 36:20
36:22
**important** 5:19
6:7 11:14,17
17:25 84:25
86:17 97:23
**importantly**
31:9
**importer** 7:15
**impossible**
49:6

**improper** 23:5
**inception** 68:21
**inclination**
20:16
**include** 21:10
**including**
22:22 101:17
**incorporation**
123:13 140:12
**increase** 95:17
**increased**
93:25
**individual**
99:13 100:18
102:6 112:25
**inept** 88:24
**inference** 22:4
**information**
21:10,22 22:2
22:3 24:16
25:8 86:6 98:3
108:20 125:13
**initial** 124:15
134:2,17
**initially** 57:2
**injured** 5:5
**injury** 5:4
**inquiries**
126:19
**ins** 44:25 88:4
88:6,7
**inspect** 48:24
56:11 75:12
**inspected** 66:9
74:10,11 75:16
111:2
**inspecting**
34:10 113:8,12

**instruct** 73:14
**instruction**
5:19
**instructs** 6:15
**integrity** 12:16
55:3
**intellectual**
13:2,3 34:14
103:22
**intent** 10:22
38:21 66:3
**intention** 12:8
15:2
**intentionally**
130:2
**intentions**
10:12 18:22
35:8 105:8
**interchange**
88:11
**intercontinen...**
53:9
**interest** 80:10
100:5,8 124:11
**interested**
25:15 54:25
99:11 100:7
139:20
**interjected**
79:11
**internal** 110:24
**interpose** 82:13
**interrogatory**
23:6
**interrupt** 15:20
**intertwined**
22:5

**introduced**
7:10,14 10:13
10:14
**introduction**
27:14,15 98:4
**inventory**
46:17 47:25
48:15,16,17,18
48:25 52:24
60:19 61:3
68:24 71:16,24
71:25 72:2
73:23 74:3
75:13,17 82:7
109:24 111:8
118:6 136:16
**investigation**
108:2
**investing** 97:9
**investment**
11:6 31:8
**investors** 78:2
78:3 80:9
**ip** 24:8,10
**irrelevant**
50:21 58:25
**israel** 30:25
**issue** 13:10
112:17 131:17
131:18,22
**issues** 24:17
47:24 56:24
87:21 111:2
**it'll** 43:22

| **j** |

**j** 4:2 84:4

| | | | |
|---|---|---|---|
| **jam** 39:2 | 67:5,11,21 | 33:1 34:1 35:1 | 130:1 131:1 |
| **january** 107:9 | 68:6 69:11,25 | 36:1 37:1 38:1 | 132:1 133:1 |
| 109:18 136:22 | 69:25 72:5 | 39:1 40:1 41:1 | 134:1 135:1 |
| 137:7 141:5 | 73:9,12 74:10 | 42:1 43:1 44:1 | 136:1 137:1,17 |
| **jburstein** 2:12 | 75:16 76:6,18 | 45:1 46:1 47:1 | 142:4,5 143:1 |
| 142:2 | 76:19,22 78:13 | 48:1 49:1 50:1 | 143:2,24 144:1 |
| **jersey** 1:22,23 | 78:18,25 79:15 | 51:1 52:1 53:1 | 144:2,4,12 |
| 23:25 48:17 | 79:23 80:10 | 54:1 55:1 56:1 | **jsr** 1:4 |
| 60:12,17 65:18 | 84:15 89:3 | 57:1 58:1 59:1 | **judaic** 99:16 |
| 85:13 91:16,19 | 91:7 92:9,15 | 60:1 61:1 62:1 | **judd** 2:9,12 |
| 97:8 103:16 | 92:20 100:23 | 63:1 64:1 65:1 | 21:15 39:17 |
| 109:8 123:23 | 101:5 104:11 | 66:1 67:1 68:1 | 47:6 62:22 |
| 124:19 125:16 | 104:24 106:11 | 69:1 70:1 71:1 | 117:23 142:1 |
| **jewel** 128:12 | 107:16,21 | 72:1 73:1 74:1 | **jug** 17:8 |
| **job** 40:19 | 110:24 115:19 | 75:1 76:1,22 | **jugs** 16:25 17:5 |
| **joe** 1:9,11 7:23 | 116:4,10,14 | 77:1 78:1 79:1 | 32:3 44:12 |
| 7:24,25 8:5,11 | 117:11,12 | 80:1 81:1 82:1 | 110:6,15 |
| 8:15,16,19,20 | 118:8,16 119:7 | 83:1 84:1 85:1 | 119:24 |
| 8:20,21,22 | 121:8 127:22 | 86:1 87:1 88:1 | **junk** 35:5 |
| 9:13,19 11:14 | 129:14,17 | 89:1 90:1 91:1 | **k** |
| 15:13,17 19:4 | 131:6,7 132:8 | 92:1 93:1 94:1 | |
| 21:5 22:18,20 | 135:2,15 136:3 | 95:1 96:1 97:1 | **k** 1:6 142:4 |
| 22:25 23:3,12 | 136:18 | 98:1 99:1 | 143:1 144:1 |
| 23:14 24:10 | **joe's** 8:14 | 100:1 101:1 | **keep** 5:20 |
| 26:18 27:22 | 10:23 19:2 | 102:1 103:1 | 40:12 65:7 |
| 28:15,17,19,21 | 21:4 36:14 | 104:1 105:1 | 95:17 101:5 |
| 28:23 29:17,25 | 38:4,24,25 | 106:1 107:1 | **kept** 31:7 43:9 |
| 38:3,4 39:5 | 76:4 78:7 | 108:1 109:1 | **key** 13:10 |
| 40:6 43:21 | **joseph** 1:9,21 | 110:1 111:1 | 86:13 89:20 |
| 45:23 46:19 | 5:1 6:1 7:1 8:1 | 112:1 113:1 | 90:7 91:17 |
| 47:8 48:22 | 9:1 10:1 11:1 | 114:1 115:1 | 92:4 94:23 |
| 49:3 50:15 | 12:1 13:1 14:1 | 116:1 117:1 | 125:12,12 |
| 51:11 52:24 | 15:1 16:1 17:1 | 118:1 119:1 | **kid** 19:14 |
| 53:8 56:20 | 18:1 19:1 20:1 | 120:1 121:1 | **kind** 14:5 |
| 58:7,21 59:2 | 21:1 22:1 23:1 | 122:1 123:1 | **kn** 2:7 |
| 59:19 60:19 | 24:1 25:1 26:1 | 124:1 125:1 | **knew** 12:15 |
| 61:18 63:4 | 27:1 28:1 29:1 | 126:1 127:1 | 15:23 19:13 |
| 65:7 66:8,25 | 30:1 31:1 32:1 | 128:1 129:1 | 44:16 57:14,20 |

58:5 97:13
108:16 109:11
113:2
**know** 6:13 10:2
16:16,18,20,22
30:20 35:18
41:16 42:7
49:15 59:22,25
60:6,21 61:6
64:25 67:2,16
69:18,24 70:6
70:11 71:2
73:12 74:6,9
77:17 81:11
83:16 85:8
89:11 96:10,14
96:17 97:17,18
98:12 99:3
108:6 110:19
110:20,22
114:15,15
121:14,22
122:3,3 123:6
123:7,20 124:6
128:14,16,20
130:20 136:13
136:13
**knowing**
126:20
**knowledge**
23:13 28:11,12
28:13 101:24
101:25
**knows** 22:12
**kristi** 2:6
135:10
**kristri** 4:14

## l

**lack** 118:6
**landlord** 4:22
5:10,12 24:3
**landscaper**
11:22
**landscapers**
86:21
**language** 15:13
**large** 48:3
68:24 69:6
72:19
**late** 7:7 12:5
13:6,18 15:25
16:13,17,19,21
17:7 19:9 31:5
32:22 44:11,17
50:5,25 51:19
55:13 59:12
87:7,10,14,15
88:3,19 89:7
119:24 127:25
134:17
**lateness** 87:12
93:10
**lawn** 8:18
**lawyer** 7:3
116:9
**layer** 49:7,8
57:2
**layers** 49:13
112:4
**lead** 97:19
**leading** 44:21
**learn** 97:16
108:24 134:11

