```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------X
NORTHROCK MANAGEMENT LLC,
f/k/a NORTHROCK MINERALS LLC,            24-cv-3155 (JSR)

   Plaintiff/Counterclaim-Defendant,            ORDER

        v.

JOSEPH COHEN and SNOW JOE LLC,

   Defendants/Counterclaim-Plaintiffs,
------------------------------------

SNOW JOE LLC,

   Third-Party Plaintiff,

        v.

MOSHE WECHSLER,

   Third-Party Defendant.
------------------------------------X

JED S. RAKOFF, U.S.D.J.

Following consideration of the parties' written submissions and the oral argument held on December 4, 2024, the Court hereby grants the motion of plaintiff Northrock Management LLC and third-party defendant Moshe Wechsler for summary judgment in their favor. A memorandum explaining the reasons for this ruling will issue in due course, at which time final judgment will be entered. The Clerk is directed to close the motion (Dkt. 52) on the docket.

    SO ORDERED.

Dated:   New York, NY

       December 19, 2024               JED S. RAKOFF, U.S.D.J.