UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHROCK MANAGEMENT LLC
f/k/a NORTHROCK MINERALS LLC,

    Plaintiff,

  -against-

JOSEPH COHEN & SNOW JOE LLC,

    Defendants.

24-cv-3155 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    On August 22, 2025, defendant Joseph S. Cohen notified the Court that he filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. See ECF No. 74.

    Final judgment was entered in this case on May 19, 2025, see ECF No. 65, and indeed, defendants filed a notice of appeal on June 16, 2025, see ECF No. 71.

    In light of the bankruptcy petition, plaintiff's pending motion for attorney's fees, over which the Court retains jurisdiction despite the entry of final judgment, is hereby stayed. See ECF No. 67. The stay will remain in effect unless and until relief is granted by Bankruptcy Court. See 11 U.S.C. § 362; Queenie, Ltd. v. Nygard Int'l, 321 F.3d 282, 287-88 (2d Cir. 2003).

The stay does not in any way affect the prior entry of final judgment or the propriety of the appeal therefrom.

    SO ORDERED.

New York, NY  
August 22, 2025

                                                      ____/s/ Jed S. Rakoff____  
                                                      JED S. RAKOFF, U.S.D.J.