**learned** 134:10
**leave** 76:8
**led** 98:4
**left** 56:15 65:19
99:20
**legacy** 96:25
**legal** 21:17
131:6 138:1
142:23
**lender** 79:24,24
**letter** 20:10
69:17 129:15
129:18 131:2,4
132:22,24
133:13,18,20
140:18,21,24
**letterhead**
19:25
**letters** 113:5
**letting** 85:7
**level** 58:24
73:22 112:6
**liability** 4:25
**liar** 29:9
**licensee** 78:13
78:14
**licensor** 78:15
**licth** 124:6
**lies** 25:17
**life** 41:12 105:6
**limit** 9:16
**limited** 44:4
**line** 28:9 31:10
95:12 130:15
138:6 143:4,7
143:10,13,16
143:19

**lines** 8:2 100:9
**link** 43:13
**linking** 125:23
**list** 71:16,24,25
80:21 81:25
82:3 115:8
**listed** 107:14
121:13
**listen** 98:17
**listing** 70:7
**lists** 72:2 80:23
81:10
**litigation**
116:12,12,18
**little** 18:17
31:6 102:12
108:18 126:7
**live** 51:17 52:7
91:22
**lived** 91:23
**lives** 99:21
**living** 15:3
**llc** 1:6,9,11
76:22 80:10
107:16 117:18
124:20 142:4
143:1 144:1
**load** 12:20
13:25,25 15:8
15:14 44:25
50:7 60:13
85:24 86:12
88:4,6,7
135:23
**loaded** 35:8
40:13 56:5
**located** 1:22

**location** 42:16
85:5 95:15
102:8 136:15
**locations** 48:16
49:5 94:23
95:2
**long** 9:17 21:9
30:22 50:23
82:9 88:18
100:8,22,25
110:18 122:23
128:4 133:24
134:22
**look** 9:11 19:9
19:23 28:25
32:7 42:18
49:4 56:9 64:6
66:13 88:23
89:15 91:3
103:23 112:14
114:16 122:17
129:6,22
131:20 132:23
136:25
**looked** 13:22
49:8 57:5
67:21 112:8
113:17 127:6
**looking** 71:23
72:10 90:25
136:16
**looks** 131:6
**lose** 38:22
90:18
**losing** 96:7
**lost** 17:9 25:19
33:3 87:12
89:4,24 90:7

91:10 92:4,6
92:18 93:7
95:3 98:21
102:14
**lot** 18:22 31:23
35:9,19,19,20
36:25 41:19
43:7 56:23
58:14 85:3,14
85:15 86:24
87:16 90:14
94:15 97:9
110:4 111:11
112:6 120:6,8
120:12,13,18
122:12
**lots** 23:7
122:14
**lower** 94:13
112:6
**lunch** 83:16,21

**m**

**m** 2:5
**machine** 66:22
110:8
**machinery**
49:10
**made** 25:19
28:19 31:7,9
32:22 43:14
60:7 67:6,22
81:15 82:4
88:23 97:19
99:10,13,14
100:10 104:11
106:11,11
107:23 109:9

109:18 116:14
116:15 122:14
133:23 139:18
144:5
**magnitude**
94:22
**mail** 17:23,24
18:3 65:10
107:11 129:8,9
129:13 130:20
130:23 136:22
137:4 140:15
141:5
**mails** 13:3 70:7
88:7 113:4
116:13 127:3
129:25
**main** 31:23
41:19 97:13
98:9
**major** 17:10
**majority** 73:2
**make** 37:11
38:2 39:16
43:14 44:8
47:6 52:10
54:22 58:20
59:10 68:11
70:25 73:14
93:23 97:7
105:22 107:21
124:25
**makes** 14:5
15:7 27:13,16
**making** 43:9,16
105:19 106:19
**manageable**
13:8

**management**
1:6 142:4
143:1 144:1
**manager** 76:22
**managers**
75:18
**manufacture**
8:16
**march** 132:22
132:24 133:13
133:16 140:22
140:24
**mark** 70:15
71:4
**market** 54:6
84:25 85:2,11
89:20,24 90:2
90:7,9,10,12
90:23 91:11,15
92:3,3,4,19
93:13,14,15
94:9,16,18
97:3,3 100:4
107:2,2 120:10
**markets** 85:12
94:13
**marking**
136:23
**marks** 20:11,11
**maryland** 2:4
91:25 92:2
**material** 11:13
11:15 17:2
48:5 49:9,12
49:18 50:13
51:21,22 65:16
65:16,25 66:4
66:6,10 74:20

| | | | |
|---|---|---|---|
| 86:14 110:5,14 | 42:20 44:12 | **million** 10:19 | 123:13 124:11 |
| **materials** | 50:13 56:23 | 10:20,21 14:18 | 124:15,20 |
| 11:19,25 34:9 | 74:19 81:7 | 14:19 18:22,23 | 140:13 142:4 |
| 34:17,19,20 | 84:24 91:16 | 25:12,12 30:17 | 143:1 144:1 |
| 73:7,10 113:9 | 99:11 121:20 | 30:19 33:5,21 | **minus** 102:12 |
| 130:21 136:19 | **melting** 48:8 | 33:22,22 35:19 | **minute** 79:22 |
| **maternity** 31:2 | 133:14 140:25 | 35:21,22,23,23 | 107:25 115:13 |
| **mathematical** | **member** | 35:24,25 36:25 | **minutes** 4:12 |
| 94:22 | 117:17 | 37:3,8,9 42:23 | 129:22 |
| **matter** 59:6 | **members** 17:5 | 43:15 86:9,10 | **misgiving** |
| 64:22 67:24 | **memory** 10:3 | 95:23,24,24 | 88:20 |
| 68:19 92:11 | **mention** 54:24 | 102:12 106:12 | **misquote** 63:15 |
| **matters** 15:7 | **mentioned** | 106:13 120:16 | **missed** 43:11 |
| 43:6 | 31:21 48:23 | 120:21,21,25 | 50:7 136:7 |
| **matthew** | 50:4 51:2 | **millions** 18:23 | **missing** 14:10 |
| 129:14,23 | 54:17 61:15 | 35:15 38:3 | **mistake** 10:16 |
| **maximum** | 62:7 80:13 | 104:18,20 | 27:8 |
| 94:21 | 84:19 85:18 | **mind** 5:20 | **mistaken** 9:10 |
| **mean** 7:21 8:5 | 86:15 87:22 | 41:18 71:5 | 107:18 |
| 10:9 20:8 | 90:15 91:15 | 96:12 107:13 | **moisture** 48:6 |
| 27:12 37:11 | 103:21 105:8 | **mine** 7:14 | 48:9 52:6 |
| 61:6 65:3 90:7 | 106:24 111:5 | 10:14 | 73:24 111:13 |
| 118:24 121:10 | 120:7 126:23 | **mineola** 138:2 | **moment** 17:20 |
| 128:21,21,24 | 134:2 | **mineral** 20:16 | 47:16 54:8 |
| **meaning** 11:5 | **merchandise** | 42:5,11 | 67:20 75:4 |
| **means** 8:6 | 112:10 | **minerals** 1:6 | 84:13 |
| 55:24 121:9 | **merger** 129:19 | 23:19 24:7,9 | **money** 10:6 |
| **meant** 7:22 | **messages** 127:4 | 24:11,24 25:20 | 11:9 18:22 |
| **meet** 7:6,9,16 | **met** 7:13 99:24 | 26:4,23 32:18 | 19:9 20:4 |
| 85:23 86:10 | 99:25 | 41:9 42:12 | 25:21 31:24 |
| 95:13 | **metaphor** | 43:13 45:11,15 | 33:5 34:6 35:9 |
| **meeting** 7:13 | 25:24 | 90:3,13,23 | 35:19,20 37:2 |
| **meetings** 87:9 | **mid** 87:18 | 91:11 92:7 | 38:25,25 52:22 |
| **mega** 92:19 | **midatlantic** | 93:13 95:6 | 55:20 90:15 |
| 94:10 | 142:15 | 96:14 102:19 | 102:15 104:10 |
| **melt** 7:23 11:25 | **middle** 111:15 | 103:7,7,13,17 | 104:24,25 |
| 12:4 14:7 | **milewise** 60:14 | 103:20,24 | 105:3,3 118:16 |
| 28:20 34:4 | | 106:25 122:9 | 118:17 120:6 |

Joseph Cohen                                              October 10, 2024

121:4 131:15
132:3
**months** 17:7
50:10 101:2,3
128:11
**morning** 4:10
4:11
**mosche** 2:17
**moshe** 1:14
4:15 7:6,16
10:14 11:5
12:15 18:12
19:11 21:3
23:21 24:18
28:19 31:21
32:23 33:6
34:3,15 36:25
37:13 41:12
44:21 45:4,16
51:13 52:10
54:12,16,21
67:18 68:20
70:7 85:19
87:24 89:13
93:17 94:9
97:19 98:5
99:6 101:12,25
104:2,4,11,25
107:25 108:3
109:7 112:22
113:24 116:14
124:16,20
125:15 128:11
129:15 130:21
131:17 133:21
**moshe's** 19:24
23:22 26:24,25
41:23 42:7

**mothers** 8:18
**motive** 105:7
**move** 29:6 39:2
49:6,9 59:10
66:14 94:18,20
125:4 136:11
**moved** 54:18
54:19 66:18
99:21 100:11
**moving** 48:14
55:4 74:14,17
89:11
**multiple** 14:16
18:12,12 104:9
113:25 120:7

## n

**n** 2:2 4:2 84:2,2
84:2,4
**name** 4:13
19:22 20:16
24:7,7 26:23
26:25 27:2,2,3
33:2 41:9 42:5
53:20 54:23
58:22 76:19
81:9,13,18
82:7,10 83:13
100:19 107:16
122:9 123:3,3
133:25 138:4,5
**named** 75:20
139:8,12
**names** 19:10
20:8 80:21
81:10,20 82:2
85:11 112:23

**narrow** 44:8
**nature** 114:5
**nautical** 60:14
**near** 65:18
85:13
**nearly** 124:14
**necessarily**
86:20
**necessary** 17:8
144:6
**need** 5:22
14:13 16:2
34:22 52:2
55:24 63:11
89:10 99:19
115:2 130:18
**needed** 17:2
18:6 30:20
50:22 54:9
60:11 70:8
88:2,9,12
136:10
**needs** 11:23
12:2
**negotiating**
37:4,14
**negotiations**
97:19
**nested** 112:3
**net** 14:23 96:4
106:16
**never** 15:5 24:2
31:15 39:15
45:9 57:11
69:21,25 91:5
98:3 107:4
109:8

**new** 1:3,22,24
2:11 23:25
46:13 48:17
51:11,17 60:10
60:11,12,17
65:18 78:6
80:10 85:12,13
91:16,19,19
96:12 103:15
103:16 105:6
106:6 108:24
109:8 112:12
122:13 123:23
124:18 125:16
138:2 139:2,4
139:6
**news** 12:3
**nods** 6:9
**non** 94:19,24
**noncompete**
101:17
**noncritical**
91:14
**normally** 60:13
**north** 85:12
91:19 97:8
**northeast**
43:23,25
**northrock** 1:6
1:6 4:15 7:17
8:2 9:14,19
10:6 13:2 19:3
24:25 27:21
33:17 35:13
36:11,13 39:4
39:10 40:5
46:19 47:7
50:19 53:12

57:10,13,14
58:13 59:5
65:10,15 67:11
68:6 69:12,22
72:6 82:2 85:8
85:19 89:12
97:2,14 100:16
105:16 107:21
109:14 114:12
116:14 118:9
118:14 119:5
121:7 124:14
124:20 125:19
129:17 130:2
132:6,8,12
134:19 135:15
135:20 142:4,4
143:1,1 144:1
144:1

**northrock's**
8:15 16:20
93:3 101:5
118:18

**notary** 1:23 4:3
138:25 139:6
144:13,19

**note** 9:6 33:12
33:14 104:14
142:10

**noted** 137:14
144:7

**notice** 1:22
9:23 53:15
69:21 70:2
114:23,25
122:17 140:9

**notified** 70:2

**november** 1:15
9:18 15:23
43:22 50:8
87:7,18,18
108:9 134:13

**number** 21:21
30:21 32:6
71:4 77:11
85:3 88:13,13
88:15,17 90:10
94:2,7 105:11
105:12 112:5
112:16,17
126:17 127:16
127:18 128:5,9
130:19,22

**numbers** 13:4
17:25 18:3,7
18:11 61:17,18
85:3 87:25
92:18 119:21

**numerous**
69:18

**ny** 2:11

---

**o**

**o** 4:2,2 84:2,2,2
84:4,4

**o'clock** 83:20

**oath** 3:13 27:20
29:12 46:18
47:2 64:5
84:10

**object** 6:14 8:3
21:7 38:11
41:5,6 79:8,9
81:23 117:13
126:2

**objected** 106:5

**objecting** 40:17
40:22

**objection** 19:5
23:16 26:11,19
27:23 29:18
35:16 36:5
38:6 39:6 40:7
40:11 44:18
45:17 46:3,9
53:5 56:21
57:16,21 58:9
61:4 65:12
67:13 69:3,14
70:4 72:16
73:16 76:9
78:8,20 79:2
79:11 81:23
82:11,14 94:5
102:24 103:19
104:6,21
105:20 106:9
111:3,21
113:14 116:21
117:7,21,23
118:10,20
119:13 121:15
121:23 124:12
125:7 126:13
128:22 132:15
132:19 135:5
135:16 136:5

**objectionable**
122:4

**objections** 3:7

**objects** 6:17

**obligation**
58:15 79:23,25

**83:3,5 86:11**
86:22

**observant**
99:16

**obstruct** 23:10

**obtained** 22:9

**obviously**
71:17

**occasions**
99:25

**occur** 18:16

**occurred** 70:3

**october** 13:19
13:21 15:6,22
34:23 50:5
51:2,13 52:9
56:7 75:2 87:6
87:6 107:17,19
107:24 108:9
142:3

**offer** 90:19
95:14 99:22

**offered** 95:17
95:17 100:12

**offhand** 73:22

**office** 19:24
20:10 24:13
41:23 99:15

**officer** 3:12
76:5 117:11,16

**okay** 6:6,11,23
17:17 18:25
40:2 62:15
63:12,13,20
64:3 83:14
114:19 119:20
122:4 126:16
137:3

**old** 110:13
138:2
**once** 15:23
23:18 25:8
26:22 109:2
122:8
**ones** 72:21
94:17
**online** 41:10
107:3 122:10
**open** 14:22
51:10
**opened** 112:13
**operate** 76:18
78:10
**operating** 76:5
78:12 117:16
**operation**
76:25
**operational**
100:15
**operations**
78:6
**operator** 53:9
53:13 55:23
66:20 122:15
**opportunistic**
53:24
**opportunity**
11:7 15:17
49:19 75:12
81:22
**opposed** 79:10
**option** 15:17
**order** 17:3
44:23 68:3
88:19

**ordering** 4:5,7
**orders** 18:8
87:23 88:2,12
90:13 126:23
126:24 127:24
**outcome**
139:21
**outstanding**
79:25
**overnight** 89:6
**owe** 10:6 36:3,4
104:14 131:15
**owed** 52:22
104:18 132:3
**owes** 35:14
104:19 118:16
**own** 21:14
77:23 93:15
99:18 112:24
126:25
**owned** 24:2
76:13 109:8
**owner** 54:4
93:15 125:6
**owns** 77:17,25

**p**

**p** 2:2,2 4:2 84:4
**p.m.** 83:21 84:3
137:14
**packaging** 17:2
133:25,25
**page** 12:22
71:6,12,13
74:14 75:5
85:25 114:24
115:7 138:6
140:3 141:3

143:4,7,10,13
143:16,19
**paid** 10:16,21
11:9 14:18
18:22 19:8
20:4 33:21
35:9 43:15,15
51:14 52:10,24
53:2,21 54:15
86:9 90:14
96:4 102:12,15
104:23,24
120:21 121:3
132:8
**pain** 92:7
**pallet** 57:4
111:15,15
112:3
**pallets** 49:14
111:7 112:6
**panicking** 12:3
**paper** 102:22
**paragraph**
63:16 64:6
**pardon** 15:12
**parked** 54:16
54:20
**parking** 86:23
**part** 11:11,13
11:18 12:24,25
14:19 17:11
22:6 25:16
41:15 42:25
47:19 49:3
52:14 87:17,18
95:2 96:19
106:21 108:16
112:5 125:11

128:13 130:14
136:7
**particular**
17:24 62:5
**parties** 3:4
**partner** 131:5
**partners** 93:16
**party** 1:12,14
2:3,9 10:9
69:19 80:2
101:16
**party's** 80:6
**patent** 20:9
**pattern** 42:2
**paul** 75:24 76:3
76:4 117:10,15
117:16
**pause** 42:22
**pausing** 122:23
**pay** 51:10,17
52:8,11,12
53:8,25 54:15
95:25 97:25
100:13 112:25
119:6 120:21
120:24,25
121:3 132:14
**paying** 55:6
61:25 62:5
105:18 118:8
119:9
**payment** 9:20
109:18,20,21
**payments**
37:12 43:9,13
43:16 105:19
105:22 106:11
106:12,19

107:21,23

pc  2:9

peace  25:11,14
  120:9

pellets  13:11
  19:12,21 64:25
  65:4 66:2
  72:20 85:10
  96:7

pending  83:2

pennies  53:25

penny  28:20

people  32:11
  48:22 126:22

people's  34:16

percentage
  61:2,3 64:25
  68:24

perform  120:3

performance
  119:11

period  33:24
  43:10 59:6
  61:24 105:15
  118:2 132:7
  139:19

permission
  16:10 52:17
  134:4

perpetrated
  108:17

perpetually
  105:16

perpetuity
  102:5

persevered
  31:3

person  30:25
  100:2,20
  103:11,11
  115:18 116:3
  125:5,6,10

person's  30:9

personal  23:13
  28:10,12,13
  101:24

personally  7:22
  23:11 114:10

perspective
  38:19 93:21
  99:17

pertaining
  68:18 82:2
  84:20 116:13
  133:10

peter  2:16

phone  13:3
  17:25 18:2
  24:22 32:12
  55:23 105:11
  113:24 126:22
  130:19

photographs
  73:6 113:8

phrased  118:25

physical  11:8

physically
  66:14

pick  6:9 53:16
  91:13

picked  124:2
  134:5

pictures  73:9

piece  33:9,25
  34:7 102:21

113:2

pieces  107:4

pinpoint
  107:11 109:13

place  98:8
  126:23,24
  139:12

plaintiff  1:7,12
  1:22 2:3,10
  5:15,16

plaintiffs  1:10
  35:14

plan  22:25

plant  66:19,20
  74:19,19

please  6:19
  26:21 28:15
  30:4,14 47:13
  63:18 75:9
  82:12 104:20
  110:3 115:21
  115:24 129:15
  129:17 132:23

plenty  92:5

plus  61:14
  102:12

point  8:25
  17:13 23:15,18
  25:6,9 27:12
  32:5 40:18
  42:6 50:9
  51:16 52:18,23
  55:6 56:6
  59:16 68:2
  79:14 92:7
  96:11 97:14
  98:11 99:24
  102:11,21

107:20 112:13
  120:19 129:2
  130:4,20

pointed  23:21

pointing  41:22
  102:7 103:10
  108:14 109:4
  122:13

points  125:17

poor  58:24
  105:17 128:2

populated
  91:18

port  43:21
  51:12 52:15,16
  52:20 53:9,9
  53:13,16 54:12
  54:18 56:5
  95:25 133:11
  133:22

portion  36:10
  72:25 83:11
  85:5 98:25
  106:8

position  14:13
  15:9,16,25
  39:21 45:12
  99:23 125:4

possess  22:19

possession  39:9
  51:10 136:4

possible  37:23
  116:18

post  18:9 68:21
  70:7 136:14

potentially
  74:13

Joseph Cohen                                          October 10, 2024

| | | | |
|---|---|---|---|
| **pound** 66:13 | **pricing** 95:14 | 133:24 | 109:25 110:5 |
| 72:19 74:2 | 97:21 | **produce** 58:22 | 110:13,23 |
| **pounds** 48:4 | **pride** 54:5 | 116:25 | 111:2,6,6,10 |
| 49:9 | **primarily** 48:2 | **produced** | 111:11 113:22 |
| **power** 8:18 | 110:15 | 39:19 58:25 | 114:13 117:6 |
| 43:3 76:17 | **principal** 29:24 | **producer** 51:21 | 119:8,22 |
| 78:11 | **principals** | **product** 5:5 8:2 | 120:12,13 |
| **practice** 4:24 | 125:14 | 11:23 12:9,20 | 123:2 124:3 |
| **prebagged** | **printed** 82:7 | 13:14,18,19 | 126:19 127:25 |
| 47:23 | 126:21 | 15:5 16:13 | 128:2 132:13 |
| **preferred** | **prior** 15:10 | 19:12,13,13,15 | 133:11,14,22 |
| 37:22 | 75:11 91:8 | 21:23 24:17,21 | 134:3,7,22 |
| **premise** 97:9 | 105:25 122:20 | 24:24 27:11,14 | 140:25 |
| **prepaid** 14:12 | 139:8 | 27:16 32:14,16 | **production** |
| **prepare** 116:7 | **privilege** 21:19 | 32:25 38:24 | 17:6 |
| **prepared** 27:20 | **privileged** | 43:20 46:19 | **products** 14:4 |
| **prerogative** | 21:16 39:14 | 47:7,13,15,23 | 14:11,25 16:3 |
| 105:4 | 46:6,12 | 48:4 49:7 | 47:16 53:22 |
| **present** 2:15 | **pro** 11:22,22 | 50:18,22,23 | 54:10 65:8 |
| **presented** | 15:14 86:16,17 | 51:4 52:2,12 | 67:7 69:13 |
| 99:12 | 87:2 | 52:12,13,19 | 81:17 113:13 |
| **preserving** 8:6 | **probably** 83:15 | 53:3,16,17,18 | 134:19 |
| **pressure** 11:15 | **problem** 12:18 | 53:22,24 54:7 | **proffered** |
| 58:20 | 13:17 39:2 | 54:14,17 55:10 | 96:24 |
| **presume** 6:13 | 45:6 50:12 | 55:18 56:6,19 | **profit** 59:10 |
| **presumed** 6:20 | 51:7 58:8 | 56:25 57:15 | **profited** 102:18 |
| **pretty** 10:17 | 59:13,14 68:16 | 58:5,8,12,14 | **program** 86:12 |
| 99:13 121:11 | 95:25 96:2 | 58:17,19 59:5 | **progressing** |
| 131:21 | 112:16 | 60:11,13 61:16 | 32:15 |
| **previous** 34:5 | **problematic** | 62:2,3,5 64:10 | **project** 11:25 |
| 93:22 | 49:16 | 65:11 66:16,17 | **promissory** 9:6 |
| **previously** | **problems** | 66:18 67:12,17 | 33:12 104:14 |
| 46:18 64:4 | 84:14 | 68:8 69:6 72:5 | **promptly** 59:8 |
| 84:5 | **proceed** 15:5 | 73:15 85:11 | 86:14 106:15 |
| **price** 33:10 | **proceedings** | 86:25 88:23 | **properly** 16:9 |
| 36:10 77:10 | 139:15 | 89:9 93:12 | **property** 13:2 |
| 90:21 95:17,18 | **process** 43:7 | 94:19 96:8,12 | 13:3 27:2 |
| 96:14 97:25 | 95:13 111:24 | 96:15 105:17 | 34:14,25 |

Joseph Cohen                                                    October 10, 2024

103:22

**prosumer**
11:20

**protect** 21:25

**protected**
25:11

**protecting** 55:3

**provide** 21:13
46:19 47:8

**provided** 21:10
21:12,22 22:14
22:23 39:9
68:25 82:3
139:18

**provider** 95:21

**public** 1:23 4:3
138:25 139:6
144:19

**published**
42:19

**pull** 42:15

**pulled** 89:20
108:15 136:15

**pumped** 37:5,7

**purchase** 8:25
9:6 33:9 36:10
48:15 60:8
71:7,9,23
80:19 88:2
95:2 97:12
101:11 112:19
124:3 126:19
130:6,12 140:7

**purchased**
47:17 77:18
80:3

**purchaser**
75:10,11 76:21

**purchasing**
80:22 96:20,22

**purpose** 7:13
21:17 133:9,20

**purposely** 58:4

**pursuant** 1:22
105:23 118:15

**push** 129:4

**pushed** 31:4

**pushing** 37:4

**put** 11:24
18:20 20:10
22:25 28:15
31:9 32:5
48:20 54:6,6
81:2 82:4
100:10 111:25
116:12 120:5
127:16,22

**putting** 68:2
107:3

**q**

**quality** 46:20
47:9,14 53:24
58:18 66:10
68:7 69:8
93:11

**quantify** 64:16
64:17 127:16

**quantity**
126:11

**question** 3:8
6:3,4,16,19,20
6:21 7:22 8:4,8
17:11 19:6
21:9 22:17
23:5 26:20

27:24 29:19
30:7,13 31:15
35:8,11,17
38:7,10 39:7
39:11,22,23,25
40:8,17,19,23
41:6,7 42:17
44:19 46:4,10
47:5,11 49:3
53:6 57:17,22
58:10 61:5
62:20 64:20
65:13 67:14
68:12 69:4,15
71:18 73:17
76:10,20 78:9
78:21 79:5,10
81:22 82:12,21
83:2,4,7,9 94:6
98:17,18,19,22
98:23 102:25
103:19 104:7
104:22 105:21
105:25 106:4,7
106:10 111:4
111:17,22
113:15 114:6
116:2,22 117:8
117:14 118:11
118:12,21
119:2,14
121:16,24
122:2,5,20,21
124:13 125:8,9
126:14 127:12
128:23 132:16
132:20 133:2
135:6,17 136:6

**questioning**
28:10

**questions** 6:24
7:3 29:6 61:23
115:11 116:4
137:11

**quick** 46:14
51:10

**quickly** 13:13
58:3

**quote** 41:15
49:15 62:14

**quoting** 46:23

**r**

**r** 2:2 84:2
139:1 143:3,3

**ran** 41:8

**random** 92:5

**rarely** 56:24

**rather** 68:23

**raw** 51:22
110:5

**reach** 10:23,23
12:7 126:25

**reached** 126:18
133:21

**read** 47:4
63:14,17,18,20
71:17 72:11
75:8 82:23
83:4,9,11
98:24,25 106:7
106:8 115:13
132:25 137:13
142:9 144:5

**ready** 135:8

**real**  11:6 27:3
  31:22 95:5
**realize**  136:17
**realized**  20:13
  34:2 89:19
  122:9
**realizing**  74:20
**really**  26:15
  44:5 88:25
  89:16 90:8
  119:2
**realtime**
  116:17
**reason**  12:16
  31:15 57:19
  138:6 142:11
  143:6,9,12,15
  143:18,21
**reasonable**
  60:25 69:11
**reasons**  17:16
  21:21 48:7
  53:19
**recall**  12:22
  24:10 56:13,14
  56:17 59:18
  60:20 61:10
  66:24 67:4,19
  69:17,23 73:4
  73:13,22 74:25
  76:2 82:10
  85:25 90:10,13
  91:23 92:17
  94:4,7,8
  100:12,24
  101:18,19
  109:22 113:18
  113:19,23

  118:2 123:19
  131:24,25
  132:4 135:13
  135:18,19,22
  137:5,6,9
**receipt**  116:11
  142:17
**receive**  53:2
  55:9 78:24
**received**  9:22
  36:25 64:13
  82:6 108:19
  131:12
**receiving**  51:6
**recently**  20:9
**recess**  46:15
  83:21 126:5
  135:11
**recipient**
  106:25
**recollection**
  63:22 79:21
  91:6 117:15
  133:8
**record**  4:13 8:7
  39:17 65:7
  79:8 83:5,11
  84:10 91:13
  98:25 106:8
  125:17
**records**  41:11
**recover**  107:7
**red**  26:4
**reduced**  139:13
**refamiliarize**
  115:14
**reference**  81:16

**referenced**
  142:6
**references**
  81:11 82:5
**referred**  45:4
**referring**  62:14
  63:25 65:17
  70:12,20
**refers**  81:12
**refrain**  39:12
**refresh**  10:3
  63:21 79:20
**regarding**  67:7
  67:11 68:7
  114:12 116:4
**regenerate**
  105:5
**region**  85:2
**registered**  42:9
  103:8,11,11
  122:12 124:17
  124:21 125:16
**reimbursing**
  135:19
**relate**  117:5
**relating**  113:21
**relationship**
  45:8 89:4
  96:21 101:6,14
  101:20
**release**  53:3
**releases**  52:16
**relevant**  68:18
**relied**  66:15
  125:13,14
**religion**  99:15
**rely**  21:18

**remain**  64:7
**remaining**
  89:22
**remarks**  99:14
**remember**  10:2
  20:21 75:19
  82:24 90:16
  107:8 108:13
  126:9 131:16
  135:24
**remind**  62:19
  98:15,16
**remote**  1:21
**remove**  54:23
  133:24
**rent**  55:7
**repeat**  64:19
  118:13
**repetitive**
  59:18
**rephrased**  83:6
**report**  20:17
  24:12 28:23
  90:5 103:5
  122:10
**reporter**  1:23
  5:21 6:8 47:4
  83:10 139:5,19
**reports**  113:11
**represent**  4:15
  127:9
**representative**
  28:16 69:25
  116:10
**represented**
  6:12 66:9
  93:14

**represents**
  75:10
**reputation**
  25:21 31:10
  32:8,10 33:4
  42:24 43:5
**request** 16:10
**requested**
  59:19 83:11
  98:25 106:8
  139:17,17
**required** 44:25
  136:19 144:13
**requires** 14:2
**reroute** 59:19
**reserved** 3:8
**resident** 125:4
**resolution**
  131:23
**resolved**
  131:17,22
**respawn** 105:5
**respect** 21:2
**respective** 3:4
**responded**
  95:18
**response** 6:22
  79:18
**responsibility**
  14:15 58:17
  59:3
**rest** 29:7
**restroom** 82:20
**result** 50:19
  73:24 89:3
  113:12
**resumed** 84:5

**retail** 11:8 14:6
**retailer** 134:3
**retailers** 54:2
**retained** 23:20
**return** 142:13
  142:16
**returns** 89:10
**reverse** 45:9
**review** 49:20
  95:13 116:25
  139:16 142:7
**reviewed** 49:13
  115:9
**reviewing**
  63:19 115:16
  115:22,25
  133:6,17 137:2
**ridiculous**
  88:17
**right** 9:2,7,14
  9:20,23 10:18
  13:6 14:6 16:5
  25:8,25 26:5
  33:13 36:3,4
  36:11,14 41:5
  43:9,22 46:8
  53:4 55:3 56:6
  58:13 63:7
  68:9 69:2,8
  72:6,8 73:25
  75:14,21 79:16
  80:3,4,15,22
  82:15 84:15
  85:13 91:24
  94:3 98:10
  101:2,7,10,17
  105:18 107:22
  109:11 116:20

  116:25 128:19
  129:22,23
  130:11,17
  134:20
**rightfully**
  88:25
**rights** 30:2
**riley** 75:24
  76:3 117:11
  137:7
**ring** 8:23
**ripped** 34:14
  61:14
**risk** 58:8
**road** 120:15
  138:2
**robust** 92:3
**rock** 48:10,12
  48:12
**rocks** 74:23
**rocky** 32:21
**roles** 111:24
**roll** 112:2
**roth** 123:20
**route** 91:18
**routed** 16:9
**rows** 111:6
**ruin** 66:21
**ruined** 15:14
**rule** 114:23,25
  140:9
**rules** 6:14
**run** 18:13 31:3
  125:19
**running** 97:2
  102:4
**runs** 97:20

**ruse** 106:21
**rush** 56:8
**rushing** 82:19

**s**

**s** 2:2 4:2 84:2,2
  84:2,4 138:6
  140:2 141:2
  143:3
**sabotage** 35:13
  36:18 38:4
  104:19
**sacks** 48:3,4
  65:4 66:7,14
  72:14,18 74:18
  74:21 136:8
**safety** 42:18
  103:8,23
**saga** 105:13
**sake** 82:19
**salable** 12:10
  56:2 59:5
  61:14 65:2,6
**sale** 30:3,8
  59:10 66:5,11
  77:12,15 79:16
  121:14 133:13
  140:25
**sales** 44:9
  90:11 97:22
  98:8,10 100:3
  100:3 103:6
**salesman** 98:7
  98:13
**salespeople**
  99:18
**salesperson**
  99:20

salt  7:15,18,23
  47:20 53:10,12
  54:9 86:22
sampling  56:11
satisfied  75:12
saved  116:18
saw  19:15,20
  19:20 20:9,15
  26:4 108:11
  123:2,2 125:15
saying  20:10
  24:23 33:19
  39:8 49:2
  50:12 57:13
  73:23 105:16
  108:19 110:17
  111:14 132:3
says  71:5,25
  129:13,15
schalk  2:16
schedule  80:18
  81:11
screen  62:23
  70:15 124:18
  124:24 136:24
screens  74:15
screwed  15:12
scroll  80:24
  115:21 129:12
  133:4
sealing  3:5
search  24:4
  26:23,25 27:3
  42:10,10
  108:12 124:15
searched  67:5
searches  23:21
  23:24 41:9,22

107:3 109:3,3
  122:11
season  32:16
  34:4 76:17
  78:11 86:5
  87:2,3,15
  89:12,15,17,18
  89:24 91:8,8
  91:10,14 92:10
  92:10,21,23
  93:22,24,25
  94:21 95:3,21
  105:5 134:17
seasonal  81:3
  81:16
seat  15:11
secaucus  91:17
second  8:13
  21:8,15 48:19
  71:15 88:16
  128:9
secretly  29:25
  30:11
section  75:5
  81:2,7 86:2
see  12:3 13:7
  14:6 24:11,12
  24:17 26:23,25
  27:2,2 32:25
  42:16 44:7
  45:3 56:12,24
  62:25 63:3,3,4
  63:5,6 71:10
  71:11,11,16,17
  71:19,20,20,24
  71:25 72:12
  79:12 81:10
  90:25 100:6

114:24 115:2,3
  115:8,17
  123:15,16
  124:24 129:10
  129:11,12,15
  129:19,23
  135:10
seeing  19:18
  24:6,19 42:3
  90:17 109:4,6
  127:12
seems  42:8
seen  111:19,19
  115:4,12
  123:18 131:9
  133:2,7,18
  137:4
sell  24:20 25:14
  33:18 54:24
  56:23 58:16,17
  59:9 120:10
  132:13 133:21
  134:19,22,22
sellable  50:22
seller  10:11
  33:10 37:15,17
  37:23 38:2
  75:11
sellerwise  43:5
selling  11:14
  24:21 55:17
  85:9 87:15
  105:17 121:20
send  49:4 51:3
  70:6 89:10
sends  90:4
sense  14:5
  25:19 122:14

sent  28:24
  30:17,18 33:6
  34:16 35:20,21
  37:3 53:15
  56:9 58:5
  59:12 69:18,22
  69:25 95:23
  142:14
sentence  75:8
separate  22:13
  45:15
september  45:2
  85:24 88:4,6,8
  88:16 128:9
  129:8,9,14
  130:23 135:14
  140:15
serious  87:9
seriously  67:25
  67:25
service  11:19
set  14:4,4,10
  16:3,13 18:19
  18:24 31:25
  43:4 107:5
  108:15
several  10:21
  37:18 47:25
  48:15 50:10
  51:2 99:25
  107:23
severe  13:9,9
  18:24 53:18
severely  25:4
  25:22 32:8,9
shakes  6:9
shame  34:10

shape  65:22
share  62:23
   70:14 95:12
   96:16 114:20
sharing  123:15
   123:16 136:23
sheet  42:18
   103:8,24 138:1
   142:11
shelves  14:5
   32:25
ship  14:3,11,13
   14:14 16:2
   43:19 55:25,25
   89:7,7
shipment  51:6
   59:19
shipped  50:6
   50:24 56:3
   134:16
shipping  19:9
   38:23 50:6
   95:16
shocked  25:4
shocking  41:24
shook  11:9
short  17:3
   33:24 87:14
   95:22 96:5
shorter  60:15
shorthand  1:23
   139:5,12
shovel  11:24
shovels  8:18
   11:15 95:19
show  8:20
   29:16 71:15
   97:21 105:13

124:22 131:3
showed  124:18
   130:5,23
showing  75:5
   80:18 121:6
   123:11
shows  23:2
   39:4 40:5,13
   90:5 103:6
   107:12
side  15:3 22:23
   31:22 39:10
   41:18 45:10
   129:19
sides  10:10
   43:2
sidewalk  11:24
sidewalks
   86:22
sign  106:13
   129:18 137:13
   142:12
signature  63:7
   139:23
signed  3:11,14
   8:25 9:5,9,13
   12:13 75:14
   85:20 97:12
   98:12 99:4
   118:15 128:7
   130:6 132:11
   142:19
significance
   92:14
significant
   15:16
signing  10:19
   14:18 30:16

33:22 35:23
   37:9 43:15
similar  20:11
similarly  16:25
simple  15:9
   17:20 30:20
   62:16,18
sir  132:5
   137:10
sit  23:12 25:19
   27:19 45:21
   67:9 102:17
site  54:19
   122:25
sitting  35:5
   52:13 53:21
   55:7 110:13,18
   112:2
skip  82:13
slap  20:7 32:24
small  41:18
   72:11 122:15
smell  24:14
   25:25 26:3,10
snow  1:9,11
   7:22,24,25
   8:11,14,15,16
   8:17,18,22
   9:12,19 10:23
   11:14 15:13,16
   19:2,4 21:4,5
   22:18,20,24
   23:3,12,14
   24:10 26:18
   27:22 28:15,16
   28:19,21,23
   29:17,25 34:5
   36:14 38:3,4,4

38:25 39:5
   40:6 45:23
   46:19 47:8
   48:22 49:3
   50:15 51:11
   52:23 53:8
   56:20 58:7,21
   59:2,19 60:19
   61:18 65:7
   66:8,25 67:5
   67:11,21 68:6
   69:11,25,25
   72:5 73:9,12
   74:10 75:16
   76:4,6,18,19
   76:21 78:7,13
   78:25 79:15,23
   80:10 84:15
   89:3 91:7 92:2
   92:8,14,20
   94:14 100:7,22
   101:5 104:11
   104:24 106:11
   107:16,20
   110:24 115:19
   116:4,10,14
   117:11,12
   118:7,16 119:7
   121:7 127:22
   129:14,16
   131:6,7 132:7
   135:2,15 136:3
   136:18
snowy  44:5
snuff  119:8
sodium  54:9,19
   111:9

| | | | |
|---|---|---|---|
| **sold** 8:2 19:16 | **speaks** 44:24 | **stands** 38:2 | 128:25 |
| 28:20 66:2 | 81:8 134:23 | **start** 6:5 13:7 | **states** 1:2 119:7 |
| 72:4,5 79:15 | **specific** 62:12 | 16:12 19:7,18 | **status** 17:5 |
| 90:12 96:8 | 79:17 81:2 | 24:17 32:21 | 53:23 |
| **sole** 90:8 | **specifically** | 42:15,16 50:6 | **stipulated** 3:2 |
| **solution** 114:4 | 21:2 57:23 | 55:15,16 64:21 | 3:6,10 |
| **solutions** 138:1 | **specifics** 5:19 | 89:8 90:24 | **stipulates** |
| 142:23 | **speculation** | 93:8 136:11,16 | 12:23 |
| **somebody** | 26:17 | **started** 6:25 | **stock** 14:5 |
| 35:14 73:21 | **spent** 25:10 | 7:4 12:7 24:6 | 100:10 |
| 104:18 115:20 | 31:23 | 25:25 26:3,22 | **stones** 42:8 |
| **someone's** | **split** 21:2 | 26:24 27:5 | **stop** 23:9 48:19 |
| 30:16 | **spoke** 81:3 | 32:15 35:7 | 54:3 |
| **something's** | **sports** 86:24 | 41:10 50:7,11 | **stopped** 43:7 |
| 108:4 | **spot** 18:20 | 50:16 55:17 | 84:15 |
| **somewhat** 8:10 | **spotswood** | 56:7 59:12 | **store** 14:6 |
| **sooner** 43:7 | 23:25 34:11 | 62:13 74:17,20 | 16:10 19:19 |
| **soot** 61:15 | 48:16 49:14 | 85:7 87:19 | 85:3,3 90:16 |
| 110:12 111:17 | 51:22 109:25 | 89:11 98:18 | 90:25 91:21 |
| 112:11 | 110:4,18 111:9 | 107:3,3 109:3 | 92:12,12,16,17 |
| **sorry** 15:19 | 112:12 123:23 | 122:10,11 | 94:18,18,20 |
| 38:14 63:13 | 124:18,22 | 123:4 | **stores** 19:15 |
| 74:16 101:11 | 125:16 135:24 | **starting** 24:14 | 32:17 33:3 |
| 124:8 | **spring** 7:7 8:20 | 51:3 127:23 | 34:8 51:4 85:4 |
| **sort** 24:15 | 44:6,7 | 129:4 | 85:6,14 86:6 |
| 42:11 44:3 | **ss** 139:3 | **starts** 12:18 | 89:8 90:7 91:7 |
| 89:15 | **stacked** 49:6 | 32:17 | 91:14 92:9,15 |
| **sound** 75:21 | 57:4 | **state** 1:24 | 92:18,19,25 |
| **sounds** 33:17 | **stadium** 86:24 | 41:10,22 42:10 | 94:2,3,8,11,15 |
| **source** 26:9 | **staff** 99:14 | 53:23 108:11 | 95:4,4,7 96:6 |
| 58:22 86:25 | **stakeholders** | 119:7 139:2,6 | 97:5 107:14 |
| **southern** 1:3 | 125:13 | **stated** 4:12 | 130:18 |
| **sp** 80:15 82:7 | **stand** 29:22 | 36:24 38:18 | **stories** 30:24 |
| **space** 55:7 91:2 | 58:18 | 41:8 106:12 | **straight** 13:15 |
| 92:6 93:18 | **standard** 46:21 | 122:8 | **straightaway** |
| **speak** 38:15 | **standards** 47:9 | **statement** | 96:3 |
| 74:3,4 78:18 | 47:14 69:8 | 29:23 39:16 | **strange** 99:12 |
| 97:7 116:8 | | 47:7 108:22 | |

**strategy** 106:21
**street** 2:10
**structure** 11:11
  51:17 52:8
**structured**
  48:14 51:8
**struggling**
  37:25
**stuck** 24:7
**stuff** 24:25
  87:18 110:12
  111:18 124:4
**submitted** 64:2
**subscribed**
  137:19 138:23
  144:14
**subsequent**
  18:18 35:25
  90:20 95:3
**subsequently**
  89:19 91:11
**substandard**
  60:19 68:25
  109:25 113:9
**substantial**
  31:8 104:24,25
  105:2 126:21
**substantive**
  121:11
**success** 43:4
**successful** 38:3
  45:3 120:3,5,7
**sued** 10:7
**sufficient** 29:16
**suggest** 57:9
**suggested** 7:15
  57:11

**suggestion**
  125:20
**suite** 2:4
**summarize**
  93:23
**summer** 7:7,7
  8:21
**sun** 8:20
**sunlight** 110:21
**super** 48:3 65:4
  72:13,18
**supplied** 91:12
**supplier** 13:11
  15:18 27:13,16
  51:20 98:2
**suppliers** 14:21
**supply** 86:11
**supplying** 8:12
  84:24
**support** 19:2
  21:4 104:3,4
  124:10
**supposed** 11:10
  24:20 43:18,19
  51:9 58:2
  106:14,16
**sure** 10:9 54:22
  68:11 70:25
  73:15 82:18
  93:23 110:10
  114:9 116:15
  118:14,25
  124:25 125:10
  136:2
**surrounding**
  98:7
**suspect** 108:21

**suspicion**
  108:25
**switch** 18:6
**sworn** 3:12,14
  4:3 84:5
  137:19 138:23
  139:9 144:14

**t**

**t** 84:2 139:1,1
  140:2 141:2
  143:3,3
**tactic** 129:3
**take** 15:15
  16:11,11 27:6
  30:22 32:12
  38:24,25 46:14
  51:9 52:12,18
  53:15 54:5,22
  54:22 59:2
  62:12 65:20
  67:24 73:6,9
  82:13,16 83:7
  83:14,15 87:10
  94:17 126:3
  129:6 132:23
  134:21 136:25
**taken** 1:22
  46:15 67:25
  83:21 126:5
  135:11 139:11
**talk** 5:23 17:17
  30:9,9 35:2
  41:25 46:17
  54:25 61:23
  84:12 105:13
  122:23

**talked** 101:23
  109:23 118:4
  126:7
**talking** 30:11
  30:15 57:24
  71:2 72:14,22
  85:21 103:14
  108:6 128:10
  136:9
**talks** 86:3
**tarnished**
  42:24
**tarped** 136:19
  136:19
**tarping** 137:8
**team** 17:5 20:3
  55:2 108:13
  112:14
**teams** 87:9
**technical** 79:18
**telephone**
  68:22
**telephonic**
  68:20
**tell** 6:19 15:24
  30:2,4 32:3
  40:19 44:10,12
  46:22 47:2
  72:3 84:17
  88:21 110:3
**telling** 29:4
  40:25 41:2
**temperature**
  52:2,5
**temperatures**
  52:4
**ten** 38:24
  129:22

Joseph Cohen                                          October 10, 2024

tenant 4:22
  5:10,12
term 26:7
  118:6
terms 14:22
  34:23 39:23
  40:13 48:14
  51:11 95:15
  96:4 106:16
terrible 24:14
territory 44:4
testified 4:4
  84:6 127:8
testify 27:20
  29:12 39:19
  46:8 139:9
testifying 5:6
testimony 5:2
  142:9,17 144:8
teterboro
  91:17
text 127:4
thank 8:24
  17:19 62:22
  127:14 136:2
  137:10,12
thanks 53:7
  60:4
theirs 27:4
theme 8:22
theory 33:17
  36:16,18,23
  135:2,4
thing 6:7 21:8
  27:6,6 28:8,24
  33:20 39:16
  55:3 63:18
  72:13 87:13

90:17 132:25
things 11:16
  17:20,22 21:6
  30:20 31:6,13
  70:8 99:17
  100:9 108:6
  110:6 114:4
  119:16,25
think 10:6,18
  10:21 11:21
  17:3 20:9
  27:13 29:8,11
  35:9 45:22
  57:3 58:6 63:2
  80:14 81:6
  91:23 93:3
  104:10,13
  109:17 114:7
  114:17 123:10
  128:8 134:5
  135:3
thinks 19:25
third 1:12,14
  2:3,9 5:2 80:2
  80:6
thoroughly
  56:9
thought 9:9
  24:24 31:15
  33:24 38:11
  55:2 56:25
  57:4 79:5 96:6
  98:21 109:10
  112:21 122:22
thousand 94:21
thousands
  111:25

three 4:20 5:17
  87:13
throwers 8:17
thursday
  129:13,21
time 3:9 5:18
  5:19 7:19 12:9
  22:17 27:12
  28:25 32:4,14
  33:8,24 37:21
  41:3,5 43:10
  49:11 56:19
  61:25 64:22
  66:5 75:22
  76:12 89:2
  100:8,24
  105:15 108:4
  117:11 119:23
  122:15 124:24
  128:15 132:7
  134:25 136:14
  137:14 139:12
  142:18
timeframe
  142:8
timeline 34:24
timely 18:4,11
times 4:19 6:14
  12:20 13:14
  14:16 18:12
  104:9 113:25
  120:7 121:25
  125:25
tired 126:4
title 117:16
today 4:14 6:15
  23:12 25:19
  43:8 45:21

61:23 63:25
  64:4,7,16 67:9
  73:5 78:12
  86:16 87:22
  102:3,17
  105:11 110:11
  119:17 123:7
today's 116:8
together 20:5
  42:15 53:14
  107:4 114:3
told 11:3 12:9
  13:12,13 16:4
  16:22,23,25
  23:24 25:15
  27:4 28:3
  30:10,24 31:4
  31:20 43:21
  44:20 45:25
  46:5,7,11,11
  54:11,16,20
  59:7 64:12
  66:15 74:12
  109:8 110:7
  112:23 125:14
tone 62:13
took 25:9 26:23
  27:8 33:12
  38:19 82:3
  88:17 94:2
  97:19 107:25
  136:4
top 41:24 49:8
  57:2,4 63:6
  74:13 80:24
  81:14 87:20
  111:18 112:10
  115:23 120:14

topics   115:8,9
  115:19 116:5
total   25:19
totality   27:8
totally   89:22
toward   57:6
towards   81:4
trade   18:8
trademark
  20:10
trafficked
  85:14
train   98:21
transact   18:8
transaction
  10:13 13:5,21
  14:17 15:10
  19:8 36:2
  44:22 45:3
  48:24 53:11
  59:4 84:20
  85:17 87:4
  97:10 106:14
  113:3 120:5,6
  124:16 128:10
  130:10 136:14
transcript   4:6
  4:8 139:14,17
  142:6,19 144:5
  144:8
transfer   24:10
  103:21 130:3
transferred
  30:21,24 128:6
transferring
  17:22 126:8
transfers   24:8

transition
  135:14,21
transmit   87:23
  127:24
transmitted
  80:14
travelled   97:4
treasure   34:5
  120:8
treasurer
  25:10
trial   3:9 40:14
  40:16,17 46:8
  64:18
trick   62:10
tried   126:23
trip   19:18
true   47:7,9
  48:21 66:8
  97:11 132:5,9
  132:11 139:14
  144:8
truing   23:10
trust   12:16
  20:7
trusted   43:8
  45:8 86:25
  91:4
trusting   25:23
trusts   96:11
truth   139:9,10
  139:10
truthful   6:22
try   5:23 6:2
  40:24 52:19
  62:23 95:7
  126:25 132:13
  132:13

trying   9:16
  32:20 43:14
  62:10,10 79:13
  87:11 98:2
  119:3 136:15
turn   33:25
  38:15
turned   100:4
  116:24
turns   44:6
two   13:18 21:6
  48:21 55:14
  87:13 89:15
  95:22 96:4
type   4:21 24:25
typewritten
  139:13

**u**

u.s.   20:9
ultimately
  10:15 25:9
  32:16 37:2
  108:10 127:19
umbrella   78:18
unable   86:13
unaware   67:10
  114:11
uncomfortable
  99:14
uncover   43:12
  49:16 93:12
  112:10 122:11
uncovered
  23:19 25:5
  125:15
uncovering
  41:10 68:2

  102:6 109:7
under   8:19
  27:20 29:12
  32:17 36:3
  46:18,25 47:24
  52:14 64:4
  76:18 78:17
  84:10 104:14
  105:18 119:6,9
  119:11
undermined
  120:2
underpinned
  93:17
understand
  6:18,19 32:2
  38:2,5 41:13
  93:24 108:19
  111:13,16
  119:3 125:3
understanding
  35:12 38:8
  133:19 134:5
understood
  6:10,21 68:4
  88:5
unfillable
  34:14 64:14
  74:21,22
  110:12 111:12
unfilled   34:13
unfortunately
  33:7
union   91:16
unit   34:10
united   1:2
unnecessary
  128:3

unpack  108:18
unquote  41:15
  49:15
unrecoverable
  93:20 96:9
unsalable  69:6
  114:13
unsellable  35:5
  64:13
unusable  35:6
  110:16,22
  111:12 112:16
  113:21 114:13
upcoming  86:5
upfront  37:14
  37:15 51:14
  98:2
upset  84:14
  88:25 93:10,11
urgently  88:3
usable  72:23
  111:10
use  25:24 35:14
  78:24 80:6
  110:8,9
used  19:14
  26:7 142:19
useless  64:14
using  40:12
  78:7 84:15
usually  87:2
utilize  65:23

**v**

v  142:4 143:1
  144:1
vacuum  27:7

value  60:18
  61:13 65:6
  82:4
vantage  23:15
  23:18 102:11
  129:2
variety  53:19
various  8:2
vat  48:5
vender  14:12
  15:12 88:12
vendor  14:2
  18:7,11 30:21
  32:6 87:25
  88:13,16
  107:15 119:21
  127:15,18
  128:5 130:19
  130:22
vendors  58:15
  86:4 90:6
verbal  113:20
  114:7,8
verify  142:9
veritext  138:1
  142:14,23
veritext.com.
  142:15
versus  91:8
  92:10 94:19,23
videos  113:8
view  65:6
viewpoint
  18:19
violation  30:2
virginia  44:3
  91:24

virtual  1:21
visconti  1:23
  139:5,25
visit  75:25
visited  48:22
  76:2
vividly  90:17
vocal  55:22
volume  85:15
  92:18 94:2,12
  94:15,19,19

**w**

wachsler  45:14
  97:13 101:13
  101:21 120:24
  121:2
wait  17:15,15
  17:15 21:6
  23:16 28:6
  29:2,2 79:4,4
  103:18,18,18
  105:24,24
  125:24
waived  3:5
walk  55:19
want  10:2 12:4
  22:5 24:23
  35:10 38:4
  44:7 47:2 55:8
  57:23 63:15
  68:8,11,13,17
  70:25 72:3
  79:17,19 83:4
  83:6,9,16
  84:12 88:14
  100:6 105:6
  108:10 118:13

122:7,24
  124:23,24
  125:24 135:9
  136:24
wanted  15:4,4
  16:8,8 25:6,7,8
  37:15 45:3
  51:13 52:10
  54:13 68:11
  120:4
warehouse
  23:25 54:20
  60:9 73:22
  75:18 112:7
  135:22,24
warm  52:5
warrants  75:10
washers  8:18
  11:16 58:20
washington
  91:22
waste  5:18
wasting  22:17
  33:7 41:3,4
water  57:5
watering  8:19
way  11:17,20
  22:20 23:2,7
  25:17 27:17
  31:13 33:23
  34:22 39:22
  49:5 51:8 78:6
  79:13 84:25
  91:18 94:9
  102:2 106:20
  109:11 119:23
  119:24 123:23
  124:21

| | | | **y** |
|---|---|---|---|
| **ways** 23:7 | 85:17 95:11 | **work** 21:23 | |
| **weather** 44:7 | 96:5 113:25 | 43:14 54:13 | **yankees** 44:7 |
| 77:21 78:16,17 | 120:8,23 | 75:22 95:19 | **yard** 53:10 |
| 78:24 80:11 | 122:10,25 | 111:24 112:24 | **yeah** 88:22 |
| 86:21 | **west** 2:4 | 114:3 | **year** 19:17 |
| **website** 17:22 | **whatsoever** | **workable** 56:2 | 20:21 45:2,10 |
| 30:23 44:14 | 121:13 124:11 | **worked** 34:24 | 45:11 77:8 |
| 70:9,10,11,12 | **white** 44:24 | 94:11 | 90:20 95:14 |
| 80:14 103:9 | **wholesale** | **workers** | 108:11 134:13 |
| 105:10 107:5 | 126:20 | 135:23 | **years** 34:5 |
| 109:6 119:22 | **william** 1:23 | **workmanship** | 38:24 89:15,16 |
| 126:8,21 | 139:5,25 | 54:5 58:24 | 95:22 96:5 |
| **websites** 13:3 | **win** 94:11 | **works** 11:21 | 97:2 110:12 |
| **wechsler** 1:14 | **window** 44:5,8 | 16:7 34:12 | 136:13 |
| 2:17 4:16 7:6 | **winter** 8:20 | **worry** 13:13,16 | **yep** 133:5 |
| 19:3 21:3,3,5 | 89:14 | 16:4,24 27:10 | **york** 1:3,24 |
| 22:19 23:2,14 | **wish** 54:24 | 43:21 94:12 | 2:11 85:13 |
| 26:18 27:21 | **withdraw** | **worse** 13:25 | 91:19 103:15 |
| 28:19 29:8,16 | 105:25 | 15:7 95:6 | 122:14 138:2 |
| 29:24 39:4 | **withdrew** | **worth** 102:5 | 139:2,4,6 |
| 40:5 45:16,22 | 106:4 | **write** 131:14 | |
| 67:11 101:10 | **withholding** | **writing** 67:10 | **z** |
| 101:25 102:18 | 117:4 | 69:12,17 70:3 | **zero** 92:24 |
| 108:21 114:12 | **witness** 1:22 | 127:4 132:2 | **zoom** 1:21 5:22 |
| 124:10,16,20 | 39:18 62:20 | **written** 68:5 | 63:11,12 |
| 125:15,23 | 63:5,19 98:15 | 114:6,11 | **zooming** 63:10 |
| 132:6 134:25 | 98:16 115:16 | 116:19 | |
| **week** 13:18 | 115:22,25 | **wrong** 17:12 | |
| 17:4 87:13 | 133:6,17 137:2 | 49:24 63:3 | |
| 88:16 128:9 | 139:8,22 142:8 | 113:13 | |
| **weeks** 51:2 | 142:10,12,18 | **x** | |
| 87:14 88:14 | **wold** 77:4 | | |
| 128:11 | **woman** 30:25 | **x** 1:5,11,15 | |
| **welcome** | **wonderful** | 139:17 140:2 | |
| 105:13 132:25 | 33:20 | 141:2 | |
| **wells** 77:6,18 | **words** 35:14 | | |
| **went** 12:14,17 | 38:4 | | |
| 20:5 56:15 | | | |

New York Code

Civil Practice Law and Rules

Article 31 Disclosure, Section 3116

(a) Signing. The deposition shall be submitted to
the witness for examination and shall be read to or
by him or her, and any changes in form or substance
which the witness desires to make shall be entered
at the end of the deposition with a statement of
the reasons given by the witness for making them.
The deposition shall then be signed by the witness
before any officer authorized to administer an
oath. If the witness fails to sign and return the
deposition within sixty days, it may be used as
fully as though signed. No changes to the
transcript may be made by the witness more than
sixty days after submission to the witness for
examination.


DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